Quinn Bass W.O.P.

c/o P.O. Box 166

Highland, CA 92346



**Stare Decisi Law**

**United States v. Throckmorton, 98 U.S. 61, 25 L. Ed. 93 ("Fraud vitiates the most solemn contracts, documents and even Judgments)**





### DISTRICT COURT OF THE UNITED STATES FOR THE

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION RIVERSIDE

Quinn Bass,

Q. Ali Bey Express Trust

Plaintiffs

v

Rob Clennan d/b/a President and CEO of

Mortgage Solutions of Colorado LLC,

Mortgage Solutions of Colorado et al.

Defendants

Case #      **EDCV25-01298-SSS(SHKx)**

### Complaint for Money Damages for:

SECURITIES FRAUD, UNJUST ENRICHMENT/DOUBLE DIPPING, VIOLATIONS AGAINST BANKING LAWS AS WELL AS IN RESTRAINT OF TRADE (TRUST)

1. Comes now the Plaintiff above named in his own natural person and complaints against Defendants above named for Securities Fraud, Unjust Enrichment/Double Dipping, and violations against Banking Laws along with In Restraint of Trade (Trust)

**Jurisdiction**

2. This Court has jurisdiction under 28 USC § 1331 (federal question) as the district courts shall have original jurisdiction of all civil action arising under the Constitution, laws, or treaties of the United States as well as under 28 USC § 1332 in which the parties are citizens in different states, along with **12 U.S.C. § 5565 (Relief Available)** where this Court as this case may be in an action or adjudication proceeding brought under Federal consumer financial law, shall have jurisdiction to grant any appropriate legal or equitable relief with respect to a violation of Federal consumer financial law, including a violation of a rule or order prescribed under a Federal consumer financial law.

**Venue**

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as a substantial part of property that is subject of the action is situated

4. Plaintiff and individuals, named are citizens and residents of the State of California and the State of Colorado.

**Parties**

5. Plaintiff is domiciled in the County of Riverside, State of California for the past 6 months

6. Plaintiff Q Ali Bey Express Trust is located in San Bernardino County California

7. Defendant Rob Clennan is the President and Chief Executive Officer for Mortgage Solutions of Colorado LLC.

8. Defendant Mortgage Solutions of Colorado LLC is located in Colorado Springs, Colorado.

**Statement of Facts**

9. Plaintiff is domiciled in Riverside County, California and a natural person who entered into an alleged financial agreement with said Defendants.

10. Defendant Mortgage Solutions of Colorado LLC, is a financial institution conducting business as a **foreign entity** under 12 U.S.C. § 632 and is restricted from engaging in certain transactions with US. Citizens/Nationals.

11. Defendant's Law Firm McCalla, Raymer, Leibert, Pierce, LLC is the legal representative attempting unlawful enforcement of a nonexistent debt which is alleged aiding and abetting securities fraud.

Defendant's Law Firm received a Notice of Formal Complaint against Mortgage Solutions of Colorado LLC as well as a Notice with Intent to File a Fraud, Unjust Enrichment and Violations of Banking Laws counterclaim by email (nabeel.zuberi@mccalla.com) on 02/18/2025.

-Defendant's Law Firm received a Notice to Cease and Desist, Foreign Registration Statement, and Constructive Notice pursuant to CA Govt. Code §§ 6250 et seq. (California Public Records Act) by Notary Presentment via USPS Certified, Registered Mail (7022 3330 0001 1325 7292), mailed on 02/19/2025 giving law firm 10 days to respond in good faith.

- Defendants law firm to date still have refuted/refused/neglected to respond and or answer the aforementioned CPRA Request in good faith violating their solemn sworn oath of office through their acquiescence; furthermore a Notice of Formal Complaint pursuant to CA Govt. Code §§ 6250 et seq. was sent to Defendant's Law Firm by Notary Presentment via USPS Certified, Registered Mail (7022 3330 0001 1325 7445) on 03/03/2025.

-Defendant's Law Firm documents were mailed to 301 E. Ocean Blvd., Suite # 1720, Long Beach, CA 90802.

## FIRST CAUSE OF ACTION

### I. FACTUAL ALLEGATIONS

### A. The Fraudulent Financial Transaction

12. On 11/18/2024 with restrictive signature and again on 11/21/2024, Plaintiff executed two promissory notes under the assumption that Defendants were extending lawful consideration in a form of a loan.  **(Read Exhibit A)**

13. Instead of issuing funds from its own capital reserves, **Defendants monetized Plaintiff's Promissory Notes, converting them into assets recorded in their RC (Reciprocal Category/Revolving Credit) Balance Sheet (Line 13).**

14**. In accordance with 12 U.S.C. § 1847, Defendants failed to disclose that they created credit using the Plaintiff's asset and failed to credit the Plaintiff's account for the equivalent liability, recorded in RCE Line 7 as an** <u>accounts</u> **payable.**

### B. Securitization & Settlement of the Alleged Obligation

15. Defendants engaged in deceptive accounting practices, moving the obligation off their balance sheet through **securitization**, as evidenced by:

- **Federal Reserve Form 2046 (Cash Collateral Account)**

- **Federal Reserve Form 2049 (Off-Balance Sheet Liabilities)**

- **Federal Reserve Form 2099 (Debt Acquisition Disclosures)**

16. Defendants received full payment for the obligation via **investor funds, insurance claims, and or government backed securities, yet continued to misrepresent the balance as due and owing.**

17. **This constitutes fraudulent double dipping and unjust enrichment**, in violation of **12 U.S.C. § 503 and 18 U.S.C. § 1005.**

### SECOND CAUSE OF ACTION

### C. The Attempted Unlawful Collection

18. **Despite full settlement of the obligation,** Defendants engaged in aggressive collection tactics, including:

- Reporting Inaccurate balances to credit reporting agencies.

- Filing Unlawful Foreclosure or Debt Collecting actions

- Demanding Payment on a **debt already settled.**

19. These acts constitute **mail fraud, wire fraud under 18 U.S.C. § 1341 - Fraud and Swindles, and violations of 18 U.S.C. § 1951 - Extortion via Color of Law, and 15 U.S.C. § 1 - Trusts, etc., In Restraint of Trade.**

**(Read Exhibits A through G)**

**THRD CAUSE OF ACTION**

**II. CLAIMS FOR RELIEF**

**COUNT 1: VIOLATION OF 12 U.S.C. § 503 Liability of Bank Officers & Directors**

20. **Defendants knowingly engaged in unlawful financial transactions**, exposing them to personal liability under **12 U.S.C. § 503**.

21. Defendants **failed to credit Plaintiff's account for the equivalent owed**, as evidenced by RCE Line 7.

22. **Plaintiff seeks full financial disclosure, damages for unjust enrichment, and personal liability for all officers involved**.

**COUNT 2: VIOLATION OF 18 U.S.C. § 1005 False Bank Entries & Fraudulent Transactions**

23. **Defendants knowingly falsified banking records** by misrepresenting ownership of Plaintiff's obligation.

24. **Each false entry constitutes a separate violation**, carrying penalties of up to $1,000,000.00 USD per offense,

25. Plaintiff demands immediate forensic accounting, cancellation of unlawful debt, and referral to regulatory agencies.

**COUNT 3: UNJUST ENRICHMENT & FRAUDULENT CONVERSION**

26. Defendants unlawfully converted **two assets** of the Plaintiff's into investment vehicles while the deposit liability held in the name of the Plaintiff's Principal

27. Despite being paid in full through unlawful securitization and off-balance sheet activities.

**- The Defendants failed to obtain proper consumer authorization pursuant to The Truth in Lending Act (TILA)**

**FOURTH CAUSE OF ACTION**

**COUNT 4: IMPLCIT AUTHORIZATION/ ACQUIESENCE PURSUANT TO UCC § 9-509(a)**

28. Defendants Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN

- Received a Notice of Rescission with attached Quitclaim Deed and Power of Attorney by Notary Presentment via USPs Certified, Registered Mail (9589 0710 5270 1889 8819 47) on 12/16/2024.

- Affidavit of Dispute, Affidavit of Fact Adverse Claim of Title and Reversion Ancestral Estate– EXHIBIT: A International Document,

- Memorandum of Trust,

- Notice of Waiver of Tort,

-Notice of Statement of Claim Remedy pursuant to, The Administrative Remedy Process under the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case"

29. First mailing delivered and received on 12/20/2025, by USPO Certified Registered Mail No. 9589071052701889881947,

30. Second mailing delivered on 1/13/2025, by USPO Certified Registered Mail No. 9589071052701889882203,

31. Third mailing delivered and received on 1/31/2025, by USPO Certified Registered Mail No. 9589071052701997851894,

32. Fourth mailing delivered and received on 2/07/2025, by USPO Certified Registered Mail No. 9589071052701997852013,

33. Fifth mailing, default, dishonor, and forfeiture date 2/12/2025, by USPO Certified Registered Mail No. 9589071052701997851986,

34. sixth mailing, Notice of Setoff Accounts with Tender of Tender for Setoff date 02/25/2025, by USPS Certified Registered Mail 9589071052701997825075 to IRS Criminal Investigation Unit  located at Stop 4440 PO Box 9036, Ogden, Utah 84201.

35. seventh mailing, Notice of Billing Error mailed on 04/02/2025, by USPO Certified Registered Mail No. 9589071052701997851962,

36. eighth mailing, Notice of Billing Error mailed on 04/22/2025, by USPO Certified Registered Mail No. 70223330000113252648,

37. ninth mailing, Amended Notice of Billing Error mailed on 04/23/2025 by USPS Certified, Registered Mail Mo. 70223330000113252662

38. All were mailed to: 7450 Campus Drive, Suite 200, Colorado Springs, Colorado 80920.

39. An Affidavit and Certificate of Non Response and Ni-Hil Di-Cit Conditional Acceptance For Value "Void Judgment" was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), along with

- Certificate of Notarial Protest,

- Affidavit in Support of Certificate of Notarial Protest,

- Notice of Statement of Claim Remedy,

- UCC financing Statements/lien # 2025-043-5181-1

- Notice of Demand for Payment,

(Read Exhibits B thru G)

40. was served on **Defendants Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN  2/12/2025 by Notary Presentment via USPO Certified Registered Mail No. 9589071052701997851986**

41. **Response to Conditional Acceptance for Value from Defendants Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN were silent putting all respondents in Default, Dishonor, and Forfeiture and "Nihil Dicit" pursuant to the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case."**

42. **A Notice of Statement of Claim Remedy/ True Billing and Fee Schedule, for all respondents listed dated on 2/12/2025 was served via USPO registered mail No. 958907152701997851986 on 2/12/2025 by California Notary Public (Third Party Witness but not a Party of Administrative Process),  above mentioned documents via Notary Public (Notary Acceptor – Third party intervener) (Non Party of said Administrative Procedure) by USPS Certified Registered Mail pursuant to the Administrative Procedures Act of 1946, 2.Informal Rulemaking. 5 U.S.C. § 553 (a),(b),(c),(d),(e) governs informal rulemaking, and pursuant to US Supreme Court Case Clearfield Trust Co. v. United States, 318 U.S. 363(1943) - Clearfield Doctrine: "Clean Hands at Arm's Length**

43. **Conclusive evidence of implicit authorization / acquiescence pursuant to UCC § 9-509A**

**COUNT 5: VIOLATION OF 15 U.S.C. § 1 – Trusts, etc., In Restraint of Trade**

44. **The Defendants were made aware of the transfer of ownership of property located at 52950 Paui Road, Aguanga CA to Q. Ali Bey Express Trust by Notary Presentment via USPS Certified Registered Mail (9589071052701889881947) on 12/20/2024.**

- **Documents included: Notice of Rescission, Quitclaim Deed, and Power of Attorney**

-**Defendants were given 20 Days to respond/answer the Notice of Rescission with attachments pursuant to Regulation Z, and 15 U.S.C. § 1635 and validate the debt for potential Fraud (if not), then proceed with the Rescission process.**

- **Defendants neglected/refuted/refused to answer and or respond in good faith and through their acquiescence have agreed to the full terms of the Rescission due to alleged Securities Fraud.**

-**Defendants claim that the transfer of ownership was illegal due to non-disclosure is a direct violation of 15 U.S.C. § 1 – Trusts, etc., In Restraint of Trade**

6

- Stare Decisi Law United States v. Throckmorton, 98 U.S. 61, 25 L. Ed. 93 ("Fraud vitiates the most solemn contracts, documents and even Judgments)

(Read Exhibits B thru G)

III. RELIEF REQUESTED PURSUANT TO 12 U.S.C. § 5565 (Relief Available)

WHEREFORE, Plaintiff demands judgment against the Defendants as follows:

45. **Immediate Restraining Order to halt any alleged unlawful non-judicial default/foreclosure from Defendants**

46. **Immediate forensic accounting of all transactions related to Plaintiff's alleged obligation**

47. **Declaratory Relief voiding fraudulent debt collection claims.**

48. **Treble Damages for unjust Enrichment.**

49. **Punitive Damages to deter future banking fraud and or securities fraud**

50. **Referral of all fraudulent banking practices to the Office of the Controller of the Currency, the Federal Reserve Board, the SEC, and the United States Attorney General**

51. **Defendants satisfy UCC financing Statements/lien # 2025-043-5181-1**

52. Clarify ownership of real property **("quiet the title")** located at 52950 Paui Road, Aguanga.

53. **Full disgorgement of all funds obtained through fraudulent securitization.**

**Statement of Claim and Fee Schedule (pursuant to IMPLCIT AUTHORIZATION/ ACQUIESENCE PURSUANT TO UCC § 9-509(a))**

**as Follows:**

54. Rob Clennan d/b/a President and CEO of Mortgage Solutions of Colorado LLC, **in certain sum amount owed: $1,100.000.00 (One Million One-Hundred Thousand) USD in credit (in your public and private capacity) (unjust enrichment/double dipping, In Restraint of Trade, and Banking Law Violations) amount owed to each Plaintiff**

55. Mortgage Solutions of Colorado LLC, in certain sum amount owed: **$13,200,000.00 (Thirteen Million-Two Hundred Thousand) USD in credit (unjust enrichment/double dipping, In Restraint of Trade, and Banking Law Violations) amount owed to each Plaintiff**

56. This shall be payable to Plaintiff in Constitutional Lawful Money redeemable in gold or silver coin as set forth in **Article 1 Sec. 10 of the Constitution.**

57. In addition plaintiff prays such other and further relief as to the jury demanded in this case shall appear just.

58. **Defendants herein are sued in their individual capacities as well as their official capacities as officers for Mortgage Solutions of Colorado LLC**

7

59. This is a **"Prima Facie" Tort Claim** pursuant to State Substantive Law through the Erie Doctrine from Erie Railroad Co. v Tompkins, 304 U.S. 64 (1938).

60. If necessary; Plaintiff demands for all issues to be decided by the **Jury Demanded.**

61. If Defendants move to dismiss this suit, Plaintiff Demands that it be heard by **jury demanded and if trial necessary Plaintiff demands Court ordered appointed Counsel for Trial, and only be dismissed if the Jury considers it lacks merit.**

## Memorandum of Law in support of Complaint for money damages:

62. 10 Maxims of Commercial Law

63. U.S. Constitution (Bill of Rights)

64. Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141

65. the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42 and 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM

## CASE LAW

66. **U.S. v Throckmorton 98 U.S. 61, 25 L. Ed.93 "Fraud vitiates the most solemn contracts, documents, even Judgments",**

67. U.S. v. Kis , 658F 2nd, 526, 536, (7th Cir. 1981): Cert Denied, 50 US L.W. 2169: S. Ct. "
**Indeed no more than affidavits are necessary to make the Prima Facie case"**

68. **State Substantive Law through the Erie Doctrine from Erie Railroad Co. v Tompkins, 304 U.S. 64 (1938).**

69. Joseph v. Federal Home Loan Mortgage Corporation et. al, No. 1:2012cv01022 ( N.D. Ga. 2012):

**- The plaintiff alleged that the mortgage company had been unjustly enriched by its actions. The Court allowed the unjust enrichment claim to proceed, indicating that such claims could be viable even in the presence of an express contract, especially if the contract is unenforceable due to issues like fraud or misrepresentation.**

70. Carlson v. Nationstar Mortgage LLC et al, 1:2020cv02323 (N.D. Ill. 2020):

**The Court recognized unjust enrichment as a potential cause of action in Illinois, noting that the Illinois Supreme Court had acknowledged its viability even without an underlying tort, contract, or statutory claim.**

71. Morris v. Wells Fargo Bank N.A., 2:11cv474:

**The plaintiff alleged that the mortgage company had been unjustly enriched through kickbacks and commissions related to force-placed insurance. The Court allowed the unjust claim to proceed, emphasizing that such claims can be valid even in the presence of a written agreement if the conduct deemed inequitable.**

72. In re Goolby, 284 B.R. 638 (Bankr. E.D. Tenn. 2002):

**This case addressed minor errors in a UCC-1 financing statement. The court held that such minor mistakes do not invalidate a filing if they do not frustrate the underlying purpose of providing notice to creditors. The effectiveness of the financing statement was upheld despite the errors.**

**Miscellaneous**

73.**THE TRUTH IN LENDING ACT (TILA) also known as REGULATION Z (1968)**

**- Protects consumers from unfair or deceptive lending practices by requiring clear disclosure of credit terms.**

74. 12 U.S.C. § 5565 - Relief Available**: This Court as this case may be in an action or adjudication proceeding brought under Federal consumer financial law, shall have jurisdiction to grant any appropriate legal or equitable relief with respect to a violation of Federal consumer financial law, including a violation of a rule or order prescribed under a Federal consumer financial law.**

75. IMPLCIT AUTHORIZATION/ ACQUIESENCE PURSUANT TO UCC § 9-509(a):

**Courts have found that a debtor implicitly authorized a filing through conduct, silence, or failure to object, especially where:**

- **The debtor accepted the benefit of a transaction.**
- **The Debtor knew of the filing and did not object within a reasonable time.**
- **The parties had a course dealing that implied consent.**

76. **15 U.S.C. § 1 – Trusts, etc., In Restraint of Trade**

77. **Administrative Procedures Act of 1946, 2. Informal Rulemaking.  5 U.S.C.  § 553 (a),(b),(c),(d),(e) governs informal rulemaking.**

- Yesler Terrace Community v Cisneros, 37 F.3d 442 (9th Cir. 1994)

The Ninth Circuit held that the U.S. Department of Housing and Urban Development (HUD) was required to comply with its own regulations mandating notice-and-comment rulemaking under 5 U.S.C. § 553 when determining whether Washington state's eviction procedures met HUD's due process standards. Although HUD argued that its determination was exempt from **notice-and-comment** rulemaking, the court found that HUD's own regulations required such procedures, and therefore, HUD was obligated to follow them.

- Texas v United States, 524 F. Supp. 3d 598 (S.D. Tex. 2021)

The Southern District of Texas ruled that the Department of Homeland Security (DHS) violated the APA by implementing the Deferred Action for Childhood Arrivals (DACA) program without undergoing the required **notice-and-comment** requirement must narrowly construed and that DHS failed to provide adequate justification for bypassing this process.

78. **Jury is hereby demanded on all claims**.

79. If necessary; Plaintiff demands for all issues to be decided by the Jury demanded, with a Court ordered Attorney appointed for Jury Trial.

-Plaintiff seeks for the Defendants to handle all Court fees, document fees and Attorney fee upon the Plaintiff prevailing in this said case.

80. If Defendants move to dismiss this suit, Plaintiff Demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit.

## Declaration:

### Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Complaint for Civil Action against Mortgage Solutions of Colorado LLC is true and correct to the best of my knowledge and with honorable intent.

(Respectfully submitted)

By: _bass, quin W.O.P._

Date:   28 MAY 2025

Read Attached supporting Document/Exhibits)

10

CONSUMER PURCHASE                                                         EXHIBIT A

MIN: 100322140004074319

Loan Number: 407431W1080
Case Number: 777765543510

# NOTE

# THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

November 18, 2024                    AGUANGA                          CALIFORNIA
[Date]                                [City]                             [State]

52950 PAUI RD, AGUANGA, CALIFORNIA 92536
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 350,000.00          (this amount is called "Principal"), plus interest, to the order of the Lender.  The Lender is MORTGAGE SOLUTIONS OF COLORADO, LLC, A COLORADO LIMITED LIABILITY COMPANY
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note.  The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid.  I will pay interest at a yearly rate of      6.750       %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the    1st    day of each month beginning on        January 1       , 2025              .   I will make these payments everymonth until I have paid all of the principal and interest and any other charges described below that I may owe under this Note.  Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal.  If, on        December 1, 2054        , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 7450 CAMPUS DR, STE 200, COLORADO SPRINGS, COLORADO 80920
or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $ 2,270.09

11

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of        15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be        4.000  % of my overdue payment of principal, interest, and escrow for taxes and insurance. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Instrument (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

**Transfer of the Property; Acceleration; Assumption.** This loan may be declared immediately due and payable upon transfer of the property securing such loan to any transferee, unless the acceptability of the assumption of the loan is established pursuant to Section 3714 of Chapter 37, Title 38, United States Code. The acceptability of any assumption shall also be subject to the following additional provisions:

(a) **Funding Fee:** A fee equal to one-half of 1 percent of the balance of this loan as of the date of transfer of the property shall be payable at the time of transfer to the loan holder or its authorized agent, as trustee for the Department of Veterans Affairs. If the assumer fails to pay this fee at the time of transfer, the fee shall constitute an additional debt to that already secured by this instrument, shall bear interest at the rate herein provided, and at the option of the payee of the indebtedness hereby secured or any transferee thereof, shall be immediately due and payable. This fee is automatically waived if the assumer is exempt under the provisions of 38 U.S.C. 3729(c).

(b) **Processing Charge:** Upon application for approval to allow assumption of this loan, a processing fee may be charged by the loan holder or its authorized agent for determining the creditworthiness of the assumer and subsequently revising the holder's ownership records when an approved transfer is completed. The amount of this charge shall not exceed the maximum established by the Department of Veterans Affairs for a loan to which Section 3714 of Chapter 37, Title 38, United States Code applies.

(c) **Indemnity Liability Assumption:** If this obligation is assumed, then the assumer hereby agrees to assume all of the obligations of the veteran under the terms of the instruments creating and securing the loan. The assumer further agrees to indemnify the Department of Veterans Affairs to the extent of any claim payment arising from the guaranty or insurance of the indebtedness created by this instrument.

If the acceptability of the assumption of this loan is not established for any reason, and Lender exercises its option to declare all sums secured by this Security Instrument immediately due and payable, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which

MULTISTATE FIXED RATE NOTE--Single Family
MODIFIED INSTRUMENT FOR DEPARTMENT OF VETERANS AFFAIRS
USFN.VA   (Rev. 1/01)                                      Page 3 of 4

★DocMagic

13

Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## NOTICE TO BORROWER

Department of Veterans Affairs regulations at 38 C.F.R. 36.4337 provide as follows:

"Regulations issued under 38 U.S.C. Chapter 37 and in effect on the date of any loan which is submitted and accepted or approved for a guaranty or for insurance thereunder, shall govern the rights, duties, and liabilities of the parties to such loan and any provisions of the  loan instruments inconsistent with such regulations are hereby amended and supplemented to conform thereto."

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

By: _Quinn Bass W.O.P._ _____ (Seal)
QUINN BASS - AS PRINCIPAL / -Borrower

DOC. # POAQB2401 ATTACHED

Universal Loan ID: 549300PBTV7FCWLSMM53-407431W1080-26
Loan Originator: CRISTIANO WAADELL HANNA, NMLSR ID 2107124
Loan Originator Organization: BARRETT FINANCIAL GROUP, LLC, NMLSR ID 181106

*[Sign Original Only]*

Recording Requested By:
MORTGAGE SOLUTIONS OF COLORADO, LLC

And After Recording Return To:
MORTGAGE SOLUTIONS OF
COLORADO, LLC
7450 CAMPUS DR, STE 200
COLORADO SPRINGS, COLORADO 80920
Loan Number: 407431W1080
Case Number: 777765543510

---

[Space Above This Line For Recording Data]

*CONSUMER PURCHASE*

## DEED OF TRUST

# THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

**MIN:** 100322140004074319                     **MERS Phone: 888-679-6377**

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19 and 20.  Certain rules regarding the usage of words used in this document are also provided in Section 15.

(A)  **"Security Instrument"** means this document, which is dated          November 18, 2024          , together with all Riders to this document.
(B)  **"Borrower"** is   QUINN BASS A married man, as his sole and separate property
BORROWER'S ADDRESS IS 52950 PAUI RD, AGUANGA, CALIFORNIA 92536.

Borrower is the trustor under this Security Instrument.

---

CALIFORNIA - Single Family - UNIFORM INSTRUMENT
MODIFIED FOR DEPARTMENT OF VETERANS AFFAIRPage 1 of 14
(Rev. 1/01)

☆DocMagic

*15*



**(C)    "Lender"** is    MORTGAGE SOLUTIONS OF COLORADO, LLC

Lender is a    COLORADO, LLC                                                                        organized
and existing under the laws of    COLORADO
Lender's address is    7450 CAMPUS DR, STE 200, COLORADO SPRINGS, COLORADO 80920

**(D)    "Trustee"** is    First American Title
300 CARLSBAD VILLAGE WAY 206, CARLSBAD, CALIFORNIA 92008

**(E)    "MERS"** is    Mortgage Electronic Registration Systems, Inc.    MERS is a separate corporation that is acting
solely as a nominee for Lender and Lender's successors and assigns.    **MERS is the beneficiary under this Security
Instrument.**    MERS is organized and existing under the laws of Delaware, and has an address and telephone number
of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
**(F)    "Note"** means the promissory note signed by Borrower and dated        November 18, 2024        .
The Note states that Borrower owes Lender    THREE HUNDRED FIFTY THOUSAND AND 00/100
                                                            Dollars (U.S. $ 350,000.00                )
plus interest.    Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not
later than            December 1, 2054            .
**(G)    "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."
**(H)    "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under
the Note, and all sums due under this Security Instrument, plus interest.
**(I)    "Riders"** means all Riders to this Security Instrument that are executed by Borrower.    The following Riders are
to be executed by Borrower [check box as applicable]:

| | |
|---|---|
| ☐ Adjustable Rate Rider | ☐ Planned Unit Development Rider |
| ☐ Balloon Rider | ☐ Biweekly Payment Rider |
| ☐ 1-4 Family Rider | ☐ Second Home Rider |
| ☐ Condominium Rider | ☒ Other(s) [specify] |
| | Manufactured Home Rider, VA Assumption Policy Rider |

**(J)    "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and
administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial
opinions.
**(K)    "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges
that are imposed on Borrower or the Property by a condominium association, homeowners association or similar
organization.
**(L)    "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft,
or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or
magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account.    Such term
includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by
telephone, wire transfers, and automated clearinghouse transfers.
**(M)    "Escrow Items"** means those items that are described in Section 3.
**(N)    "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any
third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or
destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in
lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(O)** **"Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(P)** **"RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(Q)** **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

COUNTY                              of                              RIVERSIDE                              :

[Type of Recording Jurisdiction]                    [Name of Recording Jurisdiction]

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF
A.P.N.: 580-450-026

which currently has the address of                    52950 PAUI RD

[Street]

AGUANGA                    , California                    92536                    ("Property Address"):

[City]                                              [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.



THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

**UNIFORM COVENANTS.** Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 14. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; and (c) premiums for any and all insurance required by Lender under Section 5. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may



waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 14 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4.    Charges; Liens.**  Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.



**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 21 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid

✩ DocMagic

under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. Borrower shall not surrender the leasehold estate and interests herein conveyed or terminate or cancel the ground lease. Borrower shall not, without the express written consent of Lender, alter or amend the ground lease. If Borrower



acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Assignment of Miscellaneous Proceeds; Forfeiture.**  All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened.  During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly.  Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed.  Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds.  If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.  Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction:  (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value.  Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due.  "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument.  Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 18, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument.  The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**11. Borrower Not Released; Forbearance By Lender Not a Waiver.**  Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower.  Lender shall not be required to commence proceedings against any Successor in Interest of Borrower

or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**12. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 17, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 19) and benefit the successors and assigns of Lender.

**13. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**14. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**15. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be

construed as a prohibition against agreement by contract.  In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument:  (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**16.  Borrower's Copy.**  Borrower shall be given one copy of the Note and of this Security Instrument.

**17.  Transfer of the Property; Acceleration; Assumption.**  This loan may be declared immediately due and payable upon transfer of the property securing such loan to any transferee, unless the acceptability of the assumption of the loan is established pursuant to Section 3714 of Chapter 37, Title 38, United States Code. The acceptability of any assumption shall also be subject to the following additional provisions:

(a)    Funding Fee:  A fee equal to one-half of 1 percent of the balance of this loan as of the date of transfer of the property shall be payable at the time of transfer to the loan holder or its authorized agent, as trustee for the Department of Veterans Affairs.  If the assumer fails to pay this fee at the time of transfer, the fee shall constitute an additional debt to that already secured by this instrument, shall bear interest at the rate herein provided, and at the option of the payee of the indebtedness hereby secured or any transferee thereof, shall be immediately due and payable.  This fee is automatically waived if the assumer is exempt under the provisions of 38 U.S.C. 3729(c).

(b)    Processing Charge:  Upon application for approval to allow assumption of this loan, a processing fee may be charged by the loan holder or its authorized agent for determining the creditworthiness of the assumer and subsequently revising the holder's ownership records when an approved transfer is completed.  The amount of this charge shall not exceed the maximum established by the Department of Veterans Affairs for a loan to which Section 3714 of Chapter 37, Title 38, United States Code applies.

(c)    Indemnity Liability Assumption:  If this obligation is assumed, then the assumer hereby agrees to assume all of the obligations of the veteran under the terms of the instruments creating and securing the loan.  The assumer further agrees to indemnify the Department of Veterans Affairs to the extent of any claim payment arising from the guaranty or insurance of the indebtedness created by this instrument.

If the acceptability of the assumption of this loan is not established for any reason, and Lender exercises its option to declare all sums secured by this Security Instrument immediately due and payable, Lender shall give Borrower notice of acceleration.  The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument.  If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**18.  Borrower's Right to Reinstate After Acceleration.**  If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of:  (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument.  Those conditions are that Borrower:  (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender:  (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality

or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 17.

**19. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 14) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 21 and the notice of acceleration given to Borrower pursuant to Section 17 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 19.

**20. Hazardous Substances.** As used in this Section 20: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

**NON-UNIFORM COVENANTS.** Borrower and Lender further covenant and agree as follows:

21. **Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 17 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 21, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

22. **Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

23. **Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

24. **Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

.



## NOTICE TO BORROWER

Department of Veterans Affairs regulations at 38 C.F.R. 36.4337 provide as follows:

"Regulations issued under 38 U.S.C. Chapter 37 and in effect on the date of any loan which is submitted and accepted or approved for a guaranty or for insurance thereunder, shall govern the rights, duties, and liabilities of the parties to such loan and any provisions of the loan instruments inconsistent with such regulations are hereby amended and supplemented to conform thereto."

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to Borrower at the address set forth above.

☒ By: _bass quinn W.O.P._ (Seal)
QUINN BASS – AS PRINCIPAL                     -Borrower

DOC.# POA QB 2401 ATTACHED

_____          _____
Witness                          Witness

☆ DocMagic



———————— [Space Below This Line For Acknowledgment] ————————

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of ___CALIFORNIA___ )

County of ___RIVERSIDE___ )

On ___November 18, 2024___ before me, ___Glen E. Hughes, Notary Public___
Date                                   Here Insert Name and Title of the Notarizing Officer

personally appeared ___QUINN BASS___

_____
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



GLEN E. HUGHES
Notary Public - California
San Diego County
Commission # 2417656
My Comm. Expires Oct 6, 2026

Notary Seal

_____
Signature of Notary Public

Loan Originator: CRISTIANO WAADELL HANNA, NMLSR ID 2107124
Loan Originator Organization: BARRETT FINANCIAL GROUP, LLC, NMLSR ID 181106

CALIFORNIA - Single Family - UNIFORM INSTRUMENT
MODIFIED FOR DEPARTMENT OF VETERANS AFFAIRS - MERS
(Rev. 1/01)                                   Page 14 of 14

☆DocMagic

28

MIN: 100322140004074319                    Loan Number: 407431W1080

*CONSUMER PURCHASE.*

# MANUFACTURED HOME RIDER
# TO MORTGAGE, DEED OF TRUST
# OR OTHER SECURITY INSTRUMENT

THIS MANUFACTURED HOME RIDER is made this    18th   day of        November, 2024        ,
and is incorporated into and shall be deemed to amend and supplement that certain Mortgage, Deed of Trust
or Other Security Instrument (the "Security Instrument") of the same date hereof given by the undersigned
(the "Borrower(s)") to secure Borrower's Promissory Note (or Manufactured Home Retail Installment
Contract) to  MORTGAGE SOLUTIONS OF COLORADO, LLC, A COLORADO LIMITED
LIABILITY COMPANY                                        (the "Note Holder")
of the same date hereof (the "Note"), and relating to the property described in the Security Instrument and
located at:

            52950 PAUI RD, AGUANGA, CALIFORNIA 92536

The following provisions are applicable to the Security Instrument, including those marked and completed
(where applicable):

1. ☒  **DESCRIPTION OF REAL PROPERTY.**  The description of the real property set forth in the
Security Instrument is amended by the addition of the following:

   "Together with all improvements constructed upon, affixed to or located upon the above described real
   property, including without limitation any residential dwelling located upon or to be located thereon,
   which dwelling is or may be a manufactured home, as hereinbelow described, which manufactured
   home is or upon placement and affixation shall be conclusively deemed to be real estate (the
   "Manufactured Home"):

Make:                          Model:               Serial Number:
HALLMARK/ SOUTHWEST CORP       UNKNOWN              CA - HK-01-24-1353-8
                                                    9-4286 A/B

Year Built: 1989               Length and Width: '60.0'ft x '24.0'ft (L x W)

☒ No Certificate of Title has been issued   ☐ Certificate of Title No.

2. ☐  **MANUFACTURED HOME AS PERSONAL PROPERTY SECURITY.** The Note is also secured
by a security interest in favor of Note Holder in the following described manufactured home ("Manufactured
Home"), which is located on the real property described in the Security Instrument:

Make:                          Model:               Serial Number:

Year Built:                    Length and Width:

☐ No Certificate of Title has been issued   ☐ Certificate of Title No.

---

MANUFACTURED HOME RIDER TO MORTGAGE, DEED OF TRUST
OR OTHER SECURITY INSTRUMENT                                    ✪ DocMagic
MH.RDR  06/21/22                    Page 1 of 3



**3. ADDITIONAL COVENANTS OF BORROWER(S) RELATING TO MANUFACTURED HOME.**
If Paragraph 1 has been marked and completed, Borrower(s) agree(s) to comply with all State and local laws and regulations relating to the affixation of the Manufactured Home to the real property described herein including, but not limited to, surrendering the Certificate of Title (if required), obtaining any governmental approval and executing any documentation necessary to classify the Manufactured Home as real property under State and local law.

The Manufactured Home shall be at all times and for all purposes permanently affixed to and part of the real property described herein and shall not be removed from said real property. Borrower(s) covenant(s) that affixing the Manufactured Home to the real property described herein does not violate any zoning laws or other local requirements applicable to manufactured homes.

If Paragraph 2 has been marked and completed, Borrower(s) agree(s) and covenant(s) that the Manufactured Home is and shall remain personal property, severable and separate from the real property described in the Security Instrument, and agree(s) and covenant(s) not to take any action, or fail to take any action, which would result in a change in such status.

**4. SECURITY AGREEMENT AND FINANCING STATEMENT.** This Security Instrument shall be a security agreement granting Lender a first and prior security interest in all of Borrower's right, title and interest in, to and under any personal property ("Personal Property") which under and within the meaning of the applicable State laws is and cannot be classified and considered real property, if any. Personal Property shall also include the Manufactured Home described in Paragraph 2 hereof, if applicable. In the event of any foreclosure sale, whether made by Trustee or a substitute trustee, or under judgment of the court or pursuant to a power of sale, all of the Property and Personal Property may, at the option of Lender, be sold as a whole or any part thereof. It shall not be necessary to have present at the place of such sale the Personal Property or any part thereof. Lender, as well as Trustee or any substitute trustee on Lender's behalf, shall have all the rights, remedies and recourses with respect to the Personal Property afforded to a "Secured Party" by the applicable state laws in addition to and not in limitation of the other rights and recourse afforded Lender and/or Trustee or any substitute trustee under this Security Instrument. Borrower(s) shall, upon demand, pay to Lender the amount of any and all expenses, including the fees and disbursements of Lender's legal counsel and of any experts and agents which Lender may incur in connection with: (i) the making and/or administration of this Security Instrument; (ii) the custody, preservation, use or operation of, or the sale or collection from, or other realization upon any property, real and/or personal, described in this Security Instrument; (iii) the exercise or enforcement of any of the rights of Lender under this Security Instrument; or (iv) the failure by Borrower(s) to perform or observe any of the provisions or covenants in this Security Instrument.

Lender may, at its election, at any time after the delivery of this Security Instrument, sign one or more copies of this Security Instrument in order that such copies may be used as a financing statement under the applicable State laws. Lender's signature need not be acknowledged, and is not necessary to the effectiveness hereof as a deed of trust, a security agreement, or (unless otherwise required by applicable law) a financing statement.

**5. RESPONSIBILITY FOR IMPROVEMENTS.** Lender shall not be responsible for any improvements made or to be made, or for their completion relating to the real property, and shall not in any way be considered a guarantor of performance by any person or party providing or effecting such improvements.

✰DocMagic



**6. INVALID PROVISIONS.**  If any provision of this Security Instrument is declared invalid, illegal or unenforceable by a court of competent jurisdiction, then such invalid, illegal or unenforceable provisions shall be severed from this Security Instrument and the remainder enforced as if such invalid, illegal or unenforceable provision is not a part of this Security Instrument.

[X] By: _bass quinn.o.f._ (Seal)
QUINN/BASS — AS PRINCIPAL / -Borrower

## EXHIBIT A

### LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Riverside, State of California, described as follows:

Parcel 3 as shown on Parcel Map No. 27535, of on file in Book 181, Pages 86 and 87, of parcel maps, in the County of Riverside, State of California.

Except all minerals, oil, gas and other hydrocarbon substances, as said substances are more particularly described in and reserved by United States in the document recorded July 22, 1929 in Book 9, Page 407 of patents and in the document recorded October 13, 1929 in Book 434, Page 107, official records.

APN: 580-450-026

CONSUMER PURCHASE

Case Number: 777765543510                    Loan Number: 407431W1080

# VA ASSUMPTION POLICY RIDER

# THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

THIS ASSUMPTION POLICY RIDER is made this    18th   day of           November, 2024          ,
and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Deed
to Secure Debt ("Instrument") of the same date herewith, given by the undersigned ("Borrower") to secure
the Borrower's Note ("Note") of the same date to    MORTGAGE SOLUTIONS OF COLORADO,
LLC
(the "Lender") and covering the property described in the Instrument and located at:

52950 PAUI RD, AGUANGA, CALIFORNIA 92536
(Property Address)

Notwithstanding anything to the contrary set forth in the Instrument, Borrower and Lender hereby
acknowledges and agrees to the following:

GUARANTY:  Should the Department of Veterans Affairs fail or refuse to issue its guaranty in full amount
within 60 days from the date that this loan would normally become eligible for such guaranty committed
upon by the Department of Veterans Affairs under the provisions of Title 38 of the U.S. Code "Veterans
Benefits", the Mortgagee may declare the indebtedness hereby secured at once due and payable and may
foreclose immediately or may exercise any other rights hereunder or take any other proper action as by law
provided.

TRANSFER OF THE PROPERTY:  If all or any part of the Property or any interest in it is sold or
transferred, this loan shall be immediately due and payable upon transfer ("assumption") of the property
securing such loan to any transferee ("assumer"), unless the acceptability of the assumption and transfer of
this loan is established by the Department of Veterans Affairs or its authorized agent pursuant to section 3714
of Chapter 37, Title 38, United States Code.

An authorized transfer ("assumption") of the property shall also be subject to additional covenants and
agreements as set forth below:



33

**(A)    ASSUMPTION FUNDING FEE:** A fee equal to one-half of 1 percent (.50%) of the unpaid principal balance of this loan as of the date of transfer of the property shall be payable at the time of transfer to the loan holder or its authorized agent, as trustee for the Secretary of Veterans Affairs. If the assumer fails to pay this fee at the time of transfer, the fee shall constitute an additional debt to that already secured by this instrument, shall bear interest at the rate herein provided, and, at the option of the payee of the indebtedness hereby secured or any transferee thereof, shall be immediately due and payable. This fee is automatically waived if the assumer is exempt under the provisions of 38 U.S.C. 3729 (c).

**(B)    ASSUMPTION PROCESSING CHARGE:** Upon application for approval to allow assumptions and transfer of this loan, a processing fee may be charged by the loan holder or its authorized agent for determining the creditworthiness of the assumer and subsequently revising the holder's ownership records when an approved transfer is completed. The amount of this charge shall not exceed the maximum established by the Department of Veterans Affairs for a loan to which section 3714 of Chapter 37, Title 38, United States Code applies.

**(C)    ASSUMPTION INDEMNITY LIABILITY:** If this obligation is assumed, then the assumer hereby agrees to assume all of the obligations of the veteran under the terms of the instruments creating and securing the loan, including the obligation of the veteran to indemnify the Department of Veterans Affairs to the extent of any claim payment arising from the guaranty or insurance of the indebtedness created by this instrument.

IN WITNESS WHEREOF, Borrower(s) has executed this Assumption Policy Rider.

☒ By: *[signature]* (Seal)
QUINN BASS — as PRINCIPAL    -Borrower

34

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ SAN BERNARDINO _____ )

On __DECEMBER 5, 2024__ before me, __VICKI HUNTER-WADE, NOTARY PUBLIC__
                                                    (insert name and title of the officer)

personally appeared ____QUINN BASS____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

VICKI HUNTER-WADE
COMM. #2459661
Notary Public - California
San Bernardino County
My Comm. Expires Aug. 17, 2027

35

EXHIBIT B

VW NOTARY, TAX & MORE
363 W 6th ST. # 1/2
SAN BERNARDINO, CA 92401



9589 0710 5270 1889 8829 47

Retail

U.S. POSTAGE PAID
FCM LG ENV
VICTORVILLE, CA 92395
DEC 16, 2024

$12.38

RDC 99                      S23240500347-43



ATT: ROBERT J. CLENNAN,
      PRESIDENT AND LLC MANAGER
                    of
      MORTGAGE SOLUTIONS FINANCIAL
                  A.K.A.
      MORTGAGE SOLUTIONS OF COLORADO LLC
      7450 CAMPUS DRIVE STE. 200
      COLORADO SPRINGS, CO   80 920

36

EXHIBIT B

# AFFIDAVIT OF TRUTH

## AND

## NOTICE OF RESCISSION

## OF

## MORTGAGE LOAN NUMBER 407431W1080 BASS /8200108162

## PURSUANT TO TILA, AND CFR § 1026.23 RIGHT OF RESCISSION

**USPO CERTIFIED MAIL #** 9589 0710 5270 –     **USPO RETURN RECEIPT #** 9590 9402 9061 4122 2013
            1889 8819 47

**Date:** 16 DEC. 2024

**ATT: Rob Clennan d/b/a ROB CLENNAN d/b/a PRESIDENT AND CEO of MORTGAGE SOLUTIONS FINANCIAL a.k.a. MORTGAGE SOLUTIONS OF COLORADO LLC AND ALL AGENTS KNOWN AND UNKNOWN,**

**7450 CAMPUS DRIVE, STE 200,**

**COLORADO SPRINGS, COLORADO 80920**

     **Re:**    **407431W1080 BASS/8200108162**

           **Transaction between QUINN BASS as Principal and Mortgage Solutions Financial a.k.a. Mortgage Solutions of Colorado LLC, dated November 21st, 2024, involving two signed promissory notes and Deed of Trust and secured by residential property located 52950 Paui Road, Aguanga, California.**

37

a.k.a. Mortgage Solutions of Colorado LLC did not provide Notice of QUINN BASS
as Principal's right of rescission under CFR § 1026.32 and/or The Truth in
Lending Act ("TILA"), 15 U.S.C. §1601 et seq. that is required by Federal Law.

## NOTICE OF RESCISSION

RESCISSION OF CONSUMER:

I QUINN BASS AS PRINCIPAL, DO HEREBY RESCIND MORTGAGE LOAN NUMBER
407431W1080/8200108162 PURSUANT TO CFR § 1026.23 RIGHT OF RESCISSION
FOR THE SECURITY INTEREST IN CONSUMER TRANSACTION FOR 52950 PAUI
ROAD, AGAUNGA CA.

Pursuant to the official interpretation of Paragraph 23(a)(1):

(2) To exercise the right to rescind, the consumer shall notify the creditor of the
rescission by mail, telegram or other means of written communication. Notice is
considered given when mailed, when filed for telegraphic transmission or, if
sent by other means, when delivered to the creditor's designated place of
business.

MORTGAGE SOLUTIONS OF COLORADO LLC DID NOT PROVIDE ALL MATERIAL
DISCLOSURES BY NOT PROVIDING CONSUMER'S RIGHT TO RESCIND LOAN
NUMBER 407431W1080 BASS/8200108162.

Pursuant to the official interpretation of Paragraph 23(a)(1):

(2) To exercise the right to rescind, the consumer shall notify the creditor of the
rescission by mail, telegram or other means of written communication. Notice is
considered given when mailed, when filed for telegraphic transmission or, if
sent by other means, when delivered to the creditor's designated place of
business.

Pursuant to the official interpretation of Paragraph 23(a)(3),

## Affidavit of Truth

Take notice that there was a Mortgage Loan agreement made between MORTGAGE SOLUTIONS OF COLORADO LLC AND QUINN BASS as Principal,( Loan Number 407431W1080/8200108162 ) on November 21st , 2024,  for consumer transaction involving real property located at 52950 Paui Road, Aguanga CA.

Take further notice that pursuant to the interpretation of Paragraph 23(a)(1)(2) which states: "To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication. Notice is considered given when mailed, when filed for telegraphic transmission or, if sent by other means, when delivered to the creditor's designated place of business, as well as pursuant to the official interpretation of Paragraph 23(a)(3) which states: (i) The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures, whichever occurs last. If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act. (ii) For purposes of this paragraph (a)(3), the term "material disclosures" means the required disclosures of the annual percentage rate, the finance charge, the amount financed, the total of payments, the payment schedule, and the disclosures and limitations referred to in §§ 1026.32(c) and (d) and 1026.43(g). Take further notice that during the closing of Escrow Account Number 014416-AH, the Closing Disclosure documents provided by MORTGAGE SOLUTIONS OF COLORADO LLC for QUINN BASS (Homeowner) to sign never provided any information regarding the consumer's right to rescind/cancel agreement/contract.

Take further notice that pursuant to The Truth in Lending Act ("TILA"), 15 U.S.C. §1601 et seq. it is the consumer's right as Homeowner (QUINN BASS) to rescind the transaction for at least the following reason: Mortgage Solutions Financial

39

(i)    The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures, whichever occurs last. If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act.

Rob Clennan d/b/a ROB CLENNAN d/b/a PRESIDENT AND CEO of MORTGAGE SOLUTIONS FINANCIAL a.k.a. MORTGAGE SOLUTIONS OF COLORADO LLC AND ALL AGENTS KNOWN AND UNKNOWN,

WITHIN 20 CALENDAR DAYS ACCELERATED ACCEPTANCE OF THIS NOTICE OF RESCISSION SHALL RETURN ALL MONIES TO THE "CONSUMER" QUINN BASS AS PRINCIPAL, GIVEN IN CONNECTION WITH THIS CONSUMER TRANSACTION FOR MORTGAGE LOAN NUMBER 407431W1080/8200108162, ESCROW ACCOUNT NUMBER 014416-AH AND SHALL TAKE ANY ACTION NECESSARY TO REFLECT THE TERMINATION OF THE SECURITY INTEREST.

Termination of security interest:  Any security interest giving rise to the right of rescission becomes void when the consumer exercises the right of rescission. The security interest is automatically negated regardless of its status and whether or not it was recorded or perfected. Under § 1026.23(d)(2), however, the creditor must take any action necessary to reflect the fact that the security interest no longer exists.

See interpretation of Paragraph 23(d)(1) in Supplement I

(2) Within 20 calendar days after receipt of a notice of rescission, the creditor shall return any money or property that has been given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest. The Rescission model forms in Regulation Z Appendices H-8 to H-9 are shorter and safer, simply providing:

40

**I WISH TO CANCEL.**

**ATTENTION: Rob Clennan d/b/a ROB CLENNAN d/b/a PRESIDENT AND CEO of MORTGAGE SOLUTIONS FINANCIAL a.k.a. MORTGAGE SOLUTIONS OF COLORADO LLC,**

**YOU HAVE WITHIN THE 20 DAY ACCELERATED ACCEPTANCE GRACE PERIOD TO PERSONALLY FULFILL ALL DUTIES AS "CREDITOR" PURSUANT TO CFR § 1026.23 RIGHT OF RESCISSION, REGULATION Z, AND 15 U.S.C. § 1635. THIS RESCISSION IS EFFECTIVE AS TO ALL ASPECTS OF THE TRANSACTION, INCLUDING ALL DOCUMENTS SIGNED IN CONNECTION THEREWITH AND AUTOMATICALLY AND IMMEADIATELY PLACES THE PARTIES IN THE STATUS QUO ANTE i.e., IN THEIR PRE-CONTRACTUAL POSITIONS, BEFORE THE TRANSACTION WAS ENTERED INTO, RETURN ALL MONIES PAID BY THE "CONSUMER" QUINN BASS AS PRINCIPAL, USED TO COMPLETE CONSUMER TRANSACTION REGARDING MORTGAGE LOAN NUMBER 407431W1080/8200108162/ESCROW ACCOUNT NUMBER 014416-AH. TAKE FURTHER NOTICE THAT I bass, quinn W.O.P., BENEFICIAL OWNER AND OCCUPANT OF THE EXECUTOR'S OFFICE FOR Q. ALI BEY EXPRESS TRUST AS CREDITOR I AM CORRESPONDING IN CONCERNS TO WHAT MAY SEEM TO BE AN EXTORTIONATE ATTEMPT TO COLLECT A DEBT. MAY YOU PROVIDE FOR MY TRUSTEE AN ACCURATE ACCOUNTING AUDIT OF THE FINANCIAL TRANSACTION AND DISBURSEMENT OF ALL FUNDING ASSOCIATED WITH THIS CREDIT TRANSACTION FOR LOAN NUMBER 407431W1080 BASS. I DEMAND YOU FURNISH ALL PRINCIPAL'S ORIGINAL APPLICATION/ALL PAYMENTS MADE TO ESCROW ACCOUNT NUMBER014416-AH, ALONG WITH ALL DRAFTS CHECKS HELD. YOU MAY KEEP THE PROMISSORY NOTE/SECURITY INSTRUMENT/FINANCIAL ASSET AS COLLATERAL FOR THE VALUE OF THE PROPERTY AND REMIT AND INTEREST DUE TO THE PRINCIPAL AS REQUIRED BY LAW.  PROVIDED ROB CLENNAN d/b/a PRESIDENT AND CEO of MORTGAGE SOLUTIONS FINANCIAL also known as MORTGAGE SOLUTIONS OF COLORADO LLC, NEGLECTS/REFUSES/REFUTES TO RETURN ALL MONIES TO THE "CONSUMER" QUINN BASS AS PRINCIPAL AND PROVIDE FOR MY TRUSTEE AN ACCURATE ACCOUNTING AUDIT OF THE FINANCIAL TRANSACTION AND DISBURSEMENT OF ALL FUNDING ASSOCIATED WITHTHIS CREDIT TRANSACTION**

41

**<span style="color:red">FOR LOAN NUMBER 407431W1080 BASS/8200108162, AND FURNISH ALL PRINCIPAL'S ORIGINAL APPLICATION/ALL PAYMENTS MADE TO ESCROW ACCOUNT NUMBER 014416-AH, ALONG WITH ALL DRAFTS CHECKS HELD YOU WILL BE RESPONSIBLE FOR ACTUAL AND STATUTORY DAMAGES PURSUANT TO 15 U.S.C. § 1640(a).YOU MAY KEEP THE PROMISSORY NOTE/SECURITY INSTRUMENT/FINANCIAL ASSET AS COLLATERAL FOR THE VALUE OF THE PROPERTY AND REMIT ALL INTEREST DUE TO THE PRINCIPAL AS REQUIRED BY LAW.</span>**

**Official interpretation of Paragraph 23(d)(2)**

**(3) If the creditor has delivered any money or property, the consumer may retain possession until the creditor has met its obligation under paragraph (d)(2) of this section. When the creditor has complied with that paragraph, the consumer shall tender the money or property to the creditor or, where the latter would be impracticable or inequitable, tender its reasonable value. At the consumer's option, tender of property may be made at the location of the property or at the consumer's residence. Tender of money must be made at the creditor's designated place of business. If the creditor does not take possession of the money or property within 20 calendar days after the consumer's tender, the consumer may keep it without further obligation.**

### DECLARATION

**I declare under the penalty of perjury of the laws of the United States of America's California Republic the foregoing to be true and correct.**



**As Principal**

### NOTARY

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

42

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____SAN BERNARDINO_____ )

On _12/16/2024_ before me, VICKI HUNTER-WADE, NOTARY PUBLIC
_____
(insert name and title of the officer)

personally appeared _____Quinn Bass_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    **(Seal)**

VICKI HUNTER-WADE
COMM. #2459661
Notary Public - California
San Bernardino County
My Comm. Expires Aug. 17, 2027

43

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

QUINN BASS

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:
C/O P.O. BOX 166
HIGHLAND, CA 92346

**2024-0372586**

12/05/2024 03:57 PM Fee: $ 57.00
Page 1 of 12
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**882**

Space above this line for recorder's use only

## QUITCLAIM DEED

Title of Document

TRA: _____

DTT: _____ *0*

Pursuant to Assembly Bill 1466 – Real Property: Discriminatory Restrictions (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2.00) may be charged for recording the first page of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☒ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

44

Recording requested by:

Quinn Bass

P.O. Box 166

Highland, CA 32346

Once recorded, return to:

Quinn Bass

P.O. Box 166

Highland, CA 92346

Send tax statements to:

QUINN BASS

P.O. BOX 166

HIGHLAND, CA, 92346

Assessor's Parcel No.:

580 - 450 -026

This Space for Recorder's Use Only

# California Quitclaim Deed

State of California,    County of _____ Riverside _____

The undersigned Grantor hereby declares:

☐ The following taxes are due

DOCUMENTARY TRANSFER TAX: $ ___0___    CITY TRANSFER TAX: $ _____

☐ computed on the consideration or full value of the property conveyed.

☐ computed on consideration or full value less the value of liens or encumbrances remaining at time of sale.

The property conveyed is located in ☑ the City of Aguanga _____

☐ an unincorporated area of the county.

-OR- 52950 PAUL RD, AGUANGA, CA [ZIP] EXEMPT

☑ The property is exempt from transfer taxes for the following reason

Transfer into a Trust

**KNOW ALL MEN BY THESE PRESENTS,** that for good and valuable consideration of the sum of

_____ Ten _____ US Dollars ($ 10.00 ) in hand, paid to

QUINN BASS (Principal)

a married  Individual _____ with an address of

P.O. Box 166, Highland California 92346

(the "Grantor" or "Grantors"), does/do hereby release, remise and quitclaim to

Q ALI BEY EXPRESS TRUST

a California Trust _____ with an address of

c/o 7745 Boulder Ave unit 166, Highland, CA near 92346

(the "Grantee" or "Grantees"), its successors and assigns the property described in Exhibit A, lying, being and situate in _____ Riverside _____ County, California.

Page 1

45

**TO HAVE AND TO HOLD**, all and singular the described property, together with the tenements, hereditaments, and appurtenances belonging, or in anywise appertaining thereto, unto the Grantee(s), and their heirs and assigns forever.

**IN WITNESS WHEREOF**, the Grantor(s) has/have duly executed this Quitclaim Deed as of the date hereinunder.

Grantor Signature: _By: bass qu WO.P._        Date: _05 DEC. 2024_

Printed Name: QUINN BASS, (Principal)

Grantor Signature: _By: bass qu WOP._        Date: _05 DEC. 2024_

Printed Name: bass, quinn, Without Recourse (Agent)___

\# See Notry Attachment.

Page 2

46

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ SAN BERNARDINO _____ )

On ____ DECEMBER 5, 2024 ____ before me, ____ VICKI HUNTER-WADE, NOTARY PUBLIC ____
(insert name and title of the officer)

personally appeared ____ QUINN BASS ____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

VICKI HUNTER-WADE
COMM. #2459661
Notary Public - California
San Bernardino County
My Comm. Expires Aug. 17, 2027
NR01

47

EXHIBIT B

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                    **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                )
County of _Los Angeles_            )

On _11 - 12 - 2024_ before me, _Sissy Heisman, CA notary Public_
        Date                                Here Insert Name and Title of the Officer

personally appeared _Quinn Shinda Pass_
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

Place Notary Seal Above

──────────────── OPTIONAL ────────────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Durable Power of Attorney_
Document Date: _11-12-2024_                    Number of Pages: _4_
Signer(s) Other Than Named Above: _The Same Signer_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☑ Partner — ☐ Limited ☐ General
☑ Individual    ☑ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _By himself_

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

EXHIBIT 13

# CALIFORNIA DURABLE POWER OF ATTORNEY

## (California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, QUINN BASS of C/O 7745 BOULDER AVE , UNIT 166, HIGHLAND, California, 92346, appoint quinn bass of c/o 7745 Boulder Ave, unit 166, Highland, California, 92346, as my agent(s) (attorney-in-fact(s)) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS. TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING. TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

# INITIAL

_____ (A) Real property transactions.
_____ (B) Tangible personal property transactions.
_____ (C) Stock and bond transactions.
_____ (D) Commodity and option transactions.
_____ (E) Banking and other financial institution transactions.
_____ (F) Business operating transactions.
_____ (G) Insurance and annuity transactions.
_____ (H) Estate, trust, and other beneficiary transactions.
_____ (I) Claims and litigation.
_____ (J) Personal and family maintenance.
_____ (K) Benefits from social security, medicare, medicaid, or other governmental programs, or civil or military service.
_____ (L) Retirement plan transactions.
_____ (M) Tax matters.

QB

_____ (N) ALL OF THE POWERS LISTED ABOVE.

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS:

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

**Page 1**

EXHIBIT 13

The Principal SHALL NOT grant any additional powers or instructions to the Agent other than the powers listed under this power of attorney.

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney shall not be affected by subsequent incapacity of the principal.

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME INCAPACITATED.

I agree that any third party who receives a copy of this document may act under it.

Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this __12th__day of _____November_____, 20 __24__.


_____QUINN S. BASS___/_____base, young W.O.P
**Signature of Principal**


_____4729_____
**Principal's Social Security Number**


BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

**Page 2**



EXHIBIT B

# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which the certificate is attached, and not the truthfulness,
> accuracy, or validity of that document.

State of California )

County of _LOS Angeles_ )

On _November 12_, 20_24_, before me, _Sissy McConnon_ a Notary Public in and for
the State of California, personally appeared _Quin - Shinda Buss_
_____ [ PRINCIPAL & AGENT(S)
NAMES ] who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/
are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

My commission expires _ 01 - 19 - 2027_

51

EXHIBIT B

## NOTICE TO PERSON EXECUTING DURABLE POWER OF ATTORNEY
### (California Probate Code Section 4128(a))

A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing.

This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf. This document does not give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift, unless you specifically authorize the agent to accept or receive a gift.

Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

The powers you give your agent will continue to exist for your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property.

You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

Initials of Principal _QB_

Page 4

52

EXHIBIT B

## NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS ATTORNEY-IN-FACT

By acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:
  The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.  The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this power of attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the power of attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse under Penal Code Section 368. In addition to criminal prosecution, you may also be sued in civil court.

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.

Date: _____11/12/2024_____

By: _____bass, quinn W.O.P_____ , All Rights Reserved
*Signature of Agent*

bass, quinn W.O.P.
_____
*Print Name of Agent*



53

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>Quinn Bass 9094927123 | **Date of Filing** : 12/04/2024<br>**Time of Filing** : 06:23:00 PM |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>qalibeyexpresstrust@gmail.com | **File Number**   : 2024-339-7527-0<br>**Lapse Date**   : NONE |
| **C. SEND ACKNOWLEDGMENT TO:**   (Name and Address)<br><br>Q Ali Bey Express Trust<br>c/o 7745 Boulder Ave<br>166<br>Highland CA USA 92346 | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1b. INDIVIDUAL'S SURNAME**<br>BASS | **FIRST PERSONAL NAME**<br>QUINN | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| 1c. MAILING ADDRESS<br>PO BOX 166 | CITY<br>HIGHLAND | STATE<br>CA | POSTAL CODE<br>92346 | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>Mortgage Solutions of Colorado LLC (NMLS #61602) | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>7450 CAMPUS DR STE 200 | CITY<br>COLORADO SPRINGS | STATE<br>CO | POSTAL CODE<br>80920 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:

52950 Paui Road, Aguanga, California [ZIP EXEMPT]
APN # 580-450-026

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Quinn Bass 9094927123 |

B. E-MAIL CONTACT AT FILER (optional)

qalibeyexpresstrust@gmail.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

┌ Q Ali Bey Express Trust
c/o 7745 Boulder Ave
166
Highland CA USA 92346 ┘

Date of Filing : 12/04/2024
Time of Filing : 06:27:00 PM
File Number    : 2024-339-7528-7
Lapse Date     : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2024-339-7527-0**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| **Q Ali Bey Express Trust** |

OR  7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 7745 Boulder Ave unit 166 | Highland | CA | 92346 | USA |

8. ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

52950 Paui Road, Aguanga, California [ZIP EXEMPT]
APN # 580-450-026

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Bass | Quinn | | |

10. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Quinn Bass 9094927123 |

B. E-MAIL CONTACT AT FILER (optional)

qalibeyexpresstrust@gmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Q Ali Bey Express Trust
> c/o 7745 Boulder Ave
> 166
> Highland CA USA 92346

**Date of Filing** : 12/04/2024
**Time of Filing** : 06:17:00 PM
**File Number**   : 2024-339-7526-3
**Lapse Date**    : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 2024-339-7525-6 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Q. Ali Bey Express Trust | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 7745 Boulder Ave unit 166 | Highland | CA | 92346 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral
Indicate collateral:

52950 Paui Road, Aguanga, California [ZIP EXEMPT]
APN # 580-450-026

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| BASS | QUINN | | |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)
PAGE 1 OF 1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Quinn Bass 9094927123 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| qalibeyexpresstrust@gmail.com |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ Q Ali Bey Express Trust
  c/o 7745 Boulder Ave
  166
  Highland CA USA 92346 ⌐

**Date of Filing : 12/04/2024**
**Time of Filing : 06:11:00 PM**
**File Number   : 2024-339-7525-6**
**Lapse Date   : NONE**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| BASS | QUINN | | S | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 52950 PAUI ROAD | AGUANGA | CA | 92536 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Mortgage Solutions of Colorado LLC (NMLS #61602) | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7450 CAMPUS DRIVE STE 200 | COLORADO SPRINGS | CO | 80920 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

52950 Paui Road, Aguanga, California [ZIP EXEMPT]
APN # 580-450-026

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | | being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☑ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer | | ☐ Bailee/Bailor   ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)
2024-339-7525-6

EXHIBIT C

## AFFIDAVIT OF NOTARY PRESENTMENT

## Certificate of Mailing

(UCC 3-102)

State of: California

County of: San Bernardino

02/12/2025

Today, on 02/12/2025, for the purpose of verification I, Vicky Wade, as a certified, bonded, and insured agent and notary in the State of California and as an undersigning notary, do verify and confirm that the individual(s) named Quinn S. Bass, has appeared before me and requested the following document(s) to be mailed on his behalf in the form of a notary presentment to the following entities by USPO Registered Mail.

To: Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of

Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602

7450 Campus Drive,

Colorado Springs, CO 80920

Document(s) being presented by Notary:
0  NOTICE OF DEFAULT DATED 02/12/2025
1. Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit dated 02/12/2025
2. Affidavit of Dispute (Notice of Default, Third and Final Notice) dated 02/12/2025
3. Adverse Claim of Title and Reversion Ancestral Estate— EXHIBIT: A International Document dated 02/12/2025
4. Memorandum of Trust dated 02/12/2025
5. Notice of Waiver of Tort (Notice of Default, Final Notice) dated 02/12/2025
6. Affidavit in Support of Certificate of Notarial Protest dated 02/12/2025
7. Notice and Statement of Claim Remedy, True Billing and Fee Schedule, dated 02/12/2025
8. Notice of Demand for Payment, Dated 02/12/2025
9. UCC lien/Financing Statement dated 02/12/2025  · UCC FILE # 2025 - 043 - 5272 - 6,
10. AFFIDAVIT OF FACT / NOTICE OF BILLING ERROR, DATED 02/12/202
11. CERTIFICATE OF NOTARIAL PROTEST DATED 02/12/2025

Therefore, I Vicky Wade, an undersigning CA Notary Public, personally reviewed the aforementioned document(s) and personally verified that these document(s) were placed in an envelope and sealed by my witness and was mailed via USPO Registered Mail.

58

All evidence of document(s) to **RECEIVERS,** to whom this content may concern: You are hereby officially served and notified. Provided the need of an averment or rebuttal of due process, in order for any of the document(s) and/or statements listed herein, which is of concern to you and/or your office, to please respond within 30 days if the receipt to **notary acceptor** as addressed below. Provided a response is not received within 30 days, as it is in accordance with the Federal Rule of Civil Procedure (FRCP), it will be deemed that you and your office is in compliance with all the documentation and statements herein. Upon this time, I have been instructed to complete a Notary Certified and Verified statement of facts of your acquiescence, and to record it in the County of your location where your statistics public records office or any other office in your County.

VW NOTARY, TAX AND MORE

363 W 6th St. #1/2

San Bernardino, CA 92401

Ph: (909)503-6810

Email: vwtaxes28@gmail.com

State of CA

Notary Public

Name: Vicky Wade

Signature...................................................    Seal

Notary Com. Exp. ....8/17/2017

Date: 02/12/2025

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

59

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Bernardino_ )

On _2/12/2025_ before me, VICKI HUNTER-WADE, NOTARY PUBLIC
(insert name and title of the officer)

personally appeared _Quinn Bass_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    **(Seal)**

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

60

  

**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**~ 'Temple of the Moon and Sun' ~**

**~Societas Republicaeca Al Maurikanos~**

**The True and De jure Natural Peoples ~ heirs of the Land**

---

Affidavit of Fact

**Notice of Default**

International Document

Notice to Agent is Notice to Principal · Notice to Principal is Notice to Agent

EXHIBIT: E

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief
Executive Officer of Mortgage Solutions of Colorado
LLC., d/b/a Mortgage Solutions Financial NMLS #61602
7450 Campus Drive,
Colorado Springs, CO
80920

    Re: Misrepresented Instruments - Bill of Attainder Foreign Bills of Exchange styled as letter
entitled "NOTICE OF DEFAULT" dated January 29th 2025, associated with account numbers
8200108162 and 407431W1080 BASS, which adversely affects my ancestral estate in reversion
known as 52950 Paui Road, Aguanga, California

Take notice that on or around January 7ᵗʰ, 2025, you were served with an administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1889 8822 03) with the Affidavit of Dispute, Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate, and Memorandum of Trust giving you 10 days in good faith to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury which was delivered and received on January 13ᵗʰ, 2025. Take further notice that on January 28ᵗʰ 2025, you were served with a second administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8518 94) with the Affidavit of Dispute (2ⁿᵈ Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (2ⁿᵈ Notice), and Memorandum of Trust (2ⁿᵈ Notice), and Notice of Waiver of Tort (Contract) giving you 10 days in good faith to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury which was delivered and received on January 31ˢᵗ, 2025.

Take further notice that on or around February 12ᵗʰ, 2025, you were served with a second administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8519 86) with the Affidavit of Dispute (3ʳᵈ and Final Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (3ʳᵈ and Final Notice), and Memorandum of Trust (3ʳᵈ and Final Notice), and Notice of Waiver of Tort (Final Notice, Contract), Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit and Certificate of Notarial Protest dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit in Support of Certificate of Notarial Protest dated 02/12/2025, Notice of Statement Claim Remedy, True Billing and Fee Schedule dated

Statement/Lien dated 02/12/2025; furthermore, you were given 30 days to answer and/or respond in good faith to prove you claim in accordance with the prerequisites of my due process rights secured under the 5th Amendment of the Constitution for the United States of North America. As of today's date February 12th, 2025, you have waived your due process rights by neglecting/refuting/refusing/failing to answer and/or respond in good faith by proving your claim of an alleged debt which constitutes default.

Your default stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 U.S.C. § 1341 and 15 U.S.C. § 1 'Trusts, etc., in restraint of trade illegal; penalty'. Your default also stands as conclusive evidence that you have no valid claim of a debt, and proof that your misrepresented instruments- bill of attainders/foreign bill of exchanges titled "MORTGAGE STATEMENTS" dated December 9th, 2024, and January 16th, 2025, and any other instruments associated with account numbers 8200108162 and 407431W1080 BASS, are UNCONSTITUTIONAL, ERRONEOUS, NULL, and VOID AB INITIO, and UNENFORCEABLE for fraud. *See United States v. Throckmorton, 98 U.S., 61, 25 L.Ed. 93 (Fraud vitiates everything; contracts, documents and even Judgments.)*

### Redress

In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(iii)(III) you must immediately report to the credit reporting agencies that the alleged debt associated with account numbers 8200108162 and 407431W1080 BASS shall be immediately be removed for fraud, along with releasing back all monies and security interest back to Quinn Bass; otherwise, you are guily of 'Fraud and Swindles under 18 U.S.C. § 1341 and 15 U.S.C. § 1 'Trusts, etc., in restraint of trade illegal; penalty' which states the following: *"Whoever, having devised or intending to devise any "scheme or artifice to defraud" or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of loan, exchange, alter, give away, distribute, supply or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other*
• *article or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in*

Page 3 of 7

*or delivered by the Postal Service  or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom  any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon  or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years  or both. -If the violation occurs in relation to, or involving any  benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the <u>Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5122)).or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."*

15 USC 1, 'Trusts, etc., in restraint of trade illegal; penalty' which states: *Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations  is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony; and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.*

### Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Notice of Default is true and correct to the best of my knowledge and with honorable intent.

Executed this __12th__ day of __FEBRUARY__, 2025.

By: Q. ali Bey

Affiant: Q. Ali Bey, de jure

in propria persona, sui juris, in solo propria

Occupant of the Executors Office for

Q. Ali Bey Express Trust d/b/a QUINN S. BASS,

All Rights Reserved

EXHIBIT A
AFFIDAVIT of ~~(NOTE)~~

# msfservicing

7450 Campus Drive
Suite 200
Colorado Springs, CO 80920

**For Return Service Only**

72242678

QUINN BASS
7008 GLASGOW AVENUE
SAN BERNARDINO CA 92404

← EVIDENCE

NON

VIDENCE OF 'FRAUD AND SWINDLES
UNDER TITLE 18 U S C § 1341

Property Address:     52950 PAUI RD
                      AGUANGA, CA 92536

**Statement Date: December 09, 2024**

## MORTGAGE STATEMENT

 Online Information: https://mortgagesolutions.net/

 Hours of Operation  Mon - Thurs 7 am - 7 pm, Fri 9 am  5 pm, Sat
8 am - 12 pm MT
Phone: (866) 558-8850
Fax: 800-480-8082

 Correspondence:
7450 Campus Drive
Suite 200
Colorado Springs, CO 80920

MSF App now on mobile
Look for  My MSF App on
Google Play or in the Apple
App Store

| | |
|---|---|
| Loan Number: | 8200108162 |
| Next Payment Due Date: | 1/1/2025 |
| **Total Amount Due:** | **$2,757.35** |

If payment is received after 1/18/2025, a late fee of $110.20 will be charged.

VIDENCE OF FRAUD

### Account Information

| | |
|---|---|
| Loan Due Date | 01/01/2025 |
| Outstanding Principal Balance | $350,000.00 |
| Escrow Balance | $1,825.26 |
| Interest Rate | 6.750% |
| Prepayment Penalty | No |
| Maturity Date | December 2054 |
| Partial Payment (Unapplied Balance)* | $0.00 |
| Restricted Escrow Balance | $0.00 |
| Recoverable Corporate Advance Balance | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $301.34 |
| Interest | $1,968.75 |
| Escrow (Taxes and Insurance) | $487.26 |
| Additional Monthly Amount(s) | $0.00 |
| **Regular Monthly Payment** | **$2,757.35** |
| Past Due Payment(s) | $0.00 |
| Total Fees and Charges | $0.00 |
| **Total Amount Due** | **$2,757.35** |

### Transaction Activity (10/02/24 - 12/09/24)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Late Charges/Fees | Unapplied Funds | Total |
|---|---|---|---|---|---|---|---|---|
| 12/5/2024 | NEW LOAN SET UP | -$350,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/5/2024 | PAYMENT/ESCROW DEPOSIT | $0.00 | $711.99 | $1,825.26 | $0.00 | $0.00 | $0.00 | $2,537.25 |

### Special Messages

65

*EXHIBIT: A (CONTINUED)*
*( AFFIDAVIT OF DISPUTE)*

*EVIDENCE OF 'FRAUD AND SWINDLES' UNDER TITLE U.S.C. § 1341*

| Past Payments Breakdown | Paid Since Last Stmnt | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $711.99 | $711.99 |
| Escrow | $1,825.26 | $1,825.26 |
| Additional Monthly Amount(s) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$2,537.25** | **$2,537.25** |

**Important Messages**

If you are experiencing financial difficulty: See back for information about mortgage counseling or assistance.

**\*Important Information About Partial Payments**

Any partial payments that are made are not applied to the mortgage, but instead are held in a separate suspense account. If the balance of a partial payment is paid, the funds will then be applied to the mortgage. Suspense funds/partial payments are subject to return.

---

TEAR OFF AND RETURN BOTTOM PORTION OF THIS STATEMENT WITH YOUR PAYMENT OR VISIT https://mortgagesolutions.net/

**Total Amount Due**

Loan Number: 8200108162
Borrower QUINN BASS
Total Amount Due: $2,757.35
Due By 01/01/2025
If payment is received after 1/16/2025, a late fee of $110.29 will be charged.

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

If your address, telephone number, or e-mail address has changed, please visit our website listed above or contact us at (866) 556-8850

**PAYMENT COUPON**

| | |
|---|---|
| Total Amount Due | $2,757.35 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Enclosed | $ |



**msf**servicing

PO Box 738395
Dallas, TX 75373-8395

738395820010816202757350000027573500000000000000000000000003

66

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Bernardino_

On _February 12, 2025_ before me, _Sheleta Jannelle Williams_
      _Date_                                      _Here Insert Name and Title of the Officer_

personally appeared _Vicki Hunter Wade_
                                       _Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


SHELETA JANNELLE WILLIAMS
Notary Public · California
San Bernardino County
Commission # 2377012
My Comm. Expires Sep 30, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sheleta Jannelle Williams_
                             _Signature of Notary Public_

*Place Notary Seal and/or Stamp Above*

──── **OPTIONAL** ────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit of Non-Response and Nihil Dicit_
Document Date: _February 12, 2025_        Number of Pages: _2_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer – Title(s): _____    ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited  ☐ General     ☐ Partner – ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact     ☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator    ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____       ☐ Other: _____
Signer is Representing: _____     Signer is Representing: _____

©2019 National Notary Association

## Affidavit of Non-Response and Nihil Dicit &

## FAILURE TO CONTEST ACCEPTANCE AND AGREEMENT

## NOTARY SWORN DECLARATION

**Re: Non-Response to Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery to Exhaust Administrative Remedy pursuant to the Administrative Procedure Act of 1946, 2. Informal Rulemaking. 5 U.S.C. § 553 (a),(b),(c),(d),(e) governs informal rulemaking.**

**State of California)**

**County of San Bernardino)**

"Indeed no more than (affidavits) are necessary to make the "Prima Facie" case." -United States v Kis , 658F 2nd , 526, 536, (7th Cir. 1981) : Cert. Denied, 50 US L.W. 2169; S. Ct.

Pursuant to the Administrative Procedures Act 1946, 2. Informal Rulemaking, 5 U.S.C. par 553 (b), (c), (d), (e),  and pursuant to U.S. v Kis 658F 2nd 526, 536, (7th Cir. 1981): Cert Denied, 50 US L.W. 2169: S. Ct. " Indeed, no more than affidavits are necessary to make the Prima Facie case" and pursuant to Doctrine of Clean Hands:

01/07/2025, 01/28/2025, and 02/12/2025,  a private and lawful claim, accompanied with its supporting affidavits and evidence which is addressed to your location (office, residence) having a single count complaint in regards to your alleged neglect/refute/refusal to perform fiduciary responsibilities and lawful obligation for Mortgage Account No. 8200108162 and 407431W1080 BASS for transaction regarding 52950 Paul Road, Aguanga CA [zip exempt], APN # 580-450-026.

The documents were shipped by my office, on behalf of Mr. Quinn Bass and Q. Ali Bey Express Trust which Quinn Bass is the main and original claimant.

a. The documents were sent via USPS Certified Mail with Return Receipts (Green Cards) and were delivered to listed Respondent successfully

68

Therefore, I Vicki Hunter Wade, a bonded and certified agent of the State of California, and declare under the penalty of perjury, that:

a.  After providing my mailing to address to you as "Notary Receptor"
b.  After checking my mailbox on a frequent basis,

**I HAVE NOT RECEIVED ANY DOCUMENTATION AND/OR RESPONSE FROM THE LISTED RESPONDENTSALL LISTED RESPONDENTS HAVE REFUSED OR FAILED TO RESPOND WITHIN THE 30 DAYS GIVEN IN GOOD FAITH PURSUANT THE ADMINISTRATIVE PROCEDURE ACT OF 1946, CODE OF FEDERAL REGULATION, AND FEDERAL RULES OF CIVIL PROCEDURE AS STIPULATED TO A FRAUDULENT TRANSACTIONS CLAIM.**

This present acknowledgment will be asserted as evidence in "Court" within fourteen days (14) in a form of Affidavit of Non-Response and Ni-Hil Di-Cit, Certificate of Notarial Protest, Notice of Statement of Claim Remedy, True Billing and Fee Schedule, and Notice of Demand for Payment dated 10/31/2024 among other supporting documents that were already provided to you.

Vicki Hunter Wade, Notary Receptor

Signature.

Date: 02/12/2025

NOTARY Sheleta Jennelle Williams
February 12, 2025

SHELETA JANNELLE WILLIAMS
Notary Public · California
San Bernardino County
Commission # 2377012
My Comm. Expires Sep 30, 2025







**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem /Northwest Africa / North America / 'The North Gate'**

~ **'Temple of the Moon and Sun'** ~

~**Societas Republicaeca Al Maurikanos**~

**The True and De jure Natural Peoples ~ heirs of the Land**

---

## NOTICE OF DEFAULT (3ᴿᴰ AND FINAL NOTICE)
## Affidavit of Dispute

International Document

Notice to Agent is    Notice to Principal -   Notice to Principal is Notice to Agent

Reference: Riverside County Assessor-County Clerk-Recorder Document # 2024-0372586

Exhibit: A

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief
Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a
Mortgage Solutions Financial NMLS #61602
7450 Campus Drive,
Colorado Springs, CO  80920

Re: Misrepresented Instruments - Bills of Attainder/ Foreign Bills of Exchange entitled
"MORTGAGE STATEMENT" dated December 9ᵗʰ, 2024, associated with Loan numbers
8200108162 and 407431W1080 BASS and my ancestral estate in reversion known as 52950

70

Paui Road, Aguanga, California.

I am in receipt of the unsigned misrepresented instruments - bills of attainder/ foreign bills of
exchange for payment due dated December 9th, 2025, associated with said Loan Number 8200108162
and 407431W1080 BASS, adversely affects my ancestral estate in reversion known as 52950
Paui Road, Aguanga, California. However, your instruments do not bear a name or a signature from
the sender nor is there an identifiable natural person claiming to be the alleged creditor in such
instruments. Also your instruments are addressed to the fictitious corporate person/ nom de guerre
QUINN S. BASS under the color of law within purview of the unconstitutional 14th Amendment;
furthermore, your instruments entitled "MORTGAGE STATEMENT" dated December 9th, 2024,
associated with Loan Number 8200108162 and 407431W1080 BASS adversely affect my ancestral
estate in reversion known as 52950 Paui Road, Aguanga, California; however, your instruments do
not bear a name or a signature from the sender, nor is there an identifiable natural person claiming to
be the alleged creditor in such instruments and your said instruments used for the transaction
associated with Loan Number 8200108162 and 407431W1080- BASS are addressed to the fictitious
corporate person/ nom de guerre QUINN S. BASS under the color of law within purview of the
unconstitutional 14th Amendment. Take notice that your financial instruments entitled MORTGAGE
STATEMENT dated December 9th, 2024, which is associated with Loan Number 8200108162 and
407431W1080 BASS and any supporting documents associated with Loan Number 8200108162 and
407431W1080 BASS are spurious, null and void ab initio, and constitute fraud in the inducement. See
**United States v. Throckmorton, 98 U.S. 61, 25 L. Ed. 93** (Fraud vitiates the most solemn contracts,
documents, and even judgments.")

Your financial instrument(s), attachments and supporting documents are hereby disputed in accordance with my
prerequisite due process rights; furthermore, before you intend to enforce or compel me to an alleged debt, you
must first show that you are the 'holder-in-due-course' of an original (not copy) valid and verifiable 'Loan
Agreement' mutually made between you and /or an authorized representative of your foreign company,
MORTGAGE SOLUTIONS OF COLORADO LLC., d/b/a MORTGAGE SOLUTIONS FINANCIAL NMLS
#61602 , located at 7450 Campus Drive, Colorado Springs, CO  80920 and I, upon which the alleged debt is made
Take further notice that, pursuant to the 'Best Evidence Rule' you must produce the original 'loan agreement' befor
trying to enforce the alleged debt. See Black's Law Dictionary, 5th Ed., Page 146:
> **Best Evidence Rule.** *The "best evidence rule" prohibits the introduction into evidence of*
>
> *secondary evidence unless it is shown that original document has been lost or destroyed or is*
>
> *beyond jurisdiction of court <u>without fault of the offering party;</u> if original document is lost,*
>
> *then secondary evidence is properly admissible. State v. Stephens, Mo.App., 556 S.W2d 722,*

71

*723. Fed.R.Evid. 1002 states the basic rule as follows: "To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress. "*

## Declaration of Nationality - Citizenship and Status

For the record, I, Quinn Ali Bey also known as Q. Ali Bey, a natural person and living soul in full life, in propria persona, sui juris, in solo proprio. My nationality / citizenship is Moorish American, being an aboriginal and indigenous heir apparent and national of the Moroccan Empire at North-West Amexem / North America; and authorized representative, ex rel. QUINN S. BASS. All correspondence shall be addressed to me, Noble Q. Ali Bey and not the fictitious corporate person / nom de guerre QUINN SHINDA BASS which constitutes fraud. See **EXHIBIT: A** attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 USC 1341.

## Jurisdiction and Venue

In accordance with the 'Diversity of Citizenship clause' under Article III, section 2 of the Constitution for the United States of North America, I hereby invoke my treaty rights to consular jurisdiction in order to have this dispute decided in consular court and venue in accordance with my treaty secured rights under Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire; and the 'Supremacy clause' under Article VI, clause 2 of the Constitution for the United States of North America, in any event that this dispute cannot be settled between us. I do not consent to anything to the contrary.

## Discovery and Disclosure

In accordance with the 'Rule of Discovery' and for the purpose of full disclosure, Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602, you hereby in good faith to schedule a timely meeting and give my consul and I an opportunity to make a thorough physical inspection of the original 'Promissory Note' and the original 'Deed of Trust' which bears my wet-ink signature, and all loan- related documents that adversely affect my ancestral estate in reversion known as 52950 Paui Road, Aguanga, California. As stipulated by law, so as to enable me (the alleged borrower) and my consul to physically examine, verify, confirm, and witness the same. The meeting shall be set and concluded to effectuate the above - stated physical examinations and witnessing of all loan- related

72

documents, with the same being orderly arranged, satisfied, and concluded within **10 calendar days**

**accelerated acceptance** from your receipt of this dispute.

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 and all Agents known and unknown, are hereby commanded to produce proof of the following:

1. Produce a certified copy of the alleged 'loan agreement' (exposing the front and back) with my signature complete with any affixations or allocations attached to the same for endorsements;

2. Produce all bookkeeping journal entries and records associated with the alleged 'loan agreement'; and

3. Produce evidence of your alleged 'allodial title' or 'aboriginal title' to my inherited ancestral estate reversion known as 52950 Paui Road, Aguanga California. which would prove beyond reasonable doubt that you and / or your foreign company of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602, are genuinely the absolute owner(s) of said estate; and to

4. Verify the specific specie in the 'loan agreement' that was allegedly lent/borrowed which must be returned as "payment":
   a. gold or silver coins which would be the lawful money (dollars) tendered for payment of debts per Article 1, section 10, clause 1 of the Constitution for the United States of North America; or
   b. private corporate commercial paper (Federal Reserve Notes) or securities (checks) which are unconstitutional counterfeit coins and do not constitute payment.

5. Verify that the "Right of Rescission" pursuant to 12 CFR Part 1026.23 (Regulation Z) and The Truth in Lending Act did not apply to said transaction since there were no such documents provided in the Mortgage Loan documents for Loan Number 8200108162 and 407431W1080 BASS, and provide lawful reason that would exclude the aforementioned from said transaction associated with my inherited ancestral estate in reversion known as 52950 Paui Road, Aguanga, California.

## Counter Claim

Your financial instrument entitled Mortgage Statement with payment due dated January 1st, 2025, Promissory Note(s), and Deed of Trust associated with Loan Number 407431W1080 BASS.

73

and any other attachments associated with Loan Number 8200108162 and 407431W1080 as

well as your claim of an alleged debt are notwithstanding, null and void for fraud under Title

18 USC §1341 due to the following:

1. You and your foreign company, Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 and all Agents known and unknown, are third party intervenors and are not the holder-in due-course of any alleged original "Promissory Note";
2. You and your foreign company, Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 and all Agents known and unknown, do not hold or possess 'aboriginal title' or 'allodial title' my ancestral estate in reversion known as 52950 Paui Road, Aguanga California, therefore, you do not have the right to lease, rent, or sell such property;
3. You and your foreign company, Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 and all Agents known and unknown , never lent me any gold or silver coins in any amount:
4. Your claim of an allege debt can only be 'acquitted' and 'discharged' pursuant to Title 12 U.S.C. §95a

   (2) due to there being no gold and silver coins available in public circulation to lawfully pay any public or private debt:

   > See Article 1, section 10, clause 1 of the Constitution for the United States of North America
   >
   > > "No State shall make any Thing but gold and silver Coin a Tender in Payment of Debts."

   > See Title 12 U.S. Code§ 95a-Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties.
   >
   > *(2) Any payment conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a **full acquittance and discharge for all purposes of the obligation of the person making the same;** and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of or in pursuance of and in reliance on this section, or any rule, regulation, instruction, or direction issued hereunder.*

## NOTICE OF DEFAULT

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 were noticed with an Affidavit of Dispute, Adverse Claim to Title, Memorandum of Trust, and Notice of Waiver of Tort (contract), by Notary Pressentment via USPO Certified Mail with Return Receipt (USPO Tracking Number 9589071052701889882203 delivered on January 13th, 2025, USPO Tracking Number 9589071052701997851894 delivered on January 31st, 2025). Notice of Billing Error (USPO Tracking

74

Number Number 9589071052701997852013 delivered on February 7ᵗʰ, 2025), and USPO tracking 958907105271997851986 dated February 12ᵗʰ, 2025. Since you neglected/refuted/refused to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury in good faith, **NO ACTION CAN BE TAKEN BY YOU OR YOUR AGENT(S).**

Your failure to answer and prove your jurisdiction constitutes default and stand as your admission by acquiescence and/or silence of your spurious instrument entitled MORTGAGE STATEMENTS dated December 9ᵗʰ, 2024, with payment due dated January 1ˢᵗ, 2025, along with January 16ᵗʰ, 2025, and unsigned letter dated January 17ᵗʰ, 2025 and any other attachments associated with Loan Number 8200108162 and 407431W1080 are hereby deemed void ab initio and unenforceable for fraud.

Now that you are in Default you agree by Notice of Waiver of Tort (Contract) to immediately contact the IRS and all credit reporting agencies and report the alleged debt associated with Loan Number 8200108162 and 407431W1080 BASS satisfied in full due to alleged fraud along with an immediate recording of Certificate/Deed of Reconveyance/Satisfaction for Loan 8200108162 and 407431W1080 in the Riverside County Recorder's Office, along with releasing all monies and security interest back to Quinn Bass. Your failure/neglect/refusal will be considered a continuous act of tort and you will be contracted through Notice of Waiver of Tort to pay Quinn Bass in the amount of $1,110,000 USD in credit including your guilt of alleged Fraud and Swindles under federal law Title 18 USC §1341 which states the following:

> *"Whoever, having devised or intending to devise any "scheme or artifice to defraud" or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of loan, exchange, alter, give away, distribute, supply or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. -If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection*

75

*with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5122)).or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."*

Along with violation(s) against 15 USC 1, 'Trusts, etc., in restraint of trade illegal; penalty' which states: *Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.*

*With your silence you are also agreeing to any liens, levies, or any means being brought against you to remedy the contract via Notice of Waiver of Tort.*

### Affidavit

*I Declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.*

Executed this 12th day of FEB, 2025.

By: _____

Affiant: Quinn Ali Bey, de jure
In propria persona, sui juris, in solo proprio
authorized representative, ex rel.
QUINN S. BASS;
All Rights Reserved.
c/o 52950 Paui Road,
Aguanga, California [Zip Exempt]


Kenneth Tollwier
1st Witness Signature Kenneth Tolliver   2/12/25


Anthony M.
2nd Witness Signature Anthony Mitchell   2/12/25

76

Affidavit of Fact

Certificate of Service

I Quinn Ali Bey do hereby certify that on the _17th_ day of _February 2025_, said Affidavit of Dispute with attachment EXHIBIT: A were sent via notary presentment by USPO certified mail with return receipt to the following recipient:

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief
Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a
Mortgage Solutions Financial NMLS #61602
7450 Campus Drive,
Colorado Springs, CO   80920

By: _____

All Rights Reserved

CC: Shirley Weber, California Secretary of State

Antony J. Blinken, United States Secretary of State

United States Attorney General, Merrick Garland

Volker Turk, United Nations High Commissioner for Human Rights

Office of the Consul General of Morocco. Maghrib al Aqsa

77

   

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

 

**Moorish National Republic Federal Government North East Amexem Territories and Dominions**

**〜 Temple of the Moon and Sun 〜**

**〜 Moorish divine and National Movement of the World〜**

**〜 The True and De Jure Natural Heirs and Inheritors to the Land〜**

## NOTICE OF DEFAULT (3RD AND FINAL NOTICE)

### Affidavit of Fact

### Adverse Claim of Title and Reversion Ancestral Estate– EXHIBIT: A International Document

Notice to Agent is Notice to Principal – Notice to Principal is Noticed Agent

Rob Clennan d/b/a ROB CLENNAN d/b/a
President/ Chief Executive Officer of
Mortgage Solutions of Colorado LLC., d/b/a
Mortgage Solutions Financial NMLS #61602,

Mortgage Solutions of Colorado LLC.,

7450 Campus Drive,

Colorado Springs, CO   80920

---

**Stare Decisis Law**
*"A state cannot refuse to give foreign Nationals their treaty rights because of fear that valid International agreements may possibly not work completely to the satisfaction of the state authorities. Under the ' Supremacy Clause' of the United States Constitution Article 6, Clause 2, state policies as to the rights of aliens to inherit must give way to overriding Federal treaty and conflicting arrangements. Kolovrat v. Oregon, 366 U. S.187,194,81 S.Ct.922(1961).*

78

   



**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

I, Q. Ali Bey, sui juris, sui juris, an aboriginal and indigenous Moorish American sovereign national of the Moroccan Empire at Maghrib Al Aqsa, North-West Amexem /North America, having reached the Age of Majority, after being duly affirmed according to law, hereby depose and state the following:

1. I am one of the surviving consanguinity heirs  apparent of the late ancient Moabites (modernly known as Moroccans) from the land of Moab who received permission from the Pharaohs of Kemet to settle and inhabit North West Africa (Amexem); with their Canaanite, Hittite, Amorite brethren who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from North-East and South-West Africa, across the Great Atlantis even into the present North, South, and Central America and also Mexico and the Atlantis Island, before the Great Earthquake, which caused the Great Atlantic Ocean.

2. My nationality / citizenship and political status as an Aboriginal indigenous Moorish American Sovereign National of the Moroccan Empire and direct descendant of the ancient Moabites (Moroccans) buy jus sanguine, is recognized under the registration number ©AA222141, Class A, with the Clock of Destiny Moorish American National identification card and Zodiac Constitution recorded by Charles Mosley Bey, a Moorish American and my kin by consanguine, on September 10th, 1952 in the Library of Congress copyright office, Washington, District of Columbia, and the United States Department of Justice.

3. My Moabite ancestors died intestate, and was vested with reversionary interest in the lands and resources of the Moroccan Empire at North America, which is in de facto occupational use, in usufruct, by the foreign hybrid European colonists exercising feudal law practices under color of law as citizens/ members / beneficiaries of the UNITED STATES (Inc.) under the expired fifty (50) year mandate, i.e., the Treaty of Peace and Friendship of 1836 (in force 1837) between the United States of America and the

79



**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

Moroccan Empire; which superseded the Treaty of Peace and Friendship of 1787 between the United States of America, and his Imperial Majesty the Emperor of Morocco. This treaty is the supreme Law of the Land under the 'Supremacy Clause' of the Constitution for the United States of North America Article VI, Clause 2. Article 25 of the aforesaid Treaty of 1836 avers the expiration term as follows:

**Article 25.** *"This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give 12-month noticed to the other of an intention to abandon it; in which case, it's operation sell cease at the end of the 12 months.*"

4. Per my treaty rights to inherit under Article 22 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, and in accordance with the international law provision of the United Nations Declaration on the Rights of Indigenous people, I am competent to make claim to my inherited ancestral estate in reversion as a surviving rightful heir Apparent, which is being held in trust de facto by the foreign corporate STATE OF CALIFORNIA (Inc.) and subsidiaries as escheated fee simple property under color of law within purview of the unconstitutional 14th Amendment to the United States Constitution. Per the stare decisis law in the *Kolovrat* case mentioned above, my treaty rights to inherit property under article 22 of the said Peace Treaty of 1836 overrides All State policies that are made to the contrary, which aver the following:

**Article 22**. It's an American citizen shall die in our country and no will show the pier, the council shall take possession of his effects, and if there shall be no

    

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

console, the effects shall be deposited into the hands of some person worthy of the trust, until the party shall appear who has a right to demand them, but if the heir to the person deceased be present, the property shall be delivered to him without interruptions; and if a will shall appear, the property shall descend agreeable to that will, just as soon as the Consul shall declare the validity thereof.

5. I hereby make an adverse claim of aboriginal title to my ancestral estate introversion as described below, to wit:

All that certain plot, piece of parcel of land with resources, buildings and improvements there on erected, situated, Line & Bean, known to be located near Aguanga, California Republic, known by the street address of **52950 Paui Road, Aguanga, California**, at Maghrib Al Aqsa, North-west Amexem, and geographically located at the North American continent with the dominions of the Moroccan Empire at Maghrib Al Aqsa, North-West Amexem, Latitude 33.480644, Longitude -116.738912 GPS (Global Pointing System) coordinates 33° 28' 50.318' North; and 116° 44' 20.083" West;

6. This claim is made pursuant to the Aboriginal land tenure systems, traditions, and customs of my ancient Moabite Foremothers and Forefathers in accordance with international law under Articles 26, 27, 28, 29, 30, and 37 of the United Nations Declaration on the Rights of Indigenous Peoples.

7. The above described property is registered in a private allodial trust title: Q. Ali Bey Express Trust, dated May 23rd, 2022, which I am the beneficiary and trustee of; and the document entitled Memorandum of trust shall service proof of such Trust

8. Any mortgage, hypothecation, lean, encumbrance, or fee simple deed (color of title) attached to my ancestral estate in reversion known as 52950 Paui Rd, Aguanga,

81

  

 

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

Caliifornia, claimed or hailed by any citizen(s) of the United State via feudal law practice within the purview of the 14th Amendment to the United States Constitution, being recorded in the land records of Riverside County, California, are held to be ineffective, invalid, null, void, and unconstitutional / the Congressional Record Proceedings and Debates of the 90th Congress, 1st Session, volume 113-Part 12, June 12th, 1967, page 15614 (The 14th Amendment is Unconstitutional ).

9. I am, therefore, executing this Affidavit for the purpose of attesting to the truthfulness of the facts set forth herein, and a copy of this affidavit, and the memorandum of trust, and any other relevant documents will be made available for publication:

### AFFIDAVIT

I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate is true and correct.

Executed this 12th day of FEBRUARY , 2025

By: Q. Ali Bey

Affiant: Quinn Ali Bey, de jure
In propria persona, sui juris, in solo proprio
Authorized representative, ex rel
QUINN SHINDA BASS;
All Rights Reserved.
In Care of 52950 Paui Road
Aguanga, California Republic [Zip Exempt]

Kennetth Jolliver
1st Witness Kenneth Tollivee    2/12/25

Antony M
2nd Witness Anthony Mitchell    2/12/25

82

  

# Moorish National Republic Federal Government North East Amexem Territories and Dominions
## ᔦ ~ Temple of the Moon and Sun ~ ᔦ
### ᔦ ~ Moorish Divine and National Movement of the World~ ᔦ
### ᔦ ~ The True and De Jure Natural Heirs and Inheritors to the Land~ ᔦ

3ᴿᴰ AND FINAL NOTICE
Affidavit of Fact

**Memorandum of Trust**
International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

KNOW THAT. I, Q. Ali Bey, being in care of the mailing address c/o 52950 Paui Road, Aguanga, Republic of California, as Grantor, created an allodial private irrevocable trust, known as Q. Ali Bey Express Trust", dated May 23ʳᵈ, 2022, by executing a Declaration of Trust, dated October 27ᵗʰ, 2023, naming I Q. Ali Bey, as trustee and beneficiary.

The declaration of trust and the trust created thereunder may be referred to by the name: "Q. Ali Bey Express Trust" dated May 23ʳᵈ, 2022. Any transfers to the declaration of trust or any trust their under may refer to the aforesaid Appalachian as trustee under the name. "Q Ali Bey Express Trust dated May 23ʳᵈ, 2022, with or without specifying any change in trustee(s).

This Memorandum of Trust is executed as evidence of the existence on the foregoing Declaration of Trust. Any person may rely upon this Memorandum of Trust as evidence of the existence of said Trust, and is relieved of any obligations to verify that any transaction entered into by a Trustee thereunder is consistent with the terms and conditions of said Declaration of
Trust.

The Declaration of Trust and the trust created thereunder may be referred to by the name: "Q Ali Bey Express Trust", dated May 23ʳᵈ 2022. Any transfers to the Declaration of Trust or any trust thereunder may refer to the aforesaid appellation as trustee under the name. "Q. Ali Bey" dated for May 23ʳᵈ, 2022, with or without specifying and change in Trustee.

Page 1 of 1

By Q. Ali Bey

DATE 02/12/2025

83

## NOTICE OF DEFAULT (FINAL NOTICE)

## NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS

### NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

### NOTICE TO PRINCIPLE IS NOTICE TO AGENT

******************************************************************************************************

**Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602.**

Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown.

7450 Campus Drive,

Colorado Springs, CO 80920.

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE"**, or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES. NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD by and through the Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: **YOU ARE HEREIN GIVEN 10 DAYS OF THE RECEIPT OF AFFIDAVIT OF DISPUTE (2nd Notice), ADVERSE CLAIM TO TITLE (2nd Notice) , MEMORANDUM OF TRUST(2nd Notice), NOTICE OF WAIVER OF TORT and the CONTRACT** therein created to answer/respond in **good faith**.
You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S), NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance and agreement: @ 3X (Three Times the value of property located at 52950 Paui Road. Aguanga California 92536 ($370,000 USD X 3). Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602, Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown through your acquiesce you are agreeing to pay bass, quinn W.O.P. in the amount of $1,110,000 USD in credit, along with agreeing to release all security interest to Quinn Bass W.O.P. as well recording a Deed of Reconveyance for Loan #.8200108162. THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

84

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE
OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR
TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURE YOU AGREE, KNOWINGLY, INTENTIONALLY AND
VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON
YOURSELVES INCLUDING BUT NOT LIMITED TO ANY LIENS, LEVYS, AND OR ANY LAWFUL
MEANS TO RECEIVE PAYMENT. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO
INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: bass, quin W.O.P.

Quinn Bass W.O.P (COPYRIGHTED)
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE:   02/12/2025

NOTARY:

85

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _San Bernardino_ )

On _2/13/2025_ before me, __VICKI HUNTER-WADE, NOTARY PUBLIC__

(insert name and title of the officer)

personally appeared ___Quinn Bass___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

Signature _____     **(Seal)**

86

## Affidavit in Support of Certificate of Protest

San Bernadino
~~Riverside~~ County        )

        )SS.

State of California        )

I, Quinn Bass W.O.P., hereinafter Presenter, having firsthand knowledge of the facts stated herein, being competent to make these statements, do hereby state the following facts: To wit,

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN, received a Notice of Rescission with attached Quitclaim Deed and Power of Attorney, Affidavit of Dispute, Affidavit of Fact Adverse Claim of Title and Reversion Ancestral Estate– EXHIBIT: A International Document, Memorandum of Trust, Notice of Waiver of Tort, Notice of Statement of Claim Remedy also known as, Administrative Remedy Process pursuant to the Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case" first mailing delivered and received on 12/20/2025 by USPO Certified Registered Mail No. 9589071052701889881947, second mailing delivered and received on 1/13/2025 by USPO Certified Registered Mail No. 9589071052701889882203, third mailing delivered and received on 1/31/2025 by USPO Certified Registered Mail No. 9589071052701997851894, fourth mailing delivered and received on 2/07/2025 by USPO Certified Registered Mail No. 9589071052701997852013, Fifth mailing , default, dishonor, and forfeiture date 2/12/2025 by USPO Certified Registered Mail No. 9589071052701997851986, all were mailed to: 7450 Campus Drive, Suite 200, Colorado Springs, Colorado 80920.

2.      An Affidavit and Certificate of Non Response and Nihil Dicit Conditional Acceptance For Value "Void Judgement" was created by California Notary Public (Third Party Witness but not a Party of Administrative Process), along with Certificate of Notarial Protest, Affidavit in Support of Certificate of Notarial Protest, Notice of Statement of Claim Remedy, UCC financing Statements/lien and Notice of Demand for Payment, was served on Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN 2/12/2025 by Notary Presentment via USPO Certified Registered Mail No. 9589071052701997851986

3. Response to Conditional Acceptance for Value from Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN were silent putting all respondents in Default, Dishonor, and Forfeiture and "Nihil Dicit" pursuant to the Administrative

87

Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S.
v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. "Indeed, no more than
(affidavits) are necessary to make the 'Prima Facie' case."


4.      A Notice of Statement of Claim Remedy/ True Billing and Fee Schedule, for all respondents
listed dated on 2/12/2025 was served via USPO registered mail No. 958907152701997851986 on
2/12/2025 by California Notary Public (Third Party Witness but not a Party of Administrative Process),


Presenter declares the above facts to be true, correct, and complete to the best of his knowledge and
belief and hereby submits the Affidavit knowing the penalty of bearing false witness before God and
Man and under penalty of perjury under the laws of the United States of America's California
Republic.

        Submitted this 12th Day of February, AD_____2025


☒ By: bass, quin W.O.P.
        bass, quinn W.O.P.



JURAT/ACKNOWLEDGMENT


California - state                        )

on the land                              )

and beyond the sea                       )

Riverside County on the land    )

and beyond the sea                       )


his free act and deed. Subscribed and agreed to before the undersigned...........



Certified Mail Number: 9589 0710 5270 1997 8519 86

## NOTICE AND STATEMENT OF CLAIM REMEDY,

## TRUE BILLING AND FEE SCHEDULE

**Pursuant to the California Administrative Procedures Act of 1945, Administrative Procedures Act of 1946, 2. Informal Rulemaking. 5 U.S.C. par. 553 (b), (c), (d), (e), and pursuant to U.S. v Kis 658F. 2nd, 526, 536, (7th, cir. 1981): Cert denied, 50 US L.W. 2169; S. Ct. "Indeed, no more than (affidavits) are necessary to make the 'Prima Facie' case" and AFFIDAVIT AND CERTIFICATE OF NON-REPONSE AND NIHIL DICIT DATED 02/12/2025.**

**TO: Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61692.**

**Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown.**

**7450 Campus Drive.**

**Colorado Springs, CO 80920,**

From: bass, quinn W.O.P.

Secured Party/    c/o P.O. Box 166 Highland, California, [92346] Non-Domestic / Non-Assumpsit

,
Dear, hereinafter on, Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602,Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown,

On   February 12th , 2025   , the undersigned Secured  Party  caused to be sent

to y ou Respondent(s), a CONDITIONAL ACCEPTANCE FOR VALUE PROOF OF CLAIM (CAFV) via

certificate Of NON-RESPONSE AND NIHIL DICIT, CONSENT ACCEPTANCE AND AGREEMENT

89

(Read Attached Affidavit and Certificate of Non-Response and Nihil Dicit, Affidavit in
Support of Certificate of Protest and Certificate of Protest dated 02/12/2025). You failed
to perform after receiving 3 presentments (AFFIDAVIT OF DISPUTE, ADEVERSE CLAIM TO TITLE,
MEMORANDUM OF TRUST, NOTICE OF BILLING ERROR, AND NOTICE OF WAIVER OF TORT) from Quinn
Bass W.O.P. ®, via California based Notary

Public and Maryland based process server pursuant to the Clean Hands Doctrine and you failed to
perform by providing the requested and necessary PROOFS OF CLAIM.

(Discovery) after receiving the said CAFV from the undersigned per your receipt

and acceptance thereof.

As the Respondent, you are now        in        Default        and you agree        and have
stipulated to the terms of the undersigned's dated presentment        through your dishonor you fail        to
Cure by providing requested necessary PROOF OF CLAIM.

You have failed to cure your fault, this Notice and the undersigned's following FINAL NOTICE OF
DEFAULT/RES JUDICATA will establish the fact in the record of your 'acceptance, agreement and general
acquiescence' to the matter established upon Respondents silence, pursuant to and relative to Article 1
Redress of Grievance Under The Ninth Amendment, Uniform Commercial Code, State Statute, Case Law: US v
Kis, 658 F.2d 526, 536-537 (7th Cir. 1981), and pursuant to the California Administrative Procedures Act of 1945,
Administrative Procedures Act of 1946, 2. Informal Rulemaking, 5 U.S.C. sub. 553, (b), (c), (d), (e), governs
informal rulemaking and otherwise.

The liability is with you and those acting in concert with you, jointly and severally with
the corporations involved with you.


## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL


### Billing Cost Assessed and Levied Upon Violations Will Be:

Calculated from Notice of True Bill, Waiver of Tort and Certificate Non-Response and
Nihil Dicit (Certificate of Nihil Dicit Dated 07/03/2024)

"Indeed, no more than affidavits are necessary to make the Prima Facie case": United
State VS Kis. 658F. 2nd, 526, 536, (7th Cir. 1981): Cert denied, 50 L.W. 2169; S. Ct.

### NOTE!

90

These charges are a Prima Facie Tort Billing and Commercial Billing under the Uniform Commercial Code and the Fair Debt Collection Practices Act. They may and shall be assessed against individuals, persons, government bodies, and corporate entities, or any combination of same, acting venue and/or authority in the instant actions or any future actions, without recourse to claim of immunity of any form, and by their consent and admission deemed resulting from their perpetrating these acts, and do not preclude other remedies under Title 42 USC, USC, Title 28 USC or State law, statute, rules, common law, and commercial law.

## Ignorance Of the Law Is No Excuse!

I, Nunc pro tunc, Being of hue "the Creative force of Will of Gainer, Frank©™, a COMMAND TO THE SERVANT. I am the principle; you are the agent! Fail not your oath, lest you be called and answer before the Creator, The Most Heavenly One! and the Real supreme Court in law not at law, the Original and exclusive, peculiar jurisdiction and venue, the international law, the Court of record first and last resort and commercial law/venue.

This matter not intended to hinder, delay, or obstruct, but to protect and guarantee Rights and protections and assure that at no time My unalienable rights ever waived or taken from me against My will by threats, duress, coercion, fear for my life, fraud, or without My express written consent.

## Be advised once again, IGNORANCE OF THE LAW IS NO EXCUSE!

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602,

Mortgage Solutions of Colorado L.L.C., and all Parties of Interest Known and Unknown.

7450 Campus Drive,

Colorado Springs, CO 80920,

Each in his/hers Public and Private Capacity violation fees are as follows:

$1,050,000.00 USD (ONE MILLION, FIFTY THOUSAND,

USD) IN CREDIT for 3X VALUE OF THE PROPERTY LOCATED AT 52950 PAUI ROAD AGUANGA, CA

$50,000 USD (FIFTY THOUSAND USD IN CREDIT) FOR MONETARY LOSS AND RIGHTS VIOLATIONS

(EACH RESPONDENT IN THEIR PUBLIC AND PRIVATE CAPACITY)


In Sum Certain Amount                    Amount: $1,110,000.00 USD IN CREDIT

# THE ENTIRE SUM CERTAIN AMOUNT TO BE SETTLED IN CREDIT

## EACH RESPONDENT IN THEIR PUBLIC AND PRIVATE CAPACITY

Thank you for your prompt attention to this matter.

Sincerely,

[X] By: bass, qu-w.o.P.

Quinn Bass W.O.P.

Secured Party Creditor

Without Prejudice

DATE: 02/12/2025

VICKI HUNTER-WADE
COMM. #2459661
Notary Public - California
San Bernardino County
My Comm. Expires Aug. 17, 2027

JURAT

92

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _San Blrnardino_

On _8/12/2025_ before me, __VICKI HUNTER-WADE, NOTARY PUBLIC__

(insert name and title of the officer)

personally appeared ___Quinn Bass___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

VICKI HUNTER-WADE
COMM. #2459661
Notary Public - California
San Bernardino County
My Comm. Expires Aug. 17, 2027

Signature _____        **(Seal)**

93

# NOTICE OF DEMAND FOR PAYMENT

PURSUANT TO THE CERTIFICATE OF NOTARIAL PROTEST DATED February, 12th, 2025

USPO Certified Mail # 9589 0710 5270 1997 8519 86

ATT: Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of
Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602,

Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown,

7450 Campus Drive,

Colorado Springs, CO  80920,

**Dear Rob Clennan and Mortgage Solutions Financial and all parties of interest
known and unknown,**

**Take notice that February 12th, 2025, you were sent a Certificate of Notarial
Protest with supporting documents via State of California Notary Public who
mailed the documents via USPO Certified mail (Certified No.
9589071052701997851986  , Return Receipt # 9590940292874295823557),
regarding circumstances surrounding  Account Numbers 8200108162 and
407431W1080 for property located at 52950 Paui Road, Aguanga California.
Take further notice that pursuant to the Certificate of Notarial Protest, with
supporting Affidavit and Certificate of Non-Response and Ni-Hil Di-cit, along
with Notice of Statement of Claim Remedy and Fee Schedule, you are hereby**

**"DEMANDED" to PAY Quinn Bass "IN CERTAIN SUM  AMOUNT OF
$1,110,000.00 USD IN CREDIT, BEING UNDER CONTRACT TO PAY QUINN BASS
DUE TO YOUR ACCEPTANCE AND AGREEMENT BY SILENCE VIA NOTICE OF
WAIVER OF TORT AND DUE TO HARDSHIP VIOLATIONS FOR "FAILURE TO
PERFORM OBLIGATION BY LAW" (EACH RESPONDENT IN THEIR PUBLIC AND
PRIVATE CAPACITY)**

94

Your further neglect to answer and or respond to this correspondence will be deemed as a direct violation Title 18 USC §1341 which states the following:

"Whoever, having devised or intending to devise any "scheme or artifice to defraud" or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of loan, exchange, alter, give away, distribute, supply or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter. any matter or thing whatever to be sent or delivered by the Postal Service or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. -If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5122)),or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

Your further neglect to answer and or respond to this correspondence will be deemed as a direct violation of 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty which states that "Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation,

95

or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court," as well as violations against the Truth in Lending Act of 1968, The Real Estate Settlement Procedures Act of 1974, California Commercial Code subsection 2206 as well as pursuant to UCC Section 3-604, and my unalienable rights protected by the California Constitution of 1849, Article I, Declaration of Rights as well as USA Constitution, (Bill of Rights), Unlawful Business Practices Section 5 of the Federal Trade Commission Act,  pursuant to  CA Business and Professions Code Section 17200, and will be considered an act of tort, as well as a violation of my unalienable rights, protected by the California Constitution of 1849 Article I, Declaration of Rights as well as USA Constitution (Bill of Rights).

*NOTE*

Take further notice that through your acquiesce you agree to any liens, levies, and or any lawful means to satisfy payment as well as the release of all security interest in transactions surrounding Account Numbers 8200108162 and 407431W1080 BASS back to bass, quinn W.O.P.

Take further notice that the information below is regarding the Promissory Notes signed in transaction regarding account numbers 8200108162 and 407431W1080 BASS:

Section 16. Note Issues

1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States

18 U.S. Code § 8 - Obligation or other security of the United States defined

96

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons

26 CFR § 1.1232-1 Bonds and other evidences of indebtedness; scope of section

Section 1232 applies to any bond, debenture, note, or certificate or other evidence of indebtedness (referred to in this section and §§1.1232-2 through 1.1232-4 as an obligation) (1) which is a capital asset in the hands of the taxpayer, and (2) which is issued by any corporation, or by any government or political subdivision thereof.

Section 1232(a)(1) provides that the retirement of an obligation is usually subject to capital gain or loss treatment. In general, section 1232(a)(2)(B) provides that in the case of a gain realized on the sale or exchange of certain obligations issued at a discount after December 31, 1954, which are either corporate bonds or government bonds, the amount of gain equal to such discount or, under certain circumstances, the amount of gain equal to a specified portion of such discount, constitutes ordinary income

In the case of certain corporate obligations issued after May 27, 1969, in general, section 1232(a)(3) provides for the inclusion as interest in gross income of a ratable portion of original issue discount for each taxable year over the life of the obligation,

Section 1232(a)(3)(E) provides for an increase in basis equal to the original issue discount included in gross income, and section 1232(a)(2)(A) provides that any gain realized on such an obligation held more than 1 year (6 months for taxable years beginning before 1977;

97

9 months for taxable years beginning in 1977) shall be considered gain from the sale or exchange of a capital asset

Section 1232(c) treats as ordinary income a portion of any gain realized upon the disposition of (i) coupon obligations without all coupons maturing more than 12 months after purchase attached, and (ii) coupon obligations which were acquired after December 31, 1957, without all coupons maturing after the date of purchase attached

(b) Requirement that obligations be capital assets. In order for section 1232 to be applicable, an obligation must be a capital asset in the hands of the taxpayer

Obligations held by a financial institution, as defined in section 582(c) (relating to treatment of

losses and gains on bonds of certain financial institutions) for investment and not primarily for sale to customers in the ordinary course of the financial institution's trade or business, are capital assets.

with respect to obligations held as capital assets by such a financial institution which are corporate obligations to which section 1232(a)(3) applies, there is ratable inclusion of original issue discount as interest in gross income under paragraph (a) of §1.1232-3A, and gain on a sale or exchange (including retirement) may be subject to ordinary income treatment under section 582(c) and paragraph (a)(1) of §1.1232-3.

§ 1.1232-2 Retirement.

Section 1232(a)(1) provides that any amount received by the holder upon the retirement of an obligation shall be considered as an amount received in exchange therefor.

§ 1.1232-3 Gain upon sale or exchange of obligations issued at a discount after December 31, 1954.

(a) General rule; sale or exchange—(1) Obligations issued by a corporation after May 27, 1969—(i) General rule. Under section 1232(a)(2)(A), in the case of gain realized upon the sale or exchange of an obligation issued at a discount by a corporation after May 27, 1969

(a) If at the time of original issue there was no intention to call the obligation before maturity, such gain shall be considered as long-term capital gain, or (b) if at the time of original issue

there was an intention to call the obligation before maturity, such gain shall be considered ordinary income.

Take further Notice that you could be sought out for civil and or criminal damages and further lawful action will ensue provided this matter isn't settled within 30 Days (Thirty Days) of the receipt of this Notice.

With no ill will or Frivolity,

[X] By: bass, quinn W.O.P.

**bass, quinn W.O.P. Occupant of the Executors' Office for Quinn Bass Estate**

**In Care of Q Ali Bey Express Trust, All Rights Reserved**

99

c/o 7745 Boulder Ave unit 166,

Highland, CA [near] 92346


NOTARY LEGAL NOTICE: A Federal Witness Pursuant to TITLE 18 Part 1, CHAPTER 73, SEC. 1512. Tampering with a witness, victim or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an OFFICER of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws. Notary Acceptor is not an attorney licensed to practice law in the State of California and has not given any legal advice or accepted fees for legal advice; has provided no assistance in the preparation of the above referenced documents, has no interest in any issue.

(LEGAL NOTICE: the Certifying notary is an Independent contractor and NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties and pursuant to UCC Code 8208, Authorized duties of a notary in USA, Formation of Agency. Notary signatures and seals are on this Presentment and Certificate of Service for purposes of service, notation of response or lack thereof and as third-party verification only.)

X_____

Print Name_____Vicki Hunter Wade_____

Date_____2/12/25_____

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

100

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Bernardino_ )

On _8/12/2025_ before me, __VICKI HUNTER-WADE, NOTARY PUBLIC__
                                            (insert name and title of the officer)

personally appeared _____Quinn Bass_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     **(Seal)**

VICKI HUNTER-WADE
COMM. #2459661
Notary Public · California
San Bernardino County
My Comm. Expires Aug. 17, 2027

101

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Quinn Bass** |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
Quinn Bass
PO BOX 166
Highland CA USA 92346
```

Date of Filing : 02/12/2025
Time of Filing : 10:28:00 AM
File Number    : 2025-043-5272-6
Lapse Date    : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **MORTGAGE SOLUTIONS OF COLORADO LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **7450 CAMPUS DRIVE STE 200** | **COLORADO SPRINGS** | **CO** | **80920** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **bass** | **quinn** | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO BOX 166** | **Highland** | **CA** | **92346** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**Affidavit and Certificate of Non-Response and Ni-Hil Di-Dicit/Certificate of Notarial Protest/Notice of Waiver of Tort (Contract)/Notice of Statement of Claim. True Billing and Fee Schedule dated 02/12/2025, In Certain Sum Amount Owed: $1,110,000.00 USD in Credit**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**UCC file Number: 2025-043-5264-1**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

2025-043-5272-6

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) **Quinn Bass** |
|---|
| B. E-MAIL CONTACT AT FILER (optional) |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |

Quinn Bass
PO BOX 166
Highland CA USA 92346

Date of Filing : 02/12/2025
Time of Filing : 07:44:00 AM
File Number   : 2025-043-5181-1
Lapse Date   : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME **MORTGAGE SOLUTIONS OF COLORADO LLC** | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **7450 CAMPUS DRIVE STE 200** | CITY **COLORADO SPRINGS** | STATE **CO** | POSTAL CODE **80920** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME **bass** | FIRST PERSONAL NAME **quinn** | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **c/o P.O. Box 166** | CITY **Highland** | STATE **CA** | POSTAL CODE **92346** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit/Notice of Waiver of Tort (Contract)/Certificate of Notarial Protest/Notice of Statement of Claim, True Billing and Fee Waiver, dated 02/12/2025: In certain sum amount owed: $1,110,000.00 USD in credit**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

2025-043-5181-1

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Quinn Bass

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Quinn Bass
PO BOX 166
Highland CA USA 92346

| Date of Filing : 02/12/2025 |
| Time of Filing : 10:18:00 AM |
| File Number : 2025-043-5264-1 |
| Lapse Date : NONE |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**2025-043-5181-1**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| **UNITED STATES TREASURY** |

| 7b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1500 PENNSYLVANIA AVENUE, NW** | **WASHINGTON** | **DC** | **20220** | **USA** |

8. ☐ **COLLATERAL CHANGE.** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**UCC FILE NUMBER: 2025-043-5181-1**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**UCC FILE NUMBER: 2025-043-5181-1**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

PAGE 1 OF 1

2025-043-5264-1

164





𝕸oorish 𝕹ational 𝕽epublic 𝕱ederal 𝕲overnment

𝕸oorish 𝕯ivine and 𝕹ational 𝕸ovement of the 𝖂orld

𝕹orthwest 𝕬mexem / 𝕹orthwest 𝕬frica / 𝕹orth 𝕬merica / '𝕿he 𝕹orth 𝕲ate'

~ '𝕿emple of the 𝕸oon and 𝕾un' ~

~𝕾ocietas 𝕽epublicaeca 𝕬l 𝕸aurikanos~

𝕿he 𝕿rue and 𝕯e jure 𝕹atural 𝕻eoples ~ heirs of the 𝕷and

---

Affidavit of Fact
## Notice of Billing Error
International Document
Notice to Agent is Notice to Principal · Notice to Principal is Notice to Agent

## EXHIBIT: D

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief
Executive Officer of Mortgage Solutions of Colorado
LLC., d/b/a Mortgage Solutions Financial NMLS #61602
7450 Campus Drive.
Colorado Springs, CO
80920

Re: Misrepresented Instruments · Bill of Attainder Foreign Bills of Exchange style document entitled "NOTICE OF DEFAULT" dated January 29, 2025, associated with account numbers 8200108162 and 407431W1080 BASS, which adversely affects my ancestral estate in reversion known as 52950 Paui Road, Aguanga, California

### Stare Decisi Law

*See United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93 ...*



I am in receipt of the misrepresented instruments - bill of attainder  foreign Bills of exchange styled as letter entitled NOTICE OF DEFAULT dated January 29th, 2025, associated with account number 8200108162 and 407431W1080 BASS: However, the letter does not constitute an answer to my  first Affidavit of Dispute with supporting Affidavits and documents sent by Notary Presentment via USPS Certified Mail (USPS Tracking No. 9589071052701889882203) delivered and received on January 13th, 2025 as well as Affidavit of Dispute (2ND Notice), Adverse Claim of Title and Reversion of Ancestral Estate (2nd Notice), Notice of Waiver of Tort, Memorandum of Trust( 2nd Notice), sent by Notary Presentment via USPS Certified Mail (USPS Tracking No. 9589071052701997851894) delivered and received on January 31st, 2025, Affidavit of Fact and Notice of Billing Error with attachment sent by Notary Presentment via USPS Certified Mail (USPS Tracking No. 9589071052701997852013), delivered and received on February 7th, 2025, as well as Notice of Rescission documents with  Quitclaim Deed and Power of Attorney attached sent by Notary Presentment via USPS Certified Mail (USPS Tracking No. 9589071052701889881947) delivered and received on December 20th, 2024, because it was not sent from you, Rob Clennan, but was addressed to the fictitious corporate person/ nom de guerre QUINN BASS under the color of law within purview of the unconstitutional 14th  Amendment which constitutes fraud; furthermore, the letter does not reflect the name or the signature of the sender which also constitutes fraud and swindles under Title 18 USC 1341. Any future correspondence sent from mystery person(s), and or other third party person representing the foreign de facto MORTGAGE SOLUTIONS FINANCIAL NMLS #61602 AND/OR MORTGAGE

phone number will be ignored for fraud! See EXHIBIT: C attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 U.S.C. 1341.

Wherefore, your spurious instrument dated January 16th, 2025, letter dated January 17th, 2025, and Notice of Default letter dated January 29th, 2025, and any other attachments associated thereto regarding account numbers 8200108162 and 407431W1080 BASS, are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and UNENFORCEABLE for fraud. You are to CEASE and DESIST forthwith in sending me any further spurious instruments letters as an attempt to extort funds from me by way of fraud. This Notice of Billing Error and other supporting affidavits and documents will be used as conclusive evidence of your guilt of 'Fraud and Swindles' under 18 USC 1341, as well as 15 USC 1, 'Trusts, etc., in restraint of trade illegal; penalty'.

### Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Notice of Error is true and correct to the best of my knowledge and with honorable intent.

Executed this 12th day of FEBRUARY, 2025.

By: Q. Ali Bey

Affiant: Q. Ali Bey, de jure

in propria persona, sui juris, in solo proprio

Occupant of the Executors Office for

Q. Ali Bey Express Trust d/b/a QUINN S. BASS.

All Rights Reserved

107

 msfservicing

7450 Campus Drive
Suite 200
Colorado Springs, CO 80920

**Return Service Requested**

January 29, 2025

000091542747
Quinn Bass
P.O. Box 166
Highland, CA 92346

*EVIDENCE OF FICTICIOUS NAME / NOM DE GUERRE WHICH CONSTITUTES FRAUD*

Loan Number:    8200108162
RE:             52950 Paul Rd
                Aguanga CA 92536

*EVIDENCE OF 'FRAUD AND SWINDL UNDER TITLE 18 U.S.C. § 1341*

Dear Quinn Bass,

This letter is a formal notice by MSF Servicing that the loan is in default for failure to pay the amounts due. This is a serious situation and you must take prompt action to resolve the default.

You have a right to cure the default. Failure to cure the default may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding where applicable, and sale of the property.

As of the date of this notice, the total amount required to cure the default is $2,867.64.

You can cure this default by making a payment of $2,867.64. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact us at 1-866-552-6118 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

MSF Servicing
7450 Campus Drive
Suite 200
Colorado Springs, CO 80920
(866) 558-8850

If you are unable to bring your account current, MSF Servicing offers consumer assistance programs designed to help resolve delinquencies. If you would like to learn more about these programs or if you have any questions about this notice, please contact Jeff at 1-866-552-6118 during Mon - Thurs 7 am - 7 pm, Fri 9 am - 5 pm, Sat 8 am - 12 pm MT. We are very interested in assisting you.

To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and

CLOCF VS C

108

telephone number.

**MSF Servicing is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by MSF Servicing.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, AND joined after signing the Note and Security Instrument now in default, please notify MSF Servicing immediately. When contacting MSF Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 1-866-552-6118 if you have questions about your rights under SCRA.

Contact information for the nearest U.S. Department of Veterans Affairs Regional Loan Center can be found at this link: http://www.benefits.va.gov/homeloans/contact_rlc_info.asp. For help in exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. For more information, please contact us via (866) 558-8850, visit our website https://mortgagesolutions.net/ or email MSFcares@mortgagesolutions.net. Our office is open Mon - Thurs 7 am - 7 pm, Fri 9 am - 5 pm, Sat 8 am - 12 pm MT.

Sincerely,

Jeff *WHO?*
MSF Servicing
*NO SIGNATURE*

*NO SIGNATURE FROM SENDER CONCLUSIVE EVIDENCE OF 'FRAUD AND SWINDLES' UNDER TITLE 18 U.S.C. § 1341*

*109*

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San bernardino

On February 12, 2025 _____ before me, Sheleta Jannelle Williams
       *Date*                              *Here Insert Name and Title of the Officer*

personally appeared _Vicki Hunter Wade_
                                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

SHELETA JANNELLE WILLIAMS
Notary Public - California
San Bernardino County
Commission # 2377012
My Comm. Expires Sep 30, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sheleta Jannelle Williams_
                    *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

--------- OPTIONAL ---------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Certificate of Notarial Protest_

Document Date: _February 12, 2025_ _____ Number of Pages: _2_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2019 National Notary Association

110

**United States of America**

**Executed in: State of California**

**County of San Bernardino**

## CERTIFICATE OF NOTARIAL PROTEST

CA Notarial Services, UCC Code 8208)

(Authorized duties of a notary in USA, Formation of Agency)

Be it known that in 02/12/2025, at the request of Mr. Quinn Bass, I, Vicki Hunter Wade, duly commissioned and sworn, residing in San Bernardino, in the State of California, did present the original Demand for Payment Letters supplied with evidentiary exhibits and affidavits of true facts , created or written by Mr. Quinn Bass hereto attached, for In Sum Certain Amount: $1,110,000 USD IN CREDIT, USD owed to Mr. Quinn Bass dated on 12/20/2024, 1/13/2025, 1/31/2025, 02/07/2025 and 02/12/2025; furthermore, demanded payment or acceptance of the payment thereof which was ignored, agreed upon and accepted through acquiescence/silence. .

Whereupon, I, at the request of the aforesaid Mr. Quinn Bass did protest and by these present do protest, as well against the drawer, creator, endorsers and acceptors of said instruments as against all others whom it may concern, for exchange, costs, charges, damages that already incurred or hereinafter to be incurred by the reason of non-payment thereof. I further certify, that on 12/20/2025, 01/13/2025, 01/31/2025,  02/07/2025, and on 02/12/2025 notice in writing of the foregoing presentments demand, refusal and protest was given by Mr. Quinn Bass by shipping notices thereof in the USPS, in the form of certified mail, with return (green) receipts and directed as follows:

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of

Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial

NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN

Sent via USPS: Tr. No: 9589 0710 5270 1997 8519 86

Return receipt: 9590 9402 9287 4295 8235 57

2. Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial

NMLS #61602 AND ALL PARTIES OF INTEREST KNOWN AND UNKNOWN

**Sent via USPS: Tr. No. : 9589 0710 5270 1997 8519 86**

**Return Receipt: 9590 9402 9287 4295 8235 57**

I further certify that the notices and or types of documents that were sent as follows:

1. **Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit dated 02/12/2025**
2. **Affidavit of Dispute (Notice of Default, Third and Final Notice) dated 02/12/2025**
3. **Adverse Claim of Title and Reversion Ancestral Estate– EXHIBIT: A International Document dated 02/12/2025**
4. **Memorandum of Trust dated 02/12/2025**
5. **Notice of Waiver of Tort (Notice of Default, Final Notice) dated 02/12/2025**
6. **Affidavit in Support of Certificate of Notarial Protest dated 02/12/2025**
7. **Notice and Statement of Claim Remedy, True Billing and Fee Schedule, dated 02/12/2025**
8. **Notice of Demand for Payment, Dated 02/12/2025**
9. **UCC lien/Financing Statement dated 02/12/2025**

Each Respondent 's mailing addresses are publically known places of residence of physical person or of the entities (legally established company) for whom the notice was sent. In testimony whereof I have hereunto set my hands on the documentation as a "third indented party"(not a party of the administrative process), registered, licensed, and bonded California Notary Public out of San Bernardino County.

Signers Name and Signature:

Vicki Hunter Wade.

Notary Signature. Sheleta Jannelle Williams          Seal

Date. February 12, 2025

Com. Exp. September 30, 2025



VW NOTARY TAX & MORE
363 W. 6ᵗʰ ST. # ½
SAN BERNARDINO, CA 92401



**CERTIFIED MAIL**

9589 0710 5270 1997 8519 86



Retail



RDC 99

U.S. POSTAGE PAID
FCM LG ENV
REDLANDS, CA 92373
FEB 12, 2025

$13.86
S2332760048B-18

RETURN RECEIPT
REQUESTED

ATT: ROB CLENNAN D/B/A PRESIDENT & CEO
of MORTGAGE SOLUTIONS OF COLORADO LLC
D/B/A MORTGAGE SOLUTIONS FINANCIAL
7450 CAMPUS DR. STE 200
COLORADO SPRINGS, CO 80920



## U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®

Colorado Springs, CO 80920

| Certified Mail Fee | $6.85 | | 0373 |
| --- | --- | --- | --- |
| Extra Services & Fees (check box, add fee as appropriate) | | | 18 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $4.91 | | |
| Total Postage and Fees $13.86 | | | 07/12/2025 92373 |

Sent To
MORTGAGE SOLUTIONS of COLORADO 2U
Street and Apt. No., or PO Box No. 1455 CAMPUS DR STE 200
City, State, ZIP+4® COLORADO SPRINGS CO 80

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

```
     Tracking #:
        9589 0710 5270 1997 8519 86
   Return Receipt                      $4.10
        Tracking #:
        9590 9402 9287 4295 8235 57
Total                                 $13.86


Grand Total:                          $13.86

Cash                                 $100.00
Change                               -$86.14


Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

           Preview your Mail
           Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.


       Tell us about your experience.
 Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```



```
      or call 1-800-410-7420.



UFN: 056361-0373
Receipt #: 840-59200196-3-7256871 2
Clerk: 18
```

114

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 95890710527019978520 13

 Copy    🐾 **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 3:07 pm on February 7, 2025 in COLORADO SPRINGS, CO 80920.

---

**Get More Out of USPS Tracking:**

📖 **USPS Tracking Plus®**

## ⊘ Delivered
**Delivered, Left with Individual**

COLORADO SPRINGS, CO 80920
February 7, 2025, 3:07 pm

    🔒 **tools.usps.com**    



115

## U.S. Postal Service
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Colorado Springs, CO 80920

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage  $2.31

Total Postage and Fees  $11.26

Sent To  MORTGAGE SOLUTIONS FINAN
Street and Apt. No., or PO Box No.  CAMPUS DRIVE
City, State, ZIP+4®  COLORADO SPRINGS, CO 80

0373
18

9589 0710 5270 1997 8520 18

| | |
|---|---|
| Return Receipt | $4.10 |

Tracking #:
9590 9402 9287 4295 8235 64

Total                    $11.26

Grand Total:             $11.26

Credit Card Remit        $11.26
    Card Name: VISA
    Account #: XXXXXXXXXXXX1940
    Approval #: 004935
    Transaction #: 656
    AID: A0000000031010        Chip
    AL: VISA CREDIT
    PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420

UFN: 056361-0373
Receipt #: 840-59200196-3-7237289-2
Clerk: 18

116

FW NOTARY, TAX & MORE
363 W 6th ST. #1/2
SAN BERNARDINO, CA 92401

CERTIFIED MAIL

9589 0710 5270 1997 8520 13

Retail

U.S. POSTAGE P
FCM LG ENV
REDLANDS, CA E
FEB 04, 2025

$11.26

RDC 99

RETURN RECEIPT
REQUESTED

ATT: ROB CLENNAN D/B/A

PRESIDENT/CEO OF
MORTGAGE SOLUTIONS OF COLORADO LLC
MORTGAGE SOLUTIONS FINANCIAL NMLS 61
7450 CAMPUS DRIVE
COLORADO SPRINGS, CO 809



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ROB CLENNAN
D/B/A PRESIDENT/CEO of
MORTGAGE SOLUTIONS OF
COLORADO LLC D/B/A MORTGAGE
SOLUTIONS FINANCIAL NMLS 6158
7450 CAMPUS DRIVE

9590 9402 9287 4295 8235 64

2. Article Number (Transfer from service label)
9589 0710 5270 1997 8520 13

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
   (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

5:33

**Tracking Number:**

**Remove ✕**

# 9589071052701997851894

 Copy   ⚒ **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 3:31 pm on January 31, 2025 in COLORADO SPRINGS, CO 80920.

---

**Get More Out of USPS Tracking:**

🔍 **USPS Tracking Plus®**

✅ **Delivered**
**Delivered, Left with Individual**

COLORADO SPRINGS, CO 80920
January 31, 2025, 3:31 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

## Text & Email Updates   

---

## USPS Tracking Plus®   

---

## Product Information   

118

VW NOTARY, TAX + MORE
363 W. 6th St #1/2
SAN BERNARDINO, CA 92401

CERTIFIED MAIL

9589 0710 5270 1997 8518 94

RETURN RECEIPT REQUESTED

Retail

U.S. POSTAGE PAID
PCM LG ENV
REDLANDS, CA 92373
JAN 28, 2025

80920

$11.82

92322T600498-18

RDC 99



MORTGAGE SOLUTIONS OF
COLORADO LLC D/B/A
MORTGAGE SOLUTIONS FINANCIAL
7450 CAMPUS DRIVE STE 200
COLORADO SPRINGS, CO 80920

119

① **ALERT: SEVERE WEATHER AND EMERGE...** ⌄

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

**Remove ✕**

# 9589071052701889882203

 **Copy**    🏃 **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the
address at 11:58 am on January 13, 2025 in
COLORADO SPRINGS, CO 80920.

---

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

⊘ **Delivered**
**Delivered, Left with Individual**

COLORADO SPRINGS, CO 80920
January 13, 2025, 11:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

120

# USPS Tracking

**Tracking Number:**

**Remove** ✕

## 9589071052701889881947

 Copy    ✗ Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:12 pm on December 20, 2024 in COLORADO SPRINGS, CO 80920.

---

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## ⊘ Delivered
### Delivered, Front Desk/Reception/Mail Room

COLORADO SPRINGS, CO 80920
December 20, 2024, 2:12 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**





U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Colorado Springs, CO 80920

| Certified Mail Fee | $4.85 |
|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $3.43 |
| Total Postage and Fees | $12.38 |

Sent To
MORTGAGE SOLUTIONS FINANCI
7450 CAMPUS DR. STE. 200
COLORADO SPRINGS CO 809

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

```
            Tracking #:
        9589 0710 5270 1889 8819 47
    Return Receipt                    $4.10
            Tracking #:
        9590 9402 9061 4122 2013 30
Total                                $12.38

                                     - - -
Grand Total:                         $12.38
                                     - - -
Cash                                 $20.00
Change                              -$7.62
```

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 058148-0392
Receipt #: 840-59200204-6-5128838-1
Clerk: 43

122

## NOTICE OF FORMAL COMPLAINT AGAINST

## MORTGAGE SOLUTIONS OF COLORADO LLC

**ATT: Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of**

    **Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602**

    **7450 Campus Drive,**

    **Colorado Springs, CO 80920**

**From: Quinn Bass W.O.P. d/b/a QUINN S. BASS d/b/a Occupant of the Executors' Office for Quinn Bass Estate**

    **In Care of Q Ali Bey Express Trust,**

    **c/o 7745 Boulder Ave, unit 166**

    **Highland, CA near [92346]**

Dear Mr. Rob Clennan, Mortgage Solutions of Colorado LLC, and all parties of interest known and unknown,

Take notice that a Mortgage loan contract was created **(Account Number 8200108162 and Account 407431W1080 BASS)** and accepted **between QUINN BASS and Mortgage Solututions of Colorado LLC on 11/18/2024 with restrictive sisgnature** and again on **11/21/2024**. On 12/16/2024 a California Notary Public (third party witness but not a party of the transaction) sent Mortgage Solutions Financial an Affidavit of Truth and Notice of Rescission of Mortgage Loan Number 407431W1080 BASS on behalf of QUINN BASS for transaction surrounding **52950 Paui Road, Aguanga, California, via Notary Presentment by USPS Registered Mail (Registered Mail Number 9589071052701889881947)** which was delivered and received on **12/20/2024.**

The record shows that Mortgage Solutions Financial received the Notice of Rescission Documents from the USPS on **December 20th, 2024 at 2:12 pm PST**; furthermore, refusing/refuting/neglecting to respond within the 20 Days given in good faith.

    Take further notice that an Affidavit of Dispute, Adverse Claim of Title and Reversion of Ancestral Estate-Exhibit : A International Document, Memorandum of Trust, **via Notary Presentment by USPS Registered Mail (Registered Mail Number 9589071052701889882203)** which was delivered and received on

123

01/13/2025. Take further notice that on January 28th 2025, you were served with a second administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8518 94) with the Affidavit of Dispute (2nd Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (2nd Notice), and Memorandum of Trust (2nd Notice), and Notice of Waiver of Tort (Contract) giving you 10 days in good faith to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury which was delivered and received on January 31st, 2025.

      Take further notice that on or around February 12th, 2025, you were served with a second administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8519 86) with the Affidavit of Dispute (3rd and Final Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (3rd and Final Notice), and Memorandum of Trust (3rd and Final Notice), and Notice of Waiver of Tort (Final Notice, Contract), Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit and Certificate of Notarial Protest dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit in Support of Certificate of Notarial Protest dated 02/12/2025, Notice of Statement Claim Remedy, True Billing and Fee Schedule dated 02/12/2025, Notice of Demand for Payment dated 02/12/2025, UCC Financing Statement/Lien dated 02/12/2025; furthermore, you were given 30 days to answer and/or respond in good faith to prove you claim in accordance with the prerequisites of my due process rights secured under the 5th Amendment of the Constitution for the United States of North America. As of today's date February 12th, 2025, you have waived your due process rights by neglecting/refuting/refusing/failing to answer and/or respond in good faith by proving your claim of an alleged debt which constitutes default.

      Your default stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 U.S.C. § 1341 and 15 U.S.C. § 1 'Trusts, etc., in restraint of trade illegal; penalty'. Your default also stands as conclusive evidence that you have no valid claim of a debt, and proof that your misrepresented instruments- bill of attainders/foreign bill of exchanges titled "MORTGAGE STATEMENTS" dated December 9th, 2024, January 16th, 2025, January 17th, 2025, January 29th, 2025, and any other instruments associated with account numbers 8200108162 and 407431W1080 BASS, are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and UNENFORCEABLE for fraud. 'See United States v. Throckmorton, 98 U.S., 61, 25 L.Ed. 93 (Fraud vitiates the most solemn contracts, documents and even Judgments.").

As of today's date February 13th, 2025, there is clear evidence and communication indicating that Mortgage Solutions LLC through your acquiesce you agree to any liens, levies, and or any lawful means to satisfy payment as well as the release of all security interest and monies in transactions surrounding Account Numbers 8200108162 and 407431W1080 BASS back to (Principal) bass, quinn W.O.P. as well as In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(iii)(III) you must immediately report to the credit reporting agencies that the alleged debt associated with account numbers 8200108162 and 407431W1080 BASS shall be immediately be removed for fraud, along with releasing back all monies and security interest back to (Principal Quinn Bass; otherwise, you are guilty of 'Fraud and Swindles under 18 U.S.C. § 1341 and 15 U.S.C. § 1 'Trusts, etc., in restraint of trade illegal; penalty' which states the following: "Whoever, having devised or intending to devise any "scheme or artifice to defraud" or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of loan, exchange, alter, give away, distribute, supply or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing

such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter. any matter or thing whatever to be sent or delivered by the Postal Service or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. - If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. § 5122)),or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

15 USC 1, 'Trusts, etc., in restraint of trade illegal; penalty' which states: Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

Take further notice that the information below is regarding the Promissory Notes signed in transaction regarding account numbers 8200108162 and 407431W1080 BASS:

Section 16. Note Issues

1. Issuance of Federal Reserve notes; nature of obligation; where redeemable

The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States

18 U.S. Code § 8 - Obligation or other security of the United States defined

 The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons

26 CFR § 1.1232–1 Bonds and other evidences of indebtedness; scope of section

Section 1232 applies to any bond, debenture, note, or certificate or other evidence of indebtedness (referred to in this section and §§1.1232-2 through 1.1232–4 as an obligation) (1) which is a capital asset in the hands of the taxpayer, and (2) which is issued by any corporation, or by any government or political subdivision thereof.

Section 1232(a)(1) provides that the retirement of an obligation is usually subject to capital gain or loss treatment. In general, section 1232(a)(2)(B) provides that in the case of a gain realized on the sale or exchange of certain obligations issued at a discount after December 31, 1954, which are either corporate bonds or government bonds,



the amount of gain equal to such discount or, under certain circumstances, the amount of gain equal to a specified portion of such discount, constitutes ordinary income

In the case of certain corporate obligations issued after May 27, 1969, in general, section 1232(a)(3) provides for the inclusion as interest in gross income of a ratable portion of original issue discount for each taxable year over the life of the obligation,

Section 1232(a)(3)(E) provides for an increase in basis equal to the original issue discount included in gross income, and section 1232(a)(2)(A) provides that any gain realized on such an obligation held more than 1 year (6 months for taxable years beginning before 1977;

9 months for taxable years beginning in 1977) shall be considered gain from the sale or exchange of a capital asset

 Section 1232(c) treats as ordinary income a portion of any gain realized upon the disposition of (i) coupon obligations without all coupons maturing more than 12 months after purchase attached, and (ii) coupon obligations which were acquired after December 31, 1957, without all coupons maturing after the date of purchase attached

(b) Requirement that obligations be capital assets. In order for section 1232 to be applicable, an obligation must be a capital asset in the hands of the taxpayer

Obligations held by a financial institution, as defined in section 582(c) (relating to treatment of

losses and gains on bonds of certain financial institutions) for investment and not primarily for sale to customers in the ordinary course of the financial institution's trade or business, are capital assets.

with respect to obligations held as capital assets by such a financial institution which are corporate obligations to which section 1232(a)(3) applies, there is ratable inclusion of original issue discount as interest in gross income under paragraph (a) of §1.1232–3A, and gain on a sale or exchange (including retirement) may be subject to ordinary income treatment under section 582(c) and paragraph (a)(1) of §1.1232–3.

§ 1.1232–2 Retirement.

Section 1232(a)(1) provides that any amount received by the holder upon the retirement of an obligation shall be considered as an amount received in exchange therefor.

§ 1.1232–3 Gain upon sale or exchange of obligations issued at a discount after December 31, 1954.

(a) General rule; sale or exchange—(1) Obligations issued by a corporation after May 27, 1969—(i) General rule. Under section 1232(a)(2)(A), in the case of gain realized upon the sale or exchange of an obligation issued at a discount by a corporation after May 27, 1969

(a) If at the time of original issue there was no intention to call the obligation before maturity, such gain shall be considered as long-term capital gain, or (b) If at the time of original issue

there was an intention to call the obligation before maturity, such gain shall be considered ordinary income.

Real Estate Settlement Procedures Act of 1974, California Commercial Code subsection 2206 as well as pursuant to UCC Section 3-604 a. which states,

a) A person entitled to enforce an instrument, with or without consideration, may discharge the obligation of a party to pay the instrument (i) by an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation, or cancellation of the instrument, cancellation or striking out of the party's signature, or the addition of words to the instrument indicating discharge, or (ii) by agreeing not to sue or otherwise renouncing rights against the party by a signed record.

Take further Notice that you could be sought out for civil and or criminal damages and further lawful action will ensue provided this matter isn't settled within 30 Days (Thirty Days) of the receipt of this Notice.

(Read Attached supporting documents)

Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Notice of Default is true and correct to the best of my knowledge and with honorable intent.

With no ill will or Frivolity,

X   By:   bass, quinn W. O.P

bass, quinn W.O.P. Occupant of the Executors' Office for Quinn Bass Estate

In Care of Q Ali Bey Express Trust, All Rights Reserved

**cc: Chairman Andrew N. Ferguson of the Federal Trade Commission (FTC)**

**600 Pennsylvania Ave NW, Washington D.C. 20580,**

**Director Russell Vought of the Consumer Financial Protection Bureau (CFPB)**

**1700 G Street NW, Washington D.C. 20552**

**Postmaster Louis Dejoy of the United States Postal Service (USPO)**

**475 L'Enfant Plaza SW, Washington D.C. 20260,**

**Attorney General Rob Bonta for the State of California**

**1300 I Street,  Sacramento, CA 95814**

**Commissioner Clothilde V. Hewlett of the CA Department of Financial Protection and Innovation (DFPI)**

**2101 Arena Blvd, Sacramento, CA 95834**

127

2

DATE: **02/14/2025**                    US Post Office Registered Mail #

**Bass, Quinn W.O.P. Occupant of the Executors Office for**
**Quinn Bass Estate In Care Of  Q. Ali Bey Express Trust d/b/a QUINN BASS W.O.P.**
**c/o P.O. Box 166**
**Highland, CA near [92346]**
**In Personam Sui Juris**

**RE:**

<span style="color:red">**ATT:  Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602,**
**Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown,**
**7450 Campus Drive,**
**Colorado Springs, CO   80920,**</span>

### NOTICE WITH THE INTENT TO FILE A FRAUD, UNJUST ENRICHMENT AND VIOLATIONS OF BANKING LAWS COUNTER CLAIM

**Take notice that I bass, quinn W.O.P.,  grantor, beneficial owner, and the occupant of the executor's office for Quinn Bass Estate in care of  Q. Ali Bey Express Trust, am one of a private People called Moor Americas, ohioan national "but not a citizen of the united states for the district of columbia and its insular possessions or enclaves (federal) Nor a Citizen of the united states of america in congress assembled and its several states of the union (confederacy) a Noble Emperor, Master Merchant, Master Mason a Piloter, a Mariner, High Priest, God and Commander, Bonafide Owner Maritime Lienholder of all vessels, chattels, goods, cargo, charters, estates, commodities, ports, ports of lading, bills of lading, forts, accounts, credits, booty, convoys, bonds, stocks etc. navigating the waters of the high seas onshore and offshore and Subject of the Al Maroc Shereefian Empire, In the Original equal justice being rendered in Admiralty and Maritime jurisdiction by nature law of nations.**

**Take further notice that this matter concerns a fraudulent banking scheme in which Mr. Rob Clennan  and Mortgage Solutions of  Colorado LLC d/b/a Mortage Solutions Financial NMLS # 61602,  engaged in alleged deceptive financial practices by misrepresenting the nature of the purported loan, unlawfully monetizing two promissory notes in one transaction, and failing to credit the (Principal) Quinn Bass for funds legally owed under banking regulations.**

**Take further notice that you knowingly concealed material financial transactions, including the conversion of both promissory notes in the transaction related to account numbers 8200108162 and 407431W1080 BASS into a bank asset and the deposit liability held in the name of  QUINN BASS, despite being paid in full through securitization and off-balance sheet activivites.**

**Take further notice that Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions**



Financial NMLS #61602 continue to seek payment for a for alleged unlawful debt you have no lawful standing to enforce, in violation of Title 12 U.S.C. § 503, 12 U.S.C. § 1847, 15 U.S.C. § 1, 18 U.S.C. § 1005, and 18 U.S.C. § 1341; furthermore, Mr. Rob Clennan as President and CEO of Mortgage Solutions of Colorado LLC it is your duty to oversee fraudulent transactions. Take further notice that a Mortgage loan contract was created (Account Number 8200108162 and Account 407431W1080 BASS) and accepted between QUINN BASS and Mortgage Solutions of Colorado LLC on 11/18/2024 with restrictive signature and again on 11/21/2024 under the assumption that Mortgage Solutions of Colorado LLC were extending lawful consideration in the form of a loan issuing funds from your own capital reserves which instead monetized Promissory Notes from said transaction, converting them into an asset recorded in your RC Balance Sheet. In accordance with 12 U.S.C. 1847 , you failed to disclose that credit was created by using the securitized financial assets in this transaction and neglected to credit the Principal Quinn Bass's Account for the equivalent liability, recorded in the RCE as an accounts payable; furthermore, these alleged actions carried out and engaged by you, ROB CLENNAN and MORTGAGE SOLUTIONS OF COLORADO LLC D/B/A MORTGAGE SOLUTION FINANCIAL NMLS # 61602 are considered deceptive accounting practices, by moving the obligation off your balance sheet through securitization, as evidenced by Federal Reserve Form 2046 (Cash Collateral Account), Federal Reserve Form 2049, (Off-Balance Sheet Liabilities), Federal Reserve Form 2099 (Debt Acquisition Disclosure).

You received full payment for the obligation via investor funds, insurance claims, and or government backed securities, yet continue to misrepresent the balance as due and owing. This constitutes fraudulent double dipping and unjust enrichment in violation of Title 12 U.S.C. § 503, Title 18 U.S.C. § 1005 as well as 12 U.S.C. § 1847, 15 U.S.C. § 1, and 18 U.S.C. § 1341. In correspondence with the Notice of Waiver of Tort (Contract), Notice of Demand for Payment and UCC Lien File Number 2025-043-5272-6, Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit, and Certificate of Notarial Protest, you are given 30 days from February 13, 2025, to release all security interest and monies in transactions surrounding Account Numbers 8200108162 and 407431W1080 BASS back to (Principal) Quinn Bass. as well as In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(iii)(III) you must immediately report to the credit reporting agencies that the alleged debt associated with account numbers 8200108162 and 407431W1080 BASS shall be immediately be removed for fraud along with recording a Deed of Satisfaction/Reconveyance for Account Numbers 8200108162 and 407431W1080 BASS with the Riverside County Recorder.

Provided you neglect/refute/refuse to answer/respond and remedy the circumstances in full, lawful action will ensue in which I bass, quinn W.O.P. will seek full financial accounting, damages for unjust enrichment and declaratory relief voiding any fraudulent debt enforcement attempts, personal liability for every officer involved, demand for an immediate forensic accounting, cancellation of unlawful debt, referral to regulatory agencies, full disgorgement of all funds obtained through fraudulent securitization as well as the amount owed ($1,110,000.00 USD) including Treble Damages for unjust enrichment, Punitive Damages to deter future banking Fraud, and referral of all fraudulent banking practices to the Office of the Controller of the Currency, The Federal Reserve Board, the SEC, and the US Attorney General.

*Note*

: Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief Executive Officer of Mortgage Solutions of Colorado LLC., d/b/a Mortgage Solutions Financial NMLS #61602, Mortgage Solutions of Colorado LLC., and all Parties of Interest Known and Unknown,

1. Reporting inaccurate balances to credit reporting agencies
2. Reporting and Filing unlawful Debt Collection and Foreclosure actions
3. Demanding Payment on a debt already settled

These acts constitutes mail fraud, wire fraud under Title 18 U.S.C. § 1341- 'Fraud and Swindles' as well as Title 18 U.S.C. § 1951- 'Extortion via Color of Lw'

4. Knowingly engaged in unlawful financial transactions exposing yourselves to personal liability under 12 USC 503.
5. Knowingly failed to Credit (Principal) Quinn Bass's account for the equivalent liability owed as evidenced by RCE
6. Knowingly falsified banking records by misrepresenting ownership of the Principal's obligation
7. Knowingly unlawfully converted Principal's securitized financial assets into a investment vehicles, failing to disclose financial gain

Each false entry constitutes a separate violation, carrying criminal penalties to up to $1,000,000.00 USD per offense

I am the living Man and Workman worthy of my hire. I was reincarnated into the universe and manifested on the plains of Gaia. The legal maximum under God, all are equal. In commerce truth is sovereign. My authority comes from the True Almighty Divine Creator of the Heavens and the Universe. I wish that this matter shall go away in its entirety. Please use any of these documents and or records to clear the matter within 30 days from 02/13/2025 in correspondence with with the Notice of Waiver of Tort (Contract), Notice of Demand for Payment and UCC Lien File Number 2025-043-5272-6, Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit, and Certificate of Notarial Protest. If you shall require additional information send correspondence to PO Box 166, Highland, CA near [92346].

Printed: *bass, quinn W.O.P* _____    By: ___~bass, quinn W.O.P~_____

*All Rights Reserved, WITHOUT the UNITED STATES*

*AFFIDAVIT*

*I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Notice With The Intent To File A Fraud, Unjust Enrichment And Violations Of Banking Laws Counter Claim is true and correct.*

*Executed on this* <u>14th</u> *day of* <u>February</u> *2025* , *at* <u>Riverside</u> , *California Republic, United States of America.*

*Printed:* <u>bass, quinn W.O.P.</u>      *By:* _____
<span style="font-size:smaller">All Rights Reserved, WITHOUT the UNITED STATES</span>

Quinn Bass Estate In Care of Q. Ali Bey Express Trust, Registered Owner
of QUINN SHINDA BASS corp sole,

**cc: Chairman Andrew N. Ferguson of the Federal Trade Commission (FTC)
600 Pennsylvania Ave NW, Washington D.C. 20580,**

**Director Russell Vought of the Consumer Financial Protection Bureau (CFPB)
1700 G Street NW, Washington D.C. 20552**

**Postmaster Louis Dejoy of the United States Postal Service (USPO)
475 L'Enfant Plaza SW, Washington D.C. 20260,**

**Attorney General Rob Bonta for the State of California
1300 I Street, Sacramento, CA 95814**

**Commissioner Clothilde V. Hewlett of the CA Department of Financial Protection and
Innovation (DFPI)
2101 Arena Blvd, Sacramento, CA 95834**

131

EXHIBIT E

## NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

**State of: California**

**County of: Los Angeles**

A notary presentment (§ 3 501) is a request for a notary to confirm that a financial demand was made to a person or entity. It is part of a protest, which is a legal claim for an unpaid debt. **A notary presentment is not a actual notarial act and the client no need to be present or sign before the notary,** The Uniform Commercial Code (UCC) governs presentment and dishonor.

**03/03/2025**

Today, on March 3rd, 2025, for the purpose of verification, I, Sissy McConnon, as certified,

bonded agent and notary in the State of California and as an undersigning notary,

I do verify and confirm that an individual named Mr. Quinn Shinda Bass 'contacted us

and requested to **mail** the following document(s) in the form of a notary presentment to

following direction(s).

1. **To: Nabeel M. Zuberi, ESQ, McCalla Raymer Leibert Pierce, LLP, 301 East Ocean Blvd, Suite 1720, Long Beach, CA, 90802**

**Type of documents:**

## NOTICE OF FORMAL COMPLAINT PURSUANT TO GOVERNMENT CODE §§ 6250 ET SEQ. AND
## THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552
**In addition, the following documents were attached to the presentment as well:**

1. **Constructive Notice and Affidavit for Demand of Public Records**
2. **Affidavit of Facts and Notice to Cease and Desist**
3. **Affidavit of Demand for Attorney at Law**
4. **Notice of Waiver of Tort**

**Therefore, I, Sissy McConnon,** the undersigning CA **Notary Public,** personally reviewed the

below document(s) and personally verified that these document(s) were placed in an envelope

and sealed by my witness. They were mailed via USPS in the form of registered and certified

mail with green return receipts with tracking No 7022-3330-0001-0325-7445

**All Evidence of documents to RECEIVERS, to whom this content may concern; You are hereby officially served and notified.** If you feel a negative averment or rebuttal of due process for any of the documents and / or statements listed herein, which is of concern to you and / or your office, to please respond in 15 days of receipt to **the notary acceptor** as addressed below.

Scanned with
CamScanner

If a response is not received in 15 days, as it is in accordance with the Federal Rules of Civil Procedure (FRCP), it will be considered whether you and / or your office is following all the documentation and statements herein. Upon such time, I have been instructed to complete a Notary Certified Verified statement of facts of your acquiescence / default, and to record it in the County of your location, of your State public records office or any other office in your County.

**Same Day Notary**

**Same Day process serving**

**People-Spirited Holdings**

**Sissy McConnon (Notary Acceptor)**

**310-407-9556**

**skmcconnon@gmail.com**

**204 Adams Street**

**CA, 93268**

State of CA

Notary Public

Name: Sissy McConnon

Signature ..................................................

My com. Exp. ...01/19/2027......................

Date: 03/03/2025

Seal 

Q Ali Bey Express Trust d/b/a QUINN S. BASS W.O.P. (COPYRIGHT) TM

C/O P.O. Box 166

Highland, CA 92346


DATE: March 3rd, 2025


### NOTICE OF FORMAL COMPLAINT PURSUANT TO GOVERNMENT CODE §§ 6250 ET SEQ.

### AND

### THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552


Att: NABEEL M. ZUBURI , ESQ.,

MCCALLA RAYMER LEIBERT PIERCE, RESPONDEAT SUPERIOR,

301 E. OCEAN BLVD., STE 1720,

LONG BEACH, CA 90802

In reply to: Your correspondence Re: 52950 PAUI RD., AGUANGA, CALIFORNIA 92536| POTENTIAL UNAUTHORIZED TRANSFER OF OWNERSHIP, dated 02/10/2025


1. Produce the validity of you NABEEL M ZUBURI ESQ., and your law firm MCCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR, AND AGENTS KNOWN AND UNKNOWN, since none of you have responded and or answered the Constructive Notice and Affidavit for Demand of Public Records,  Affidavit and Demand for Attorney-at-Law/Counsel (THIRD PARTY INTERVENER) Foreign Registration Statement, Affidavit of Fact and Notice to Cease and Desist, and Notice of Waiver of Tort (Contract) in good faith when served by Notary Presentment via US Postmaster-USPO Certified Registered Mail No. 7022 3330 0001 1325 7292 on 02/19/2025 giving you 10 days to respond pursuant to Cal. Government Code §§ 6250 et seq.

2. I draw into question the letter dated 02/10/2025 addressed to the proper natural person, surety, Quin Bass, since the spurious instruments mailed from your client Mortgage Solution of Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602 is addressed to the entity, principal "QUINN BASS"?

3. Produce validity of your client's alleged Reporting and Filing of unlawful Debt Collection and Foreclosure actions, and reporting inaccurate balances to credit reporting agencies while demanding payment on a debt already settled.

4. I draw into question your clients knowingly engagement in unlawful financial transactions exposing themselves to personal and public liability under 12 USC 503?

5. I draw into question your clients knowingly failure to credit (Principal) QUINN BASS account for the equivalent liability owed as evidenced by RCE?

6. I draw into question your clients knowingly falsifying banking records by misrepresenting ownership of the Principal's obligation and knowingly unlawfully converted Principal's securitized financial assets into an investment vehicle, failing to disclose financial gain?

7. Please validate by written communication that you are not aiding and abetting in fraud with your clients Mortgage Solutions of Colorado LLC DBA Mortgage Solutions Financial NMLS #61602 pursuant to Affidavit of Fact and Notice to Cease and Desist, Notice of Waiver of Tort, Constructive Notice and Affidavit for Demand of Public Records, and Affidavit and Demand for Attorney-at-Law/Counsel (THIRD PARTY INTERVENER) Foreign Registration Statement that was delivered to you on February 21st, 2025.

Take notice that on 02/19/2025 an Affidavit of Fact and Notice to Cease and Desist, Notice of Waiver of Tort, Constructive Notice and Affidavit for Demand of Public Records, and Affidavit and Demand for Attorney-at-Law/Counsel (THIRD PARTY INTERVENER) Foreign Registration Statement, was served on the Respondent(s) by Notary Presentment via US Postmaster –USPO Certified Registered Mail No. 7022 3330 0001 1325 7292 and delivered on February 21st, 2025, pursuant to Cal. Government Code §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552.

Take further notice that after ten days the respondent(s) failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondent(s) did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned CAL. GOV. CODE §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552.

Take further notice that as of today's date March 3rd, 2025, the respondent(s) still have failed/refused/refuted to answer the aforementioned request in good faith; furthermore, the Respondents did not give any justification of withholding any record by demonstrating that the record in question is exempt under express provisions of this chapter or that on the facts of the particular case the public interest served by not disclosing the record clearly outweighs the public interest served by disclosure of the record, allegedly violating aforementioned GOV. CODE §§ 6250 et seq. and The FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 as well as petitioner's unalienable rights protected by, the California Constitution of 1849 Declaration of Rights as well as the United States Constitution (Bill of Rights) and pursuant to rights and protections guaranteed to myself from your constitutional limits upon governmental authority including but not limited to your oath of office pursuant to Article VI of the United States of America Constitution and the Code of laws of the United States of America of a General and Permanent Character – Title 22. Chapter 2 Section 141, and the remedies available under the UNIFORM COMMECIAL CODE, COMMON LAW AND COMMERCIAL LIENS, TITLE 42, TITLE 28 USC AND ADDITIONALLY SUCH STATE STATUTE(S), LAW, RULES, AND REGULATIONS THAT APPLY TO YOU AND DO NOT WAIVE ANY PART OF THEM.

Take further notice that pursuant to The California Open Meetings Act and GOV. CODE § 336. Assessment of Civil Penalties as well as 5 U.S.C. § 552(a)(4)(F), U.S. Supreme Court Case precedent Gardner V. Broderick, 392 U.S. 273 (1968) "Public Servants/Agents/Attorneys must respond to any

and all presentments" furthermore, all listed respondents are given thirty (30) Days accelerated acceptance of the receipt of this Notice of Formal Complaint to respond/answer to the Notice of Complaint PURSUANT TO GOVERNMENT CODE §§ 6250 ET SEQ. Your neglect/refute/refusal to answer/respond to the Notice of Formal Complaint will be deemed a direct violation of petitioner's aforementioned unalienable Rights as well as a violation of listed Respondents Sworn Oath of Office and all listed Respondents agree to be held personally liable for Noble, Civil, and Criminal damages in your Public and/or Private Capacity as well as your Company and/or Agency in accordance with law and by Default, Dishonor, and Forfeiture and due to your silence and or acquiesce pursuant to U.S. Supreme Court Case United Stated v. Throckmorton (1963) "98 U.S. 61, 25 L. Ed. 93 (Fraud vitiates the most solemn contracts, documents, and even judgments.")" and pursuant to CALIFORNIA CONSTITUTION Article XX MISCELLANEOUS SUBJECTS [SEC. 1-23] SWORN OATH OF OFFICE and obligation to register with the California Secretary of State, (U.S.C. Article VI Clause III) further lawful action will ensue.

*NOTE*

NABEEL M. ZUBURI , ESQ.,

MCCALLA RAYMER LEIBERT PIERCE, RESPONDEAT SUPERIOR,

301 E. OCEAN BLVD., STE 1720,

LONG BEACH, CA 90802

AGENTS OF A FOREIGN PRINCIPAL

 Take further notice that your failure to respond within three (3) days accelerated acceptance in good faith will be deemed that through your silence/acquiesce you agree to any liens, levies, or any lawful means to satisfy Notice of Waiver of Tort, (Contract) dated 02/19/2025 and you will be considered aiding and abetting fraud along with being accomplices with your clients Mortgage Solutions of Colorado LLC DBA Mortgage Solutions Financial NMLS #61602 for alleged Fraud  (Read Attached Documents).

Affidavit

I Declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.

Gratitude on your attention in this matter

X ‾‾‾‾‾‾‾‾‾‾ W . O . P ‾‾‾‾‾‾‾‾‾‾              DATE 03 MARCH 2025

Occupant of the Executors' Office for

Q Ali Bey Trust D/B/A QUINN S. BASS

All Rights Reserved

136

COPY FORWARDED TO: Attorney General Rob Bonta for the State of California / CA. DEPARTMENT OF JUSTICE 1300 I STREET, SACREMENTO, CA 95814-2919, FAX # (916) 323-5341,

Postmaster General Louis DeJoy, 475 L`Enfant Plaza, SW STE 604 Washington, DC 20024,

U.S. Marshal David M. Singer, U.S. Marshals Service – Central District of California

Roybal Federal Building 255 E Temple Street [90012]   FAX No. (213) 894-2078,

I.R.S. Criminal Investigation Department – Asset Forfeiture Unit 1 Civic Center Drive, Suite 200, San Marcos, California 92069 (213) 271-6653

Chairman Andrew N. Ferguson of the Federal Trade Commission (FTC)

600 Pennsylvania Ave NW, Washington D.C. 20580,

Director Russell Vought of the Consumer Financial Protection Bureau (CFPB)

1700 G Street NW, Washington D.C. 20552

Commissioner Clothilde V. Hewlett of the CA Department of Financial Protection and Innovation (DFPI)

2101 Arena Blvd, Sacramento, CA 95834

JURAT

137

**State of: California**

**County of: Los Angeles**

**02/19/2025**

Today, on February 19th, 2025 for the purpose of verification, I, Sissy McConnon, as certified,

bonded agent and notary in the State of California and as an undersigning notary,

I do verify and confirm that an individual(s) named **Quinn Shinda Bass** contacted to our office

and requested to **mail** the following document(s) in a form of a notary presentment to following

entities and direction(s).

**To**:

**Nabeel M. Zuberi, ESQ, McCalla Raymer Leibert Pierce, LLP,**
**301 East Ocean Blvd, Suite 1720, Long Beach, CA, 90802**

**Type of documents:**
1. **Constructive Notice and Affidavit for Demand of Public Records**
2. **Affidavit of Facts and Notice to Cease and Desist**
3. **Affidavit of Demand for Attorney at Law**
4. **Notice of Waiver of Tort**

**Therefore, I, Sissy McConnon**, the undersigning CA **Notary Public**, personally reviewed the

bellow document(s), and personally verified that these document(s) were placed in an envelope
and sealed by my witness. They were mailed via USPS in a form of registered and certified mail
with green return receipts with TN : 7022 3330 0001 1325 7292

**All Evidence of documents to RECEIVERS, to whom this content may concern: You are**
**hereby officially served and notified.** If you feel a negative averment or rebuttal of due process,
is for any of the documents and / or statements listed herein, which is of concern to you and / or
your office, to please respond in 30 days of receipt to **notary acceptor** as addressed below. If a
response is not received in 30 days, as it is in accordance to the Federal Rules of Civil Procedure
(FRCP), it will be considered you and / or your office is in compliance with all the
documentation and statements herein. Upon such time, I have been instructed to complete a
Notary Certified Verified statement of facts of your acquiescence / default, and to record it in the
County of your location, of your State public records office or any other office in your County.

**Same Day Notary**

**Same Day process serving**

**People-Spirited Holdings**

Sissy McConnon (Notary Acceptor)

310-407-9556

skmcconnon@gmail.com

204 Adams Street

CA, 93268

State of CA

Notary Public

Name: Sissy McConnon                                Seal

Signature ...................................................

My com. Exp. ...01/19/2027.......................

Date: 02/19/2025



CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
County of _Los Angeles_        )

On _02-19-20_ before me, _Sissy McConnan, CA Notary Public_
    Date                       Here Insert Name and Title of the Officer

personally appeared _Quinn Shinda Bass_
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
            Signature of Notary Public

Place Notary Seal Above

------------------------------ OPTIONAL ------------------------------
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

Description of Attached Document
Title or Type of Document: _Notice of waiver of Tort_
Document Date: _02/19/2025_                          Number of Pages: _2_
Signer(s) Other Than Named Above: _The same signer_

Capacity(ies) Claimed by Signer(s)
Signer's Name: _____          Signer's Name: _____
☑ Corporate Officer — Title(s): ___     ☐ Corporate Officer — Title(s): ___
☐ Partner — ☐ Limited  ☐ General        ☐ Partner — ☐ Limited  ☐ General
☑ Individual      ☐ Attorney in Fact    ☐ Individual      ☑ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator   ☑ Trustee   ☐ Guardian or Conservator
☐ Other: _____               ☐ Other: _____
Signer Is Representing: _By himself_     Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

**NOTICE of WAIVER of TORT is hereby given to ANY and ALL ACTORS**

NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND

NOTICE TO PRINCIPLE IS NOTICE TO AGENT

**************************************************************************************

NABEEL M. ZUBERI, ESQ.,

MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR

301 E. OCEAN BLVD., SUITE 1720

LONG BEACH, CA 90802

So that proper and just NOTICE and POSTING can be honestly understood to allow **ANY and ALL** actors, or **ANY and ALL** Persons, or a reasonable and prudent Man or Woman to be **FOREWARNED** so that there can be **NO "MISTAKE",** or inadvertence, excuse, or misunderstanding to be claimed afterwards, and that **ALL** Parties will be TOTALLY RESPONSIBLE AND ACCOUNTABLE for their FREE CHOICE OF ACTIONS or INJURIES, NOTICE IS THEREFORE ENTERED and POSTED upon the **PUBLIC RECORD by and through the Universal Postal Union by CERTIFIED MAIL, ELECTRONIC RETURN RECEIPT and Public NOTICE in the PUBLIC LIBRARY and COUNTY CLERKS OFFICE pursuant to COMMON LAW.**

It is therefore and herein **DECLARED** that a **CONTRACT** is Created and freely and jointly entered into by any and all Actors, in which ANY and ALL Parties are free to choose to become OBLIGATED or NOT to become OBLIGATED of their own free choice or volition, to TRESPASS ON THE CASE and cause a TORT or not to TRESPASS ON THE CASE; TO INJURE THE PROPER PARTY, or not to INJURE the PROPER PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this CONTRACT MUTUALLY AGREED BY ALL ACTORS BY SPECIFIC PERFORMANCE.

NOTICE IS HEREBY GIVEN to ANY and ALL ACTORS, including but not limited to ALL Foreign and Domestic Governments and/or Corporations, Officers, Deputies, assigns, agents, actors, employees or representatives in any way thereof: **YOU ARE HEREIN GIVEN 10 DAYS OF THE RECEIPT OF THE AFFIDAVIT OF FACT AND NOTICE TO CEASE AND DESIST, ADMINISTRATIVE/NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO, CONSTRUCTIVE NOTICE AND AFFIDAVIT FOR DEMAND OF PUBLIC RECORDS, AFFIDAVIT OF DEMAND FOR ATTORNEY-AT-LAW/COUNCEL (THIRD PARTY INTERVENER) FOREIGN REGISTRATION STATEMENT, AND NOTICE OF WAIVER OF TORT (CONTRACT)** therein created to answer/respond in **good faith.** You may choose or NOT choose, of your own free will, to become OBLIGATED by this CONTRACT for it is your free choice. THERE ARE NO EXCEPTIONS TO ANY ACTOR(S). NO ONE MAY CLAIM IMMUNITY FROM, EXEMPTION FROM OR LIMITATION OF LIABLITY OF ANY KIND after voluntary entry into this contract by the actor's free choice and election as evidenced by performance and agreement: NABEEL M. ZUBERI, ESQ., MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR, and all Parties of Interest Known and Unknown through your acquiesce you are agreeing to pay bass, quinn W.O.P. in the amount of $1,110,000 USD in credit including Treble Damages in your public capacity as well as your private capacity, for aiding and abetting and conspiring to commit fraud with Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602, in circumstances surrounding Transaction # 8200108162 and 407431W1080 BASS . THIS BINDING CONTRACT IS THEREFORE IN FULL FORCE AND EFFECT and YOU are forewarned NOT to cause further injury either by a COMMISSION, DIRECTLY OR INDIRECTLY or an OMISSION OF LAWFUL ACTIONS OR DUTIES, Res ipsa loquitur.

ALL PARTIES, see Attached (Notary Jurat) ARE THEREFORE AGAIN WARNED PLEASE, DO NOT INJURE OR TRESPASS UPON RIGHTS or PROPERTY, or RISK THE CONSEQUENCES OF THAT INJURY OR TRESPASS AS AGREED IN TERMS AND CONDITIONS OF THAT ATTACHED CONTRACT.

BY PROCEEDING TO FURTHER INJURE YOU AGREE, KNOWINGLY, INTENTIONALLY AND VOLUNTARILY, TO THE TERMS OF THIS WAIVER OF TORT CONTRACT IN FULL UPON YOURSELVES INCLUDING BUT NOT LIMITED TO ANY LIENS, LEVYS, AND OR ANY LAWFUL MEANS TO RECEIVE PAYMENT. NOTE EXCLUSIVE CONTROL BY YOU TO INJURE ON NOT TO INJURE, TO TRESPASS OR NOT TO TRESPASS.

Without Recourse

By: _hace, ymmW. OP_

Quinn Bass W.O.P (COPYRIGHTED)
Authorized Representative
Proper Rules of English
Article 9 Entity Strict Liability

DATE:  2/19/2025

NOTARY:



142

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                )
County of _Los Angeles_            )

On _02-19-20_ before me, _Sissy McClennon, CA notary Public_
    Date                               Here Insert Name and Title of the Officer

personally appeared _Quinn Shinda Boss_
                                   Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                        Signature of Notary Public

*(Notary seal: SISSY MCCLENNON, COMM. #2432135, NOTARY PUBLIC, MFR-BRS, KERN COUNTY · CALIFORNIA, MY COMM. EXPIRES JAN. 19, 2027)*

        Place Notary Seal Above

———————————————— OPTIONAL ————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit for Diamond John Attorney at Law_
Document Date: _02/19/2025_          Number of Pages: _3_
Signer(s) Other Than Named Above: _The same signer_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☑ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _By himself_

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

**DATE: 02/21/2025**                                    US Post Office Registered Mail #

**Bass, Quinn W.O.P. (COPYRIGHTED)**
**c/o P.O. Box 166**
**Highland, CA 92346**
**In Personam Sui Juris**

**ATT:** NABEEL M. ZUBERI, ESQ.,
MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR
301 E. OCEAN BLVD., SUITE 1720
LONG BEACH, CA 90802

**RE: 52950 PAUI RD, AGUANGA, CALIFORNIA 92536 | POTENTIAL UNAUTHORIZED TRANSFER OF OWNERSHIP dated 02/10/2025**

**Affidavit of Demand for Attorney-at-Law/Councel (THIRD PARTY INTERVENER)**
**Foreign Registration Statement**

**TAKE NOTICE** pursuant to *Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938*, *Pub L. 80-772 § 1341, § 1342, Pub L. 80-772 §1342, § 2382. MISPRISION OF TREASON,* and *Pub L. 89-486 80 stat 244 of 1966,*

I, bass, Quinn W.O.P. In Personne Physique/ Sui Juris, demand pursuant to *Pub L. 80-772 § 1341, § 1342* , and *Pub L. 89-486 80 stat 244 of 1966*, and Cal. Govt. Code **§ § 6250 et seq**. demand a **CERTIFIED copy of : NABEEL M. ZUBERI, ESQ., MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR,**
 **AND ALL AGENTS AND PARTIES OF INTEREST, KNOWN AND UNKNOWN**     d/b/a ATTORNEY-AT-LAW/COUNCEL "Registration Statement" pursuant to the *Pub L. chap 327 52 stat 631-633 Foreign Agents Registration Act of 1938* as required (MANDATORY) public disclosure by the *Privacy Act Statement*, see the following below:

*Privacy Act Statement.* The filing of this document is required for the *Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938 and Pub L. 89-486 80 stat 244 of 1966* **all sections**., for the purposes of registration under the Act and public disclosure. FULL DISCLOSURE of the information requested is MANDATORY, and failure to provide the information is subject to the penalty and enforcement provisions established under this Act.

TAKE FURTHER NOTICE pursuant to *Pub L. 80-772 §1342, § 2382. MISPRISION OF TREASON,*

*AFFIDAVIT OF DEMAND FOREIGN REGISTRATION STATEMENT*                    Page 1 of 3

*144*

*§ 2386. REGISTRATION OF CERTAIN ORGANIZATIONS,* I demand a d/b/a ATTORNEY-AT-LAW/COUNCEL Anti-Bribery Statement as required by the *Pub L. chap 327 52 stat 631-633 Foreign Registration Act of 1938, Pub. L. 105-366 Foreign Corrupt Practices Act of 1977 ("FCPA"), § 78dd-1, et seq., and Anti-Bribery Statement pursuant to 80-772 §. 201. Bribery.*

*Any quasi-licenses' and Bar Card Numbers of any and all Attorney's (NEXT OF FRIEND'S) involved,* and all parties of interest are to send all future correspondences in c/o the clearly designated geographical location listed a **CERTIFIED copy of NABEEL M. ZUBERI, ESQ., MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR AND ALL AGENTS AND PARTIES OF INTEREST, KNOWN AND UNKNOWN** herein, via United States Post Office. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications. I am sure that all lawful parties are rested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of "*Malfeasance*" and 'Mail Fraud' by which such unconstitutional acts have been commonly committed through "*Misrepresentations*" and by callous acts of 'Misprision of Treason' pursuant to *PL 80-772 § 2382. MISPRISION OF TREASON.*

For the record, please send all following communications as required (MANDATORY) pursuant to *Pub L. 80-772 § 1342.*

<b>WARNING: Pub L. 80-772 § 1341 MAIL FRAUD!!!</b>

Whoever, for the purpose of conducting, promoting or carrying on by means of the **United States Post Office,** any scheme or device pursuant to *Pub L. 80-772 § 1341* or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than in personam, or takes or receives from any Post Office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this this law or imprisoned not more than five years, or both.

I declare, pursuant to *Pub L. 80-772 § 1342,* stating that the Prosecutor and Magistrate understands and fully agrees to the seriousness in regards to communicating with "people" in their own "proper name" as required by the law above and below and not communicating under any fictitious, false, or assumed title, name or address under the authority of *Pub L. 80-772 § 1342* and fully agrees to abide by this law while communicating by way of United States Post Office Department, PRIVATELY, or use any associated organizations, corporations, partners and not make any claims by using the United States Post Office mail to commit mail fraud.

***TAKE FURTHER NOTICE****: pursuant to the 1818 Illinois Constitution ART. VI. 3. Each and every person who has been bound to service by contract or indenture in virtue of the law, and in conformity to the provisions of the same, without fraud or collusion, shall be held to a specific performance of their contracts or indentures;*

*AFFIDAVIT OF DEMAND FOREIGN REGISTRATION STATEMENT*          Page 2 of 3



***TAKE FURTHER NOTICE:*** *All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths, so help you God.*

***TAKE FURTHER NOTICE:*** *that pursuant to Cal. Govt. Code § § 6250 et seq. you have 10 days accelerated acceptance from the receipt of this document to respond as per Supreme Court Case precedent Gardner v Broderick 1969 to respond in good faith.*

***TAKE FURTHER NOTICE:*** *All Public Trustees who have taken an oath or affirmation to uphold and defend the Constitution of this state and the United States of America, I accept your oaths,* ***SO HELP YOU GOD.***

**Printed: _bass, Quinn W.O.P_**          **By:** _____
                                    *All Rights Reserved, WITHOUT the* **UNITED STATES**

**I DECLARE,** *under penalty and perjury under the laws of the California Republic and the United States of America that the foregoing is true and correct.*

**Executed on this** _19th_ **day of** _February_      **20** 25 **, at** _Riverside County_ **,** **California Republic, United States of America.**

**Printed: _bass, quinn W.O.P._**          **By:** _____
                                    *All Rights Reserved, WITHOUT the* **UNITED STATES**

. bass, quinn W.O.P. Occupant of the Executors' Office for Quinn Bass Estate
In Care of Q Ali Bey Express Trust , Registered Owner
of QUINN S. BASS corp sole, All Rights Reserved



*146*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of **Los Angeles** )

On **02-19-2025** before me, **Sissy Mc Connon, CA Notary Public**
　　Date　　　　　　　　　　　 Here Insert Name and Title of the Officer

personally appeared **Quinn Shinda Bass**
　　　　　　　　　　　　　　　　　　 Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　　 Signature of Notary Public

*[Notary seal: SISSY MCCONNON, COMM. #2432735, NOTARY PUBLIC, MFR BRST, KERN COUNTY · CALIFORNIA, MY COMM. EXPIRES JAN. 19, 2027]*

Place Notary Seal Above

---

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit of Facts and Notice to Cease and Desist**
Document Date: **02-19-2025**　　　　　 Number of Pages: **9**
Signer(s) Other Than Named Above: **The same Signer**

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____　Signer's Name: _____
☑ Corporate Officer — Title(s): _____　☐ Corporate Officer — Title(s): _____
☑ Partner — ☐ Limited ☐ General　　　☐ Partner — ☐ Limited ☐ General
☑ Individual　☐ Attorney in Fact　　　☐ Individual　☐ Attorney in Fact
☐ Trustee　☑ Guardian or Conservator　☐ Trustee　☐ Guardian or Conservator
☐ Other: _____　　☐ Other: _____
Signer Is Representing: **By himself**　　Signer Is Representing: _____

---

©2016 National Notary Association • www.NationalNotary.org 1-800-US NOTARY (1-800-876-6827)    Item #5907

147

RECORDING REQUESTED BY:

Quinn Bass W.O.P.

c/o P.O. Box 166

Highland, CA [near] 92346

SPACE RESERVED FOR RECORDER'S USE

**WHEN RECORDED MAIL TO:**

NABEEL M. ZUBERI, ESQ.,
MCALLA RAYMER LEIBERT
PIERCE, LLP, RESPONDEAT
SUPERIOR
301 E. OCEAN BLVD., SUITE
1720
LONG BEACH, CA 90802

Non-domestic

Use the above mailing location **EXACTLY AS SHOWN**

### AFFIDAVIT OF FACT AND NOTICE TO CEASE AND DESIST

In reply to: Your correspondence Re:  52950 PAUI RD, AGUANGA, CALIFORNIA 92536 | POTENTIAL UNAUTHORIZED TRANSFER OF OWNERSHIP dated 02/10/2025

NOTICE is hereby given to the following parties: **; NABEEL M. ZUBERI, ESQ.,**

**MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, KNOWN AND UNKNOWN,**

Take notice that on or around January 7th, 2025,  your clients Mortgage Solutions of

Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602 were served with an administrative process at their present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1889 8822 03) with the Affidavit of Dispute, Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate, and Memorandum of Trust giving them 10 days in good faith to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury which was delivered and received on January 13th, 2025. Take further notice that on January 28th 2025, your clients were served with a second administrative process at your present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8518 94) with the Affidavit of Dispute (2nd Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (2nd Notice), and Memorandum of Trust (2nd Notice), and Notice of Waiver of Tort (Contract) giving them 10 days in good faith to respond/answer and produce the above commanded evidence or rebut point-by-point on a written affidavit signed under penalty of perjury which was delivered and received on January 31st, 2025.

Take further notice that on or around February 12th, 2025, your clients were served with a third and final administrative process at their present address by Notary Presentment via United States Postmaster - USPO Certified Registered Mail (article number 9589 0710 5270 1997 8519 86) with the Affidavit of Dispute (3rd and Final Notice), Affidavit of Fact and Adverse Claim to Title and Reversion of Ancestral Estate (3rd

149

and Final Notice), and Memorandum of Trust (3rd and Final Notice), and Notice of Waiver of Tort (Final Notice, Contract), Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit and Certificate of Notarial Protest dated 02/12/2025 (From Notary Public, Third Party Witness, Non-Party), Affidavit in Support of Certificate of Notarial Protest dated 02/12/2025, Notice of Statement Claim Remedy, True Billing and Fee Schedule dated 02/12/2025, Notice of Demand for Payment dated 02/12/2025, UCC Financing Statement/Lien dated 02/12/2025; furthermore, you clients were given 30 days to answer and/or respond in good faith to prove their claim in accordance with the prerequisites of my due process rights secured under the 5th Amendment of the Constitution for the United States of North America. As of February 12th, 2025, your clients have waived their due process rights by neglecting/refuting/refusing/failing to answer and/or respond in good faith by proving their claim of an alleged debt which constitutes default.

Your clients default stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 U.S.C. § 1341 and 15 U.S.C. § 1 'Trusts, etc., in restraint of trade illegal; penalty'. Their default also stands as conclusive evidence that you have no valid claim of a debt, and proof that your misrepresented instruments- bill of attainders/foreign bill of exchanges titled

150

"MORTGAGE STATEMENTS" dated December 9th, 2024, and January 16th, 2025, and any other instruments associated with account numbers 8200108162 and 407431W1080 BASS, are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and UNENFORCEABLE for fraud. *'See United States v. Throckmorton, 98 U.S., 61, 25 L.Ed. 93 (Fraud vitiates the most solemn contracts, documents and even Judgments.")*

Take further notice that this matter concerns a fraudulent banking scheme in which Mr. Rob Clennan and Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602, engaged in alleged deceptive financial practices by misrepresenting the nature of the purported loan, unlawfully monetizing two promissory notes in one transaction, and failing to credit the (Principal) Quinn Bass for funds legally owed under banking regulations.

Take further notice that your client knowingly concealed material financial transactions, including the conversion of both promissory notes in the transaction related to account numbers 8200108162 and 407431W1080 BASS into a bank asset and the deposit liability held in the name of QUINN BASS, despite being paid in full through securitization and off-balance sheet activities.

Take further notice that your client Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS #61602 continue to seek payment for an alleged unlawful debt they have no lawful standing to enforce, in violation of Title 12 U.S.C. § 503, 12 U.S.C. § 1847, 15 U.S.C. § 1, 18 U.S.C. § 1005, and 18 U.S.C. § 1341; furthermore, Mr. Rob Clennan as President and CEO of Mortgage Solutions of Colorado LLC it is was his duty to oversee fraudulent transactions. Take further notice that a Mortgage loan contract was created (Account Number 8200108162 and Account 407431W1080 BASS) and accepted between QUINN BASS and Mortgage Solutions of Colorado LLC on  11/18/2024 with restrictive signature and again on 11/21/2024 under the assumption that Mortgage Solutions of Colorado LLC were extending lawful consideration in the form of a loan issuing funds from your own capital reserves which instead monetized Promissory Notes from said transaction, converting them into an asset recorded in your RC Balance Sheet. In accordance with 12 U.S.C. 1847 , you failed to disclose that credit was created by using the securitized financial assets in this transaction and neglected to credit the Principal Quinn Bass's Account for the equivalent liability, recorded in the RCE as an accounts payable; furthermore, these alleged actions carried out and engaged by your client(s), ROB CLENNAN and MORTGAGE SOLUTIONS OF COLORADO LLC D/B/A MORTGAGE SOLUTION FINANCIAL NMLS # 61602 are considered deceptive accounting practices, by moving the

152

obligation off of their balance sheet through securitization, as evidenced by Federal Reserve Form 2046 (Cash Collateral Account), Federal Reserve Form 2049, (Off-Balance Sheet Liabilities), Federal Reserve Form 2099 (Debt Acquisition Disclosure). Your clients received full payment for the obligation via investor funds, insurance claims, and or government backed securities, yet continue to misrepresent the balance as due and owing. This constitutes fraudulent double dipping and unjust enrichment in violation of Title 12 U.S.C. § 503, Title 18 U.S.C. § 1005 as well as 12 U.S.C. § 1847, 15 U.S.C. § 1, and 18 U.S.C. § 1341. In correspondence with the Notice of Waiver of Tort (Contract), Notice of Demand for Payment and UCC Lien File Number 2025-043-5272-6,Affidavit and Certificate of  Non-Response and Ni-Hil Di-Cit, Notice of Demand for Payment, Notice of Statement of Claim, True Billing and Fee Schedule, and Certificate of Notarial Protest; furthermore, your clients were given  30 days from  February 13, 2025,  to release all security interest and monies in transactions surrounding Account Numbers 8200108162 and 407431W1080 BASS back to (Principal) Quinn Bass. as well as In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(iii)(III) you must immediately report to the credit reporting agencies that the alleged debt associated with account numbers 8200108162 and 407431W1080 BASS shall be immediately be removed for fraud along with recording a Deed of Satisfaction/Reconveyance for Account

153

Numbers 8200108162 and 407431W1080 BASS with the Riverside County Recorder.

NABEEL M. ZUBERI, ESQ.,

MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR AND ALL PARTIES OF INTEREST, KNOWN AND UNKNOWN,

AGENT OF A FOREIGN PRINCIPAL,

You are in alleged violation Rule 1.2(d) of the American Bar's Association's Model Rules of Professional Conduct which explicitly prohibits attorneys from assisting clients in criminal or fraudulent conduct; furthermore, any attorneys who assist a company in committing fraud or fail to prevent it may be liable for legal malpractice. You could face criminal charges and face criminal penalties for aiding or abetting fraud; furthermore, under the Federal False Statements Act and or various state laws such as California Rules of Professional Conduct Rule 4.1, attorneys who knowingly help a company perpetrate fraud may be criminally prosecuted. This includes actions such as conspiracy, obstruction of justice, or making false statements to government entitles. You are also in alleged violations  of  right of due process of law by ignoring the fact that your clients Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS #61602 are in Default via administrative process through Notary Public's Certificate of Notarial Protest, Affidavit and Certificate of Non-Response and Ni-Hil Di-Cit, dated 02/12/2025. You are in alleged violation of and 18 U.S.C. § 1341, 'Fraud and Swindles' as well as 15 U.S.C. § 1 - 'Trusts, etc., in restraint of trade illegal; penalty'

You are hereby to CEASE AND DESIST from any further action in regards to IN ABOVE ALLEGED VIOLATIONS IN CIRCUMSTANCES REGARDING 52950 PAUI RD, AGUANGA, CA., AND MAKE AN OFFICIAL WRITTEN STATEMENT CONFIRMING YOU ARE DROPPING MORTGAGE SOLUTIONS OF COLORADO D/B/A MORTGAGE SOLUTIONS FINFNCIAL NMLS #61602 AS CLIENTS AS WELL AS TAKE THE PROPER STEPS TO ENSURE THE PREVENTION OF CONTINUED ALLEGED FRAUDULENT ACTIVITIES IN ACCORDANCE TO LAW.

DEMAND IS MADE

154

You are to hereby given 10 days pursuant to CA Govt. Code §§ 6250 et seq. to respond to this aforementioned "CEASE AND DESIST" NOTICE along with supporting documents (ADMINISTRATIVE/ NOTICE AND DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO, CONSTRUCTIVE NOTICE AND AFFIDAVIT FOR DEMAND OF PUBLIC RECORDS, AFFIDAVIT OF DEMAND FOR ATTORNEY-AT-LAW/COUNCEL (THIRD PARTY INTERVENER) FOREIGN REGISTRATION STATEMENT, AND NOTICE OF WAIVER OF TORT), and you are to stop any all action that would infringe on my rights protected by the Constitution of the United States of North America 1791, and California Constitution of 1849 Declaration of Rights and your oath of office pursuant to ARTICE VI SECTION 3 of the organic United States Constitution "SO HELP YOU GOD"

### *NOTE*

Provided you neglect to answer and or respond to the aforementioned in good faith you will be considered aiding and abetting with Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602 that is allegedly committing fraud and you may be held liable for damages, and you may be held personally liable in your public capacity as well as private capacity for failing to take the proper steps to prevent the continuation of the alleged fraudulent activities leading to professional, civil and criminal consequences and you will be added as accomplices with Mortgage Solutions of Colorado LLC d/b/a Mortgage Solutions Financial NMLS # 61602. Take further notice that all communications from this point will be made written and sent to my mailing address provided above. My phone number is private and any attempts to call my private line is unauthorized; furthermore, any communication concerning this transaction must be done by USPO certified mail and email when permitted.

### CERTIFICATION

I, declare under the penalty of perjury of the laws if the United States of America's California Republic the foregoing to be true and correct.

By: _Ihssey Lymann W . O.P_ _____

2/19/2025

_____

Date

### JURAT

STATE OF CALIFORNIA    )
                                          )ss
COUNTY OF                   )





_____ S. McConnen_____
Notary Signature

Notary Seal



156

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ )

On _02-19-2025_ before me, _Sissy McConnon, Notary Public_
Date                    Here Insert Name and Title of the Officer

personally appeared _Quinn Shinda Bass_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Notary Seal: SISSY MCCONNON, COMM. #2242155, NOTARY PUBLIC, MFR BRS, KERN COUNTY • CALIFORNIA, MY COMM. EXPIRES JAN. 18, 2027.]

Place Notary Seal Above

━━━━━━━━━━━ OPTIONAL ━━━━━━━━━━━
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Construction Notice and Affidavit For demand of_
Document Date: _02/19-2025_                    Number of Pages: _Public Records_
Signer(s) Other Than Named Above: _The same signer_                    _5 pages_

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☑ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☑ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☑ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _By himself_ | Signer is Representing: _____ |

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

157

CONSTRUCTIVE NOTICE AND AFFIDAVIT
FOR DEMAND OF PUBLIC RECORDS

## NOTICE

STATE OF CALIFORNIA          )

                             ) ss

COUNTY OF RIVERSIDE  )

CERT. MAIL #

DATE: ~~FEBRUARY XXX xxXXX~~xx          2/19/2025

bass, quinn W.O.P. (COPYRIGHTED)

c/o P.O. Box 166

Highland, CA [near] 92346

 In Personam Sui Juris

**ATT:  NABEEL M. ZUBERI, ESQ.,**

**MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR**

**301 E. OCEAN BLVD., SUITE 1720**

**LONG BEACH, CA 90802**

**In reply to: Your correspondence Re:  52950 PAUI RD, AGUANGA, CALIFORNIA 92536 | POTENTIAL UNAUTHORIZED TRANSFER OF OWNERSHIP dated 02/10/2025**

    The following documents are hereby demanded, as these documents are a matter of record, and are required by law of the representative(s) for the movant, or his representative(s) do not have the authority to act in any issue.  The items are required and are believed to be in the movant(s) representative(s) custody of the regulating authority of same.  These documents are demanded from the following individuals, and are as follows:

NABEEL M. ZUBERI, ESQ.,
MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR
301 E. OCEAN BLVD., SUITE 1720
LONG BEACH, CA 90802
Agents of A Foreign Principal

1

158

This administrative affidavit/ notice, duly served on you, and deemed actual, constructive and sufficient notice, requires that you provide the presenter, within 10 days from the time of receipt of presentment, pursuant to California Public Records Act Cal. Govt. Code §§ 6250 et seq., copies of the below listed documents, pertinent to you,: said copies to be certified and exemplified, in accordance with the number one Stat 122 and 2 Stat 298 and FRCP Rule 902' under Article V of this Constitution for the United States of America, Anno Domini 1774 and Gardner v Broderick,. 392 US 273 (1968).

Your failure, refusal, and/or neglect to fully and timely comply will set, of the record, as ultimate fact(s) that you are acting without authority, office, and/or capacity as an officer, official, or agent for any original jurisdiction non-corporate governmental "United States of America" and you may be in violation of State and Federal Law that may lead to criminal action and/or civil action as a result of damages caused by respondent(s) and considered and act of tort pursuant to the previously aforementioned and Constitution for the United States of America, Anno Domini 1782 with Articles of Amendment Anno Domini 1787, to approach respondent(s). It is presumed and/or assumed that it is your duty and fiduciary obligation to provide the above information, in a timely and truthful manner.

1. Certified Copy of Your **Oath of Office**, as is required by the Constitutional Law, at Article VI Clause 3.

2. Certified Copy of Your **Disclosure Statement**, as is required by law at Title 5 U.S.C. Section 3331, 3332, and 3333 as you did take an Oath to the United States of America.

3. Copy of Your Certified **Affidavit of Compliance with Public Law 330, Chapter 690 on August 9, 1955, in respect to upholding your Oath of Office.**

4. Copy of Your Certified **Financial Disclosure Statement** to ascertain whom you receive your emolument from and to also ascertain their activities, and copies of any check stubs from any Bank, Mortgage or Financial Institution.

5. Certified Copy of all **Service Agreements** described in paragraph **IV**, of the **General Agreement** between the **Treasury Department** and the **Agency for International Development**. (Treasury Delegation Order 9) on February 14, 1966 (Rev. 1)

2

159

6. Certified Copy of **said Corporation(s) Charter** Filed with the Secretary of State of Florida.

7. Certified Copy of Said **Corporation(s) Certification** Filed with the Secretary of State of Florida.

8. Certified Copy of Said **Corporation(s) Foreign Registration** Filed with the Secretary of State of Florida.

9. Certified Copy of Said **Corporation(s) Business License** from the State and County as is required by Law.

10. Certified Copy of Said **Corporation(s) and movant Representative(s) Bond** in order to be involved in such a business as is required by Law.

11. Certified Copy of Your **Registration Statement** as is required by Title 22 U.S.C. 611& 612, as is required by Rabinowitz v. Kennedy, 379 U.S. 605, and head note 1. This is demanded in light of Executive Order 10033, Feb. 8, 1949, 14 F.R. 561, this is required per Title 22 Section 286f.

12. If You refute questions 6 thru 10, a Certified Copy pursuant to **Title 4 U.S.C. Section 72, All offices attached to the seat of government shall be exercised in the District of Columbia and not elsewhere, except as other expressly provided by law. (July 30, 1947, c. 389, 61 Stat. 643.)**

13. Certified Copy of Your **loyalty and Security Check** as is required by Title 22 U.S.C. 272b

14. A Certified Copy of Your **Birth Certificate** to prove you is not a fictitious character.

This Constructive Notice and Affidavit Demand for Public Records is not intended to hinder, Delay, Obstruct, intimidate, or in any way threaten anyone, but it is simply a means of evoking recipient's duty to act pursuant to the above quoted statutes, which apply to the recipient's and

160

recipient's official capacity for lawful disclosure of vitally needed information. A cursive reading of the Congressional Record of 1933 demonstrates, it has since been the norm, that a Bankrupt entity can not demand anything from anyone!

**Should recipient not timely and fully comply, it will be deemed, by tacit agreement in good faith, your implied consent to my lawful billing and challenge, pursuant to a petition of Writ of Quo Warranto (53 Am Jur _5,441) as to your authority, in a court of correct jurisdiction?  In addition a criminal complaint will be filed with the State Insurance Commissioner and the DOJ and a Title 42 sec 1983 Civil Rights Lawsuit will also be filed in Federal District Court should you not comply timely as well as Tort Claim will be filed against you.**

**I demand that You and any other representative(s) of the** U.S. B. A. R. Association **and or any FEDERAL Agency purporting to have a claim, to bring forward all these documents, supra and prove your delegation of authority to act in this issue.**
    RESPONDEAT SUPERIOR, AGENTS OF FOREIGN PRINCIPAL, are NOTICED that s/he/they have three days of receipt of this Notice/Affidavit to respond on a point-by-point basis to the demand for public records, said lack of response will be taken as lawful admission of material fact.

**NABEEL M. ZUBERI, ESQ.,**
**MCALLA RAYMER LEIBERT PIERCE, LLP, RESPONDEAT SUPERIOR**
**301 E. OCEAN BLVD., SUITE 1720**
**LONG BEACH, CA 90802**
**Agents of A Foreign Principal**

*Any further contact, instructions, directions, documents transferred from you to me by means of postal delivery or via electronic means, leaves you open for prosecution, by the proper authorities, for mail fraud and/or wire fraud, until such time as you have properly and fully identified yourself, pursuant to the above quoted statutes.*

*If you have any objections or competent reasons as to why you cannot comply with this Constructive Notice and Affidavit for Demand for Public Records, you must put them in writing, stating all supporting evidence, signed by you, under penalty of perjury, within the time herein stated, to my Notary below:*

*In good faith if you require an extension for good cause shown, to make adequate lawful response, you must notify me through my Notary Publics mailing location within five days upon receipt of this notice and demand for public records.*

Further Affiant sayeth *naught,*

                                                                    Sincerely,

By: _____

Quinn Bass Estate In Care of Q. Ali Bey Express Trust,
Registered Owner
of QUINN SHINDA BASS corp sole,

CC: - MARCO RUIBIO- SECRETARY OF STATE

      US STATE DEPARTMENT

      WASHINGTON D.C. 20520

CC : - JOHN THUNE- U.S. CONGRESS SENATOR

      120 CONSTITUTION AVE NUE N.E., SUITE 511

      WASHINGTON D.C. 20510

JURAT



5

162

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Long Beach, CA 90802    OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0568 |
| $ | $4.10 | | 12 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ $0.00
- ☐ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required   $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage   $2.87
$

Total Postage and Fees
$11.82
$

03/03/2025

Sent To
Nubeal M. Zuburi

Street and Apt. No., or PO Box No.
301 East Ocean Blvd. #1720

City, State, ZIP+4®
Long Beach, CA, 90802

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7445 5225 1000 0MMM 2222

163

# Per Today's Phone Conversation

 **me**                                    Mar 18    

To nabeel.zuberi@mcc...    **& 3 more**

Mar 18 at 11:34 AM

**Greetings,**

**Gratitude for your time and consideration for our conversation today. I look forward to a speedy and amicable resolution in this matter. I strongly pray that you take into consideration your client's extortionate and spurious attempts to collect the alleged debt and due to my financial entitlements derived from security interests in asset based leverage based off of the Principal's interest. Take further notice that a Mortgage loan contract was created (Account Number 8200108162 and Account 407431W1080 BASS) and accepted between QUINN BASS (Principal) and Mortgage Solutions of Colorado LLC on 11/18/2024 with restrictive signature and again on 11/21/2024 under the assumption that Mortgage Solutions of Colorado LLC were extending lawful consideration in the form of a loan issuing funds from their own capital reserves which instead monetized Promissory Notes from said transaction, converting them into an asset recorded in your client's RC Balance Sheet. In**

*164*

recorded in your client's RC Balance Sheet. In accordance with 12 U.S.C. 1847 , your client's failed to disclose that credit was created by using the securitized financial assets in this transaction and neglected to credit the Principal Quinn Bass's Account for the equivalent liability, recorded in the Residual Cash Earnings as an accounts payable; furthermore, these alleged actions carried out and engaged by, ROB CLENNAN and MORTGAGE SOLUTIONS OF COLORADO LLC D/B/A MORTGAGE SOLUTION FINANCIAL NMLS # 61602 are considered deceptive accounting practices, by moving the obligation off their balance sheet through securitization, as evidenced by Federal Reserve Form 2046 (Cash Collateral Account), Federal Reserve Form 2049, (Off-Balance Sheet Liabilities), Federal Reserve Form 2099 (Debt Acquisition Disclosure).

Your client's received full payment for the obligation via investor funds, insurance claims, and or government backed securities, yet continue to misrepresent the balance as due and owing. This constitutes fraudulent double dipping and unjust enrichment in violation of Title 12 U.S.C. § 503, Title 18 U.S.C. § 1005 as well as 12 U.S.C. § 1847, 15 U.S.C. § 1, and 18 U.S.C. § 1341

165

Through your client's acquiescence to the administrative process via notary presentment agreed to UCC Lien File Number 2025-043-5181-1 in the amount of $1,110,000.00 USD in credit. Your clients have until Friday March 21st, 2025 by 5pm PST. to show proof of recorded Deed of Reconveyence/Deed of Satisfaction for **(Account Number 8200108162 and Account 407431W1080 BASS)** and recorded in the Riverside County Recorder along with resolving the above-referenced UCC lien in the amount of $1,110,000.00 USD in credit.

Provided your clients refuse to remedy the aforementioned circumstances in good faith it will be considered a continuous act of Tort and further lawful action will ensue along with you and your law firm agreeing to aiding and abetting in securities fraud with your clients Mortgage Solutions of Colorado LLC; furthermore, all communication between myself, you, and your law firm will be deemed as an official Meet and Confer pursuant to the Federal Rules of Civil Procedure. 166

Reconveyence/Deed of Satisfaction for **(Account Number 8200108162 and Account 407431W1080 BASS)** and recorded in the Riverside County Recorder along with resolving the above-referenced UCC lien in the amount of $1,110,000.00 USD in credit.

Provided your clients refuse to remedy the aforementioned circumstances in good faith it will be considered a continuous act of Tort and further lawful action will ensue along with you and your law firm agreeing to aiding and abetting in securities fraud with your clients Mortgage Solutions of Colorado LLC; furthermore, all communication between myself, you, and your law firm will be deemed as an official Meet and Confer pursuant to the Federal Rules of Civil Procedure.

Gratitude on your attention in this matter

167

EXHIBIT G 

## NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

**State of: California**

**County of: Los Angeles**

A notary presentment (§ 3-501) is a request for a notary to confirm that a financial demand was made to a person or entity. It is part of a protest, which is a legal claim for an unpaid debt. **A notary presentment is not a actual notarial act and the client no need to be present or sign before the notary.** The Uniform Commercial Code (UCC) governs presentment and dishonor.

**04/22/2025**

Today, on April 22nd , 2025, for the purpose of verification, I, Sissy McConnon, as certified,

bonded agent and notary in the State of California and as an undersigning notary,

I do verify and confirm that an individual named Mr. Quinn·Shinda Bass contacted us

and requested to **mail** the following document(s) in the form of a notary presentment to

following direction(s).

1. **To**: Rob Clennan, Chief Executive Officer of Mortgage Solutions
   7450 Campus Drive, Colorado Springs, CO, 80920

**Type of documents:**
   **Affidavit of Facts, Notice of Billing Error**

**Therefore, I, Sissy McConnon**, the undersigning CA **Notary Public**, personally reviewed the

below document(s) and personally verified that these document(s) were placed in an envelope and sealed by my witness. They were mailed via USPS in the form of registered and certified mail with green return receipts with tracking No 9590-9402-8817-4005-6673-87

**All Evidence of documents to RECEIVERS, to whom this content may concern: You are hereby officially served and notified.** If you feel a negative averment or rebuttal of due process for any of the documents and / or statements listed herein, which is of concern to you and / or your office, to please respond in 15 days of receipt to **the notary acceptor** as addressed below. If a response is not received in 15 days, as it is in accordance with the Federal Rules of Civil Procedure (FRCP), it will be considered whether you and / or your office is following all the documentation and statements herein. Upon such time, I have been instructed to complete a Notary Certified Verified statement of facts of your acquiescence / default, and to record it in the County of your location, of your State public records office or any other office in your County.

**Same Day Notary**

**People-Spirited Holdings**

**Sissy McConnon (Notary Acceptor)**

**310-407-9556**

**skmcconnon@gmail.com**

**204 Adams Street**

**CA, 93268**

State of CA

Notary Public

Name: Sissy McConnon                                    Seal

Signature … ……………………………….

My com. Exp. …01/19/2027…………………

Date: 04/22/2025



169





**Moorish National Republic Federal Government**

**Moorish Divine and National Movement of the World**

**Northwest Amexem /Northwest Africa / North America / 'The North Gate'**

**~ 'Temple of the Moon and Sun'~**

**~Societas Republicaeca Al Maurikanos~**

**The True and De sure Natural Peoples ~ heirs of the Land**

---

Affidavit of Fact
### Notice of Billing Error
International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

EXHIBIT: G

Rob Clennan d/b/a ROB CLENNAN d/b/a President/ Chief
Executive Officer of Mortgage Solutions of Colorado
LLC., d/b/a Mortgage Solutions Financial NMLS #61602
7450 Campus Drive,
Colorado Springs, CO
80920

Re: Misrepresented Instruments - Bill of Attainder Foreign Bills of Exchange styled as letter
dated April 3rd, 2025, as well as frivolous credit reports made to credit bureau(s)/agencies,
associated with account numbers 8200108162 and 407431W1080 BASS, which adversely affects
my ancestral estate in reversion known as 52950 Paui Road, Aguanga, California.

**Stare Decisi Law**

*See United States v. Throckmorton, 98 U.S., 61, 25 L.Ed. 93 (Fraud vitiates the most sole...*

I am in receipt of the misrepresented instruments - bill of attainder/ foreign Bills of exchange styled as letter dated April 3rd, 2025, as well as entitled MORTGAGE STATEMENT dated March 17th, 2025, as well as frivolous discovery through Equifax associated with account number 8200108162 and 407431W1080 BASS; However, the letter nor the credit report constitute an answer to my DEMAND FOR PAYMENT in association with the UCC lien/file number 2025-043-5272-6 delivered on 02/12/2025 and received on 02/19/2025, sent by Notary Presentment via USPS Certified Registered Mail (USPS Tracking Number 9589071052701997851986), nor the Notice of Intent to File a Fraud, Unjust Enrichment, Double Dipping, and Violations of Banking Laws Counter Claim sent to you by email via servicingbmx@mortgagesolutions.net and valuationsbmx@mortgagesolutions.net, on 02/14/2025, as well as complaints@mortgagesolutions.net on 04/09/2025; furthermore your spurious instruments was not sent from you, Rob Clennan, and was addressed to the fictitious corporate person/ nom de guerre QUINN BASS under the color of law within purview of the unconstitutional 14th Amendment which constitutes fraud; furthermore, the letter does not reflect the name or the signature of the sender which also constitutes fraud and swindles under Title 18 USC 1341. Any future correspondence sent from mystery person(s), and or other third party person representing the foreign de facto MORTGAGE SOLUTIONS FINANCIAL NMLS #61602 AND/OR MORTGAGE SOLUTIONS OF COLORADO LLC along with frivolous phone calls to my private phone number will be ignored for fraud! See EXHIBIT: G attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 U.S.C. 1341, fraudulent double dipping and unjust

enrichment in violation of Title 12 USC 503, Title 18 USC 1005, and 12 USC 1847.

Wherefore, your spurious instrument dated March 17th, 2025, and letter dated April 3rd, 2025, as well as frivolous credit report and any other attachments associated thereto regarding account numbers 8200108162 and 407431W1080 BASS, are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and UNENFORCEABLE for fraud. You are to CEASE and DESIST forthwith in sending me any further spurious instruments/ letters as an attempt to extort funds from me by way of fraud. This Notice of Error and other supporting affidavits and documents will be used as conclusive evidence of your guilt of 'Fraud and Swindles' under 18 USC 1341, as well as 15 USC 1, 'Trusts, etc., in restraint of trade illegal; penalty', fraudulent double dipping and unjust enrichment in violation of Title 12 USC 503, Title 18 USC 1005, and 12 USC 1847. You have 3 days accelerated acceptance to remedy the Demand For Payment associated with UCC Lien/File Number 2025-043-5272-6. Since you Defaulted through your acquiescence you agree to the Notice of Waiver of Tort (Contract); furthermore, you are to immediately contact the IRS and all credit reporting agencies and report the alleged debt associated with Loan Number 8200108162 and 407431W1080 BASS satisfied in full due to alleged fraud along with an immediate recording of Certificate/Deed of Reconveyance/Satisfaction for Loan 8200108162 and 407431W1080 in the Riverside County Recorder's Office, along with releasing all monies and security interest back to the Principal. Your failure/neglect/refusal to remedy the matter in good faith will be considered a continuous act of tort and you will further agree to through your acquiescence to the full terms of the Demand for Payment, UCC Lien/file number 2025-043-5272-6, along with any Default Judgment(s) by Clerk, Default Judgment(s), (Summary Default Judgment(s), Writ(s),Writ(s) of Executions, Chapter 7 Involuntary Bankruptcy, and you waive any automatic stay or any statutory injunction that would protect you as Debtor in any future Involuntary Bankruptcy Proceeding and waive any remedy to set aside Default in any future Lawsuit.

### Affidavit

I declare and affirm by the virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution of the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Notice of Error is true and correct to the best of my knowledge and with honorable intent.

Executed this __22ND__ day of ___APRIL___, 2025.

By: _Q. Ali Bey_

By: _han qu w.o.i._ ~~AUTHORIZED~~ REP. / AGENT FOR PRINCIPAL

Affiant: Q. Ali Bey, de jure

in propria persona, sui juris, in solo proprio

Occupant of the Executors Office for

Q. Ali Bey Express Trust d/b/a QUINN S. BASS,

All Rights Reserved

READ ATTACHED DOCUMENT(s)

EXHIBIT G

NOTICE OF BILLNG ERROR — ATTACHMENT G

CONCLUSIVE EVIDENCE OF FRAUD AND SWINDLES UNDER 18 U.S.C § 1341 AND UNJUST ENRICHMENT & DOUBLE DIPPING UNDER 12 U.S.C § 503, 18 USC § 1005 J 12 U.S.C § 1847, 15 U.S.C § 1



**Mortgage Solutions O**

Equifax — TransUnion  Experian

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| **Last Updated** | 04/2025 | — | — |
| **Payment Status** | 🔴 Not more than four payments past due | — | — |
| **Worst Delinquency** | 60 days past due | — | — |
| **Balance** | $360,646 | — | — |
| **Credit Limit** | — | — | — |

**2-YEAR PAYMENT HISTORY**

174

ATTACHMENT G - NSTAR ST UTILIT...

**Credit**

**Limit** CONCLUSIVE EVIDENCE OF FRAUD & SWINDLES UNDER 18 U.S.
§ 1341 AND UNJUST ENRICHMENT & DOUBLE DIPPING UNDER 12 USC § 503
18 U.S.C § 1005, AND 12 U.S.C. § 1847, & 15 U.S.C § 1

## 2-YEAR PAYMENT HISTORY

**2025**  Jan Feb Mar Apr May Jun Jul Aug Sep Oct N

**Equifax**  OK **30 60** NR NR NR NR NR NR NR

**2024**  Jan Feb Mar Apr May Jun Jul Aug Sep Oct

**Equifax**  NO NO NO NO NO NO NO NO NO NO

**2023**  Jan Feb Mar Apr May Jun Jul Aug Sep Oct

**Equifax**  NR NR NR NO NO NO NO NO NO NO

**Legend**

OK  OK        NR  Not Reported

NO  Not Open

**#**  Days Late      **D**  Dispute

175  **CO**  ChargeOff/Other



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Colorado Springs, CO 80920

OFFICIAL USE

| | | | 0568 |
| Certified Mail Fee | $4.85 | | 13 |
| $ | | $4.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.77 | | |
| $ | | | 04/23/2025 |
| Total Postage and Fees | | | |
| $10.72 | | | |

Sent To  Rob Clennon Mortgage Solutions
Street and Apt. No., or PO Box No.  LLC, 7450 Campus Drive
City, State, ZIP+4®  Colorado Springs, CO, 80920

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

176